**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

DISTRICT OF WYOMING

Case number *(if known)* _____   Chapter **7**

☐ Check if this an amended filing

## Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy       06/24

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | **Debtor's name** | **Signal Hill Service, Inc.** |
| 2. | **All other names debtor used in the last 8 years**<br>Include any assumed names, trade names and *doing business as* names | |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **33-0427975** |

4. **Debtor's address**

| **Principal place of business** | **Mailing address, if different from principal place of business** |
|---|---|
| **412 N Main St, Ste 100**<br>**Buffalo, WY 82824**<br>Number, Street, City, State & ZIP Code | **204 W Spear St.**<br>**#4063**<br>**Carson City, NV 89703**<br>P.O. Box, Number, Street, City, State & ZIP Code |
| **Johnson**<br>County | **Location of principal assets, if different from principal place of business**<br><br>Number, Street, City, State & ZIP Code |

5. **Debtor's website** (URL)  _____

6. **Type of debtor**

■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

Debtor   **Signal Hill Service, Inc.**
Name
Case number (*if known*) _____

**7.** **Describe debtor's business**   A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.
     2111

**8.** **Under which chapter of the Bankruptcy Code is the debtor filing?**   *Check one:*

■ Chapter 7

☐ Chapter 9

☐ Chapter 11. *Check **all** that apply:*

   ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725 (amount subject to adjustment on 4/01/25 and every 3 years after that).

   ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

   ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.

   ☐ A plan is being filed with this petition.

   ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

   ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

   ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9.** **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

■ No.
☐ Yes.

| | District | When | Case number |
|---|---|---|---|
| | _____ | _____ | _____ |
| | _____ | _____ | _____ |

**10.** **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

■ No
☐ Yes.

Debtor   **Signal Hill Service, Inc.**                                    Case number (*if known*) _____
         Name

| List all cases. If more than 1, attach a separate list | Debtor | | Relationship | |
|---|---|---|---|---|
| | District | When | Case number, if known | |

---

**11. Why is the case filed in *this district*?**

*Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

---

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No

☐ Yes.   Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

   What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
                          Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes.   Insurance agency _____
         Contact name _____
         Phone _____

---

■ **Statistical and administrative information**

**13. Debtor's estimation of available funds** .

*Check one:*

☐ Funds will be available for distribution to unsecured creditors.

■ After any administrative expenses are paid, no funds will be available to unsecured creditors.

---

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ☐ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ■ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

---

**15. Estimated Assets**

| | | |
|---|---|---|
| ■ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

---

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ■ $100,000,001 - $500 million | ☐ More than $50 billion |

---

| Debtor | **Signal Hill Service, Inc.** | Case number (*if known*) | |
| | Name | | |

## Request for Relief, Declaration, and Signatures

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **November  1, 2024**
                MM / DD / YYYY

**X** **/s/ Richard L Carone**                          **Richard L Carone**
Signature of authorized representative of debtor           Printed name

Title    **President/CEO**

**18. Signature of attorney**

**X** **/s/ Stephen R. Winship**                 Date **November  1, 2024**
Signature of attorney for debtor                      MM / DD / YYYY

**Stephen R. Winship 5-2093**
Printed name

**Winship & Winship, PC**
Firm name

**145 South Durbin Street, Suite 201**
**Casper, WY 82601**
Number, Street, City, State & ZIP Code

Contact phone    **307-234-8991**      Email address    **steve@winshipandwinship.com**

**5-2093 WY**
Bar number and State

## United States Bankruptcy Court
### District of Wyoming

In re   **Signal Hill Service, Inc.**     Case No.

Debtor(s)     Chapter   **7**

# STATEMENT REGARDING AUTHORITY TO SIGN AND FILE PETITION

I, **Richard L Carone**, declare under penalty of perjury that I am the **President/CEO** of **Signal Hill Service, Inc.**, and that the following is a true and correct copy of the resolutions adopted by the Board of Directors of said corporation at a special meeting duly called and held on the <u>1st</u> day of <u>November</u>, 20<u>24</u>.

"Whereas, it is in the best interest of this corporation to file a voluntary petition in the United States Bankruptcy Court pursuant to Chapter 7 of Title 11 of the United States Code;

Be It Therefore Resolved, that **Richard L Carone**, **President/CEO** of this Corporation, is authorized and directed to execute and deliver all documents necessary to perfect the filing of a chapter **7** voluntary bankruptcy case on behalf of the corporation; and

Be It Further Resolved, that **Richard L Carone, President/CEO** of this Corporation is authorized and directed to appear in all bankruptcy proceedings on behalf of the corporation, and to otherwise do and perform all acts and deeds and to execute and deliver all necessary documents on behalf of the corporation in connection with such bankruptcy case, and

Be It Further Resolved, that **Richard L Carone, President/CEO** of this Corporation is authorized and directed to employ **Stephen R. Winship**, attorney and the law firm of **G&B Law, LLP** to represent the corporation in such bankruptcy case."

Date   <u>November 1, 2024</u>      Signed   *R. L. Carone*

                                                       **Richard L Carone**

Resolution of Board of Directors
of
**Signal Hill Service, Inc.**

Whereas, it is in the best interest of this corporation to file a voluntary petition in the the United States Bankruptcy Court pursuant to Chapter **7** of Title 11 of the United States Code;

Be It Therefore Resolved, that **Richard L Carone, President/CEO** of this Corporation, is authorized and directed to execute and deliver all documents necessary to perfect the filing of a chapter **7** voluntary bankruptcy case on behalf of the corporation; and

Be It Further Resolved, that **Richard L Carone, President/CEO** of this Corporation is authorized and directed to appear in all bankruptcy proceedings on behalf of the corporation, and to otherwise do and perform all acts and deeds and to execute and deliver all necessary documents on behalf of the corporation in connection with such bankruptcy case, and

Be It Further Resolved, that **Richard L Carone, President/CEO** of this Corporation is authorized and directed to employ **Stephen R. Winship**, attorney and the law firm of **G&B Law, LLP** to represent the corporation in such bankruptcy case.

Date  11-1-2024                     Signed  _R.L. Carone_

Date  _____          Signed  _____

**Fill in this information to identify the case:**

Debtor name      **Signal Hill Service, Inc.**

United States Bankruptcy Court for the:    DISTRICT OF WYOMING

Case number (if known)    _____

☐ Check if this is an amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ■  *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ■  *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ■  *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ■  *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ■  *Schedule H: Codebtors* (Official Form 206H)
- ■  *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐  Amended *Schedule*
- ☐  *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐  Other document that requires a declaration  _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **November  1, 2024**          *X* **/s/ Richard L Carone**
                                         Signature of individual signing on behalf of debtor

                                         **Richard L Carone**
                                         Printed name

                                         **President/CEO**
                                         Position or relationship to debtor

**Fill in this information to identify the case:**

Debtor name   **Signal Hill Service, Inc.**

United States Bankruptcy Court for the:   DISTRICT OF WYOMING

Case number (if known) _____

☐ Check if this is an
amended filing

# Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals                   12/15

| Part 1: | Summary of Assets |
| --- | --- |

1. ***Schedule A/B: Assets-Real and Personal Property*** (Official Form 206A/B)

   **1a. Real property:**
   Copy line 88 from *Schedule A/B*.................................................................................... $ _____ **0.00**

   **1b. Total personal property:**
   Copy line 91A from *Schedule A/B*................................................................................. $ _____ **0.00**

   **1c. Total of all property:**
   Copy line 92 from *Schedule A/B*................................................................................... $ _____ **0.00**

| Part 2: | Summary of Liabilities |
| --- | --- |

2. ***Schedule D: Creditors Who Have Claims Secured by Property*** (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*.................. $ _____ **0.00**

3. ***Schedule E/F: Creditors Who Have Unsecured Claims*** (Official Form 206E/F)

   **3a. Total claim amounts of priority unsecured claims:**
   Copy the total claims from Part 1 from line 5a of *Schedule E/F*........................................... $ _____ **0.00**

   **3b. Total amount of claims of nonpriority amount of unsecured claims:**
   Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*............................. +$ _____ **105,459,691.70**

4. Total liabilities ...........................................................................................
   Lines 2 + 3a + 3b

   $ **105,459,691.70**

**Fill in this information to identify the case:**

Debtor name   **Signal Hill Service, Inc.**

United States Bankruptcy Court for the:   DISTRICT OF WYOMING

Case number (if known)   _____

☐ Check if this is an
amended filing

## Official Form 206A/B

# Schedule A/B: Assets - Real and Personal Property          12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| Part 1: | Cash and cash equivalents |

**1. Does the debtor have any cash or cash equivalents?**

☐ No.  Go to Part 2.
☐ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | | Current value of debtor's interest |

| Part 2: | Deposits and Prepayments |

**6. Does the debtor have any deposits or prepayments?**

☐ No.  Go to Part 3.
☐ Yes Fill in the information below.

| Part 3: | Accounts receivable |

**10. Does the debtor have any accounts receivable?**

☐ No.  Go to Part 4.
☐ Yes Fill in the information below.

| Part 4: | Investments |

**13. Does the debtor own any investments?**

☐ No.  Go to Part 5.
☐ Yes Fill in the information below.

| Part 5: | Inventory, excluding agriculture assets |

**18. Does the debtor own any inventory (excluding agriculture assets)?**

☐ No.  Go to Part 6.
☐ Yes Fill in the information below.

| Part 6: | Farming and fishing-related assets (other than titled motor vehicles and land) |

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

☐ No.  Go to Part 7.

Debtor   **Signal Hill Service, Inc.**_____   Case number *(If known)* _____
          Name

☐ Yes Fill in the information below.

| Part 7: | **Office furniture, fixtures, and equipment; and collectibles** |

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No.  Go to Part 8.
☐ Yes Fill in the information below.

| Part 8: | **Machinery, equipment, and vehicles** |

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

■ No.  Go to Part 9.
☐ Yes Fill in the information below.

| Part 9: | **Real property** |

**54. Does the debtor own or lease any real property?**

■ No.  Go to Part 10.
☐ Yes Fill in the information below.

| Part 10: | **Intangibles and intellectual property** |

**59. Does the debtor have any interests in intangibles or intellectual property?**

■ No.  Go to Part 11.
☐ Yes Fill in the information below.

| Part 11: | **All other assets** |

**70. Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

☐ No.  Go to Part 12.
■ Yes Fill in the information below.

| | Current value of debtor's interest |
|---|---|
| 71.    **Notes receivable**<br>Description (include name of obligor) | |
| 72.    **Tax refunds and unused net operating losses (NOLs)**<br>Description (for example, federal, state, local) | |
| 73.    **Interests in insurance policies or annuities** | |
| 74.    **Causes of action against third parties (whether or not a lawsuit has been filed)** | |
| 75.    **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims** | |
| 76.    **Trusts, equitable or future interests in property** | |
| 77.    **Other property of any kind not already listed** *Examples:* Season tickets, country club membership<br>**95% partnership interest in Carpinteria Offshore Project Partnership** | **$0.00** |

Debtor    **Signal Hill Service, Inc.**                                        Case number *(If known)* _____
              Name

78.    **Total of Part 11.**

|  |  |
|---|---|
| Add lines 71 through 77. Copy the total to line 90. | $0.00 |

79.    **Has any of the property listed in Part 11 been appraised by a professional within the last year?**

■ No
☐ Yes

Debtor    **Signal Hill Service, Inc.**                    Case number *(If known)* _____
            Name

| Part 12: | Summary |

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $0.00 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $0.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $0.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $0.00 | |
| 88. **Real property.** *Copy line 56, Part 9.*.........................................> | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $0.00 | + 91b. $0.00 |
| 92. **Total of all property on Schedule A/B**. Add lines 91a+91b=92 | | $0.00 |

**Fill in this information to identify the case:**

Debtor name          **Signal Hill Service, Inc.**

United States Bankruptcy Court for the:    DISTRICT OF WYOMING

Case number (if known)    _____

☐ Check if this is an
   amended filing

Official Form 206D

## Schedule D: Creditors Who Have Claims Secured by Property                12/15

**Be as complete and accurate as possible.**

**1. Do any creditors have claims secured by debtor's property?**

■ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☐ Yes. Fill in all of the information below.

**Fill in this information to identify the case:**

Debtor name   **Signal Hill Service, Inc.**

United States Bankruptcy Court for the:   DISTRICT OF WYOMING

Case number (if known)   _____

☐ Check if this is an
amended filing

# Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims                    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and
Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and
2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:   List All Creditors with PRIORITY Unsecured Claims

1.  **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

■ No. Go to Part 2.

☐ Yes. Go to line 2.

### Part 2:   List All Creditors with NONPRIORITY Unsecured Claims

3.  **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill
out and attach the Additional Page of Part 2.

|  |  | **Amount of claim** |
|---|---|---|

| 3.1 | **Nonpriority creditor's name and mailing address**<br>**Abacus IMT, Inc.**<br>**7001 Downing Ave.**<br>**Bakersfield, CA 93308** | As of the petition filing date, the claim is: *Check all that apply.* | **$6,250.00** |
|---|---|---|---|

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Payable owed by Pacific Operators Offshore, LLC,
Debtor's disclosed agent. Pacific engaged vendors and paid payables
on behalf of Debtor; Debtor would reimburse. Debtor is the GP of
Carpinteria Offshore Project Partnership**

Is the claim subject to offset? ■ No  ☐ Yes

| 3.2 | **Nonpriority creditor's name and mailing address**<br>**ABS Quality Evaluations, Inc.**<br>**1701 City Plaza Drive**<br>**Spring, TX 77389** | As of the petition filing date, the claim is: *Check all that apply.* | **$34,683.60** |
|---|---|---|---|

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Payable owed by Pacific Operators Offshore, LLC,
Debtor's disclosed agent. Pacific engaged vendors and paid payables
on behalf of Debtor; Debtor would reimburse. Debtor is the GP of
Carpinteria Offshore Project Partnership**

Is the claim subject to offset? ■ No  ☐ Yes

| 3.3 | **Nonpriority creditor's name and mailing address**<br>**AIRX Testing Services**<br>**2472 Eastman Ave**<br>**STE 34**<br>**Ventura, CA 93003** | As of the petition filing date, the claim is: *Check all that apply.* | **$6,254.67** |
|---|---|---|---|

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Payable owed by Pacific Operators Offshore, LLC,
Debtor's disclosed agent. Pacific engaged vendors and paid payables
on behalf of Debtor; Debtor would reimburse. Debtor is the GP of
Carpinteria**

Is the claim subject to offset? ■ No  ☐ Yes

| Debtor | **Signal Hill Service, Inc.** | | Case number *(if known)* | |
|---|---|---|---|---|
| | Name | | | |

---

| 3.4 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,742.00** |
|---|---|---|---|

**Amergent Techs LLC**
**3361 Cerritos Ave**
**Los Alamitos, CA 90720**

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Payable owed by Pacific Operators Offshore, LLC, Debtor's disclosed agent. Pacific engaged vendors and paid payables on behalf of Debtor; Debtor would reimburse. Debtor is the GP of Carpinteria**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.5 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,895.00** |
|---|---|---|---|

**Aquatic Bioassy, Inc.**
**29 N Olive St**
**Ventura, CA 93001**

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Payable owed by Pacific Operators Offshore, LLC, Debtor's disclosed agent. Pacific engaged vendors and paid payables on behalf of Debtor; Debtor would reimburse. Debtor is the GP of Carpinteria**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$3,242.00** |
|---|---|---|---|

**Avanti Environmental, Inc.**
**10842 Noel St**
**Unit 108**
**Los Alamitos, CA 90720**

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Payable owed by Pacific Operators Offshore, LLC, Debtor's disclosed agent. Pacific engaged vendors and paid payables on behalf of Debtor; Debtor would reimburse. Debtor is the GP of Carpinteria**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.7 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$508,535.00** |
|---|---|---|---|

**C & C Boats, Inc.**
**18211 Enterprise Ln**
**Ste E**
**Huntington Beach, CA 92648**

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Payable owed by Pacific Operators Offshore, LLC, Debtor's disclosed agent. Pacific engaged vendors and paid payables on behalf of Debtor; Debtor would reimburse. Debtor is the GP of Carpinteria**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.8 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,040.06** |
|---|---|---|---|

**Cableco**
**13100 Firestone Blvd**
**Santa Fe Springs, CA 90670**

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Payable owed by Pacific Operators Offshore, LLC, Debtor's disclosed agent. Pacific engaged vendors and paid payables on behalf of Debtor; Debtor would reimburse. Debtor is the GP of Carpinteria**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Signal Hill Service, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.9**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$23,913,267.00** |
|---|---|---|
| **Cadlerock IV, LLC**<br>**100 N Center St.**<br>**Newton Falls, OH 44444** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim:  **UCC Filing No. 15-7465242420** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

---

**3.10**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$211,030.00** |
|---|---|---|
| **California State Lands Commission (CSLC)**<br>**100 Howe Ave, Ste 100-South**<br>**Sacramento, CA 95825** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred  **6/11/2024** | Basis for the claim:  **Settlement** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

---

**3.11**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$1,122.25** |
|---|---|---|
| **Century Calibrating Company**<br>**2439 Cerritos Ave**<br>**Signal Hill, CA 90755-3498** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim:  **Payable owed by Pacific Operators Offshore, LLC, Debtor's disclosed agent. Pacific engaged vendors and paid payables on behalf of Debtor; Debtor would reimburse. Debtor is the GP of Carpinteria Offshore Project Partnership** | |
| Last 4 digits of account number _ | | |
| | Is the claim subject to offset? ■ No  ☐ Yes | |

---

**3.12**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$6,985.00** |
|---|---|---|
| **Chancellor Oil Tool, Inc.**<br>**3521 Gulf St**<br>**Bakersfield, CA 93308** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim:  **Payable owed by Pacific Operators Offshore, LLC, Debtor's disclosed agent. Pacific engaged vendors and paid payables on behalf of Debtor; Debtor would reimburse. Debtor is the GP of Carpinteria Offshore Project Partnership** | |
| Last 4 digits of account number _ | | |
| | Is the claim subject to offset? ■ No  ☐ Yes | |

---

**3.13**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$9,454.25** |
|---|---|---|
| **Chevron USA Inc.**<br>**6001 Bollinger Canyon Road**<br>**San Ramon, CA 94583** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim:  **Payable owed by Pacific Operators Offshore, LLC, Debtor's disclosed agent. Pacific engaged vendors and paid payables on behalf of Debtor; Debtor would reimburse. Debtor is the GP of Carpinteria Offshore Project Partnership** | |
| Last 4 digits of account number _ | | |
| | Is the claim subject to offset? ■ No  ☐ Yes | |

---

**3.14**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$137,897.02** |
|---|---|---|
| **Clariant**<br>**4000 Monroe Rd**<br>**Charlotte, NC 28205** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim:  **Payable owed by Pacific Operators Offshore, LLC, Debtor's disclosed agent. Pacific engaged vendors and paid payables on behalf of Debtor; Debtor would reimburse. Debtor is the GP of Carpinteria Offshore Project Partnership** | |
| Last 4 digits of account number _ | | |
| | Is the claim subject to offset? ■ No  ☐ Yes | |

---

Debtor   **Signal Hill Service, Inc.** _____   Case number (if known) _____
          Name

---

| 3.15 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $6,767.24 |

**Compliance Services, Inc**
**1308 Deschules Creek Ln**
**Bakersfield, CA 93311**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim:  **Payable owed by Pacific Operators Offshore, LLC, Debtor's disclosed agent. Pacific engaged vendors and paid payables on behalf of Debtor; Debtor would reimburse. Debtor is the GP of Carpinteria Offshore Project Partnership**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.16 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $5,610,074.00 |

**DFA Investors Trust**
**31990 S 624 Place, #75**
**Grove, OK 74344**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred**  **4/27/2015**

**Last 4 digits of account number** _

Basis for the claim:  **All real & personal property of Signal. Subordinated to Cadlerock**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.17 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $15,168.97 |

**DXP Enterprises, Inc.**
**5301 Hollister St**
**Houston, TX 77040**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim:  **Payable owed by Pacific Operators Offshore, LLC, Debtor's disclosed agent. Pacific engaged vendors and paid payables on behalf of Debtor; Debtor would reimburse. Debtor is the GP of Carpinteria Offshore Project POffshore Project Partnership**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.18 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $41,282.50 |

**Enviro-Tech Systems**
**17327 Norwell Dr.**
**Covington, LA 70435**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim:  **Payable owed by Pacific Operators Offshore, LLC, Debtor's disclosed agent. Pacific engaged vendors and paid payables on behalf of Debtor; Debtor would reimburse. Debtor is the GP of Carpinteria Offshore Project Partnership**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.19 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $211,000.00 |

**Gaynor Ranch, LLC**
**Grebing Law**
**351 Paseo Nuevo**
**Santa Barbara, CA 93101**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number**  **5CUU**

Basis for the claim:  **Lease dispute lawsuit.**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.20 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,110.00 |

**Green Compass Southern**
**2091 Goodyear Ave**
**Ventura, CA 93003**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim:  **Payable owed by Pacific Operators Offshore, LLC, Debtor's disclosed agent. Pacific engaged vendors and paid payables on behalf of Debtor; Debtor would reimburse. Debtor is the GP of Carpinteria Offshore Project Partnership**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Signal Hill Service, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

| 3.21 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$5,700.00** |
|---|---|---|---|

**I.D.E.A.S., Inc.**
**1 Park Way**
**Upper Saddle River, NJ 07458**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: **Payable owed by Pacific Operators Offshore, LLC, Debtor's disclosed agent. Pacific engaged vendors and paid payables on behalf of Debtor; Debtor would reimburse. Debtor is the GP of Carpinteria Offshore Project Partnership**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.22 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$53,669.50** |
|---|---|---|---|

**Instrument Service Inc.**
**186 S Ramona Ave**
**Corona, CA 92879**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: **Payable owed by Pacific Operators Offshore, LLC, Debtor's disclosed agent. Pacific engaged vendors and paid payables on behalf of Debtor; Debtor would reimburse. Debtor is the GP of Carpinteria Offshore Project Partnership**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.23 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$12,230.99** |
|---|---|---|---|

**IPC**
**4501 Tamiami Trail North**
**Ste 102S**
**Naples, FL 34103**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: **Payable owed by Pacific Operators Offshore, LLC, Debtor's disclosed agent. Pacific engaged vendors and paid payables on behalf of Debtor; Debtor would reimburse. Debtor is the GP of Carpinteria Offshore Project Partnership**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.24 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$2,505.00** |
|---|---|---|---|

**Joy Equipment Protection, Inc.**
**5690 Casitas Pass Rd**
**Carpinteria, CA 93013**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: **Payable owed by Pacific Operators Offshore, LLC, Debtor's disclosed agent. Pacific engaged vendors and paid payables on behalf of Debtor; Debtor would reimburse. Debtor is the GP of Carpinteria Offshore Project Partnership**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.25 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$5,096.43** |
|---|---|---|---|

**Legal Vision Consulting Group**
**1801 Century Park East**
**#350**
**Los Angeles, CA 90067**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: **Payable owed by Pacific Operators Offshore, LLC, Debtor's disclosed agent. Pacific engaged vendors and paid payables on behalf of Debtor; Debtor would reimburse. Debtor is the GP of Carpinteria Offshore Project Partnership**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor   **Signal Hill Service, Inc.**                                            Case number (if known) _____
_____
Name

| 3.26 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$1,118.00** |

**LTS Environmental, Inc.**
**704 Adirondack Ave**
**Ventura, CA 93003**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim:  **Payable owed by Pacific Operators Offshore, LLC, Debtor's disclosed agent. Pacific engaged vendors and paid payables on behalf of Debtor; Debtor would reimburse. Debtor is the GP of Carpinteria Offshore Project Partnership**

Is the claim subject to offset? ■ No   ☐ Yes

---

| 3.27 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$5,234,191.20** |

**Luna & Glushon**
**1801 Century Park East**
**Ste 2400**
**Los Angeles, CA 90067**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim:  **Payable owed by Pacific Operators Offshore, LLC, Debtor's disclosed agent. Pacific engaged vendors and paid payables on behalf of Debtor; Debtor would reimburse. Debtor is the GP of Carpinteria Offshore Project Partnership**

Is the claim subject to offset? ■ No   ☐ Yes

---

| 3.28 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$45,896.53** |

**MHA Petroleum Consultants**
**730 17th St**
**Denver, CO 80202**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim:  **Payable owed by Pacific Operators Offshore, LLC, Debtor's disclosed agent. Pacific engaged vendors and paid payables on behalf of Debtor; Debtor would reimburse. Debtor is the GP of Carpinteria Offshore Project Partnership**

Is the claim subject to offset? ■ No   ☐ Yes

---

| 3.29 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$2,050.00** |

**Oil & Gas Information Systems**
**5801 Edwards Ranch Rd**
**Ste 200**
**Fort Worth, TX 76109**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim:  **Payable owed by Pacific Operators Offshore, LLC, Debtor's disclosed agent. Pacific engaged vendors and paid payables on behalf of Debtor; Debtor would reimburse. Debtor is the GP of Carpinteria Offshore Project Partnership**

Is the claim subject to offset? ■ No   ☐ Yes

---

| 3.30 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$32,998.23** |

**Oilfield Electric Company**
**1801 N Ventura Ave**
**Ventura, CA 93001**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim:  **Payable owed by Pacific Operators Offshore, LLC, Debtor's disclosed agent. Pacific engaged vendors and paid payables on behalf of Debtor; Debtor would reimburse. Debtor is the GP of Carpinteria Offshore Project Partnership**

Is the claim subject to offset? ■ No   ☐ Yes

Debtor   **Signal Hill Service, Inc.**                                          Case number (if known) _____
_____
Name

---

| 3.31 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$46,528.89** |

**Ost Trucks & Cranes Inc.**
**2301 Union Ave**
**Bakersfield, CA 93305**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Payable owed by Pacific Operators Offshore, LLC, Debtor's disclosed agent. Pacific engaged vendors and paid payables on behalf of Debtor; Debtor would reimburse. Debtor is the GP of Carpinteria Offshore Project Partnership**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.32 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$21,537,816.00** |

**Pacific Operators Offshore, LLC**
**204 W Spear, #3799**
**Carson City, NV 89703**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **1991-2020**
Last 4 digits of account number _

Basis for the claim:  **Operator's lien pursuant to an Operating agreement. Pacific was the agent of disclosed principal Signal Hill Service, Inc.**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.33 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$32,438,689.00** |

**Pacific Operators Offshore, LLC**
**204 W Spear, #3799**
**Carson City, NV 89703**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **1991-2020**
Last 4 digits of account number _

Basis for the claim:  **Operator's lien pursuant to an Operating agreement. Pacific was the agent of disclosed principal Signal Hill Service, Inc.**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.34 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$2,090.00** |

**Pacific Seatec LLC**
**527 N Quarantina St**
**Santa Barbara, CA 93103**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Payable owed by Pacific Operators Offshore, LLC, Debtor's disclosed agent. Pacific engaged vendors and paid payables on behalf of Debtor; Debtor would reimburse. Debtor is the GP of Carpinteria Offshore Project Partnership**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.35 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$2,542.00** |

**Patriot Environmental Service**
**2091 Goodyear Ave**
**Ventura, CA 93003**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Payable owed by Pacific Operators Offshore, LLC, Debtor's disclosed agent. Pacific engaged vendors and paid payables on behalf of Debtor; Debtor would reimburse. Debtor is the GP of Carpinteria Offshore Project Partnership**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.36 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$2,622.00** |

**Pipeline Association For Public Awarenes**
**8601 W Cross Dr PMB 302**
**Unit F5**
**Littleton, CO 80123**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Payable owed by Pacific Operators Offshore, LLC, Debtor's disclosed agent. Pacific engaged vendors and paid payables on behalf of Debtor; Debtor would reimburse. Debtor is the GP of Carpinteria Offshore Project Partnership**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Signal Hill Service, Inc.** | Case number (if known) | |
| --- | --- | --- | --- |
| | Name | | |

---

| 3.37 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,967.41** |
| --- | --- | --- | --- |

**Praxair Distribution Inc.**
305 E Haley St.
Santa Barbara, CA

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Payable owed by Pacific Operators Offshore, LLC, Debtor's disclosed agent. Pacific engaged vendors and paid payables on behalf of Debtor; Debtor would reimburse. Debtor is the GP of Carpinteria Offshore Project Partnership**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.38 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$22,054.28** |
| --- | --- | --- | --- |

**Production Tool Solution, Inc.**
2210 Soledad Canyon Rd H
Acton, CA 93510

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Payable owed by Pacific Operators Offshore, LLC, Debtor's disclosed agent. Pacific engaged vendors and paid payables on behalf of Debtor; Debtor would reimburse. Debtor is the GP of Carpinteria Offshore Project Partnership**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.39 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$35,411.24** |
| --- | --- | --- | --- |

**Pt. Hueneme Marine Supply Co**
710 W Hueneme Rd
Oxnard, CA 93033

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Payable owed by Pacific Operators Offshore, LLC, Debtor's disclosed agent. Pacific engaged vendors and paid payables on behalf of Debtor; Debtor would reimburse. Debtor is the GP of Carpinteria Offshore Project Partnership**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.40 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$268,651.60** |
| --- | --- | --- | --- |

**Quinn Pumps, LLC**
601 SOUTH RAQUET
LUFKIN, TX 75904

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Payable owed by Pacific Operators Offshore, LLC, Debtor's disclosed agent. Pacific engaged vendors and paid payables on behalf of Debtor; Debtor would reimburse. Debtor is the GP of Carpinteria Offshore Project Partnership**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.41 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$8,119.85** |
| --- | --- | --- | --- |

**Ready Refresh**
PO Box 856680
Louisville, KY 40285-6680

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Payable owed by Pacific Operators Offshore, LLC, Debtor's disclosed agent. Pacific engaged vendors and paid payables on behalf of Debtor; Debtor would reimburse. Debtor is the GP of Carpinteria Offshore Project Partnership**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Signal Hill Service, Inc.** | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

---

**3.42** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$14,839,035.21**

**Republic Drilling Company**
**412 N Main St**
**Ste 100**
**Buffalo, WY 82834-1761**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Payable owed by Pacific Operators Offshore, LLC, Debtor's disclosed agent. Pacific engaged vendors and paid payables on behalf of Debtor; Debtor would reimburse. Debtor is the GP of Carpinteria Offshore Project Partnership**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.43** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$8,002.14**

**Santa Barbara County Parks Dept**
**123 E Anapamu St**
**Santa Barbara, CA 93101**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Payable owed by Pacific Operators Offshore, LLC, Debtor's disclosed agent. Pacific engaged vendors and paid payables on behalf of Debtor; Debtor would reimburse. Debtor is the GP of Carpinteria Offshore Project Partnership**

Is the claim subject to offset? ☐ No  ☐ Yes

---

**3.44** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$3,818.12**

**Santa Barbara Fuel Dock, Inc.**
**125 Harbor Way**
**Ste 12**
**Santa Barbara, CA 93109**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Payable owed by Pacific Operators Offshore, LLC, Debtor's disclosed agent. Pacific engaged vendors and paid payables on behalf of Debtor; Debtor would reimburse. Debtor is the GP of Carpinteria Offshore Project Partnership**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.45** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,640.00**

**SBRS Services Inc.**
**920 De La Vina**
**Santa Barbara, CA 93101**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Payable owed by Pacific Operators Offshore, LLC, Debtor's disclosed agent. Pacific engaged vendors and paid payables on behalf of Debtor; Debtor would reimburse. Debtor is the GP of Carpinteria Offshore Project Partnership**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.46** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$16,416.40**

**SC Fuels**
**1800 W. Katella Ave.**
**Ste. 400**
**Orange, CA 92867**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Payable owed by Pacific Operators Offshore, LLC, Debtor's disclosed agent. Pacific engaged vendors and paid payables on behalf of Debtor; Debtor would reimburse. Debtor is the GP of Carpinteria Offshore Project Partnership**

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Signal Hill Service, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.47** | Nonpriority creditor's name and mailing address

**SOS Crane & Trucking**
**1135 Enos Ln Bakersfield**
**Bakersfield, CA 93314**

Date(s) debt was incurred  _
Last 4 digits of account number  _

As of the petition filing date, the claim is: Check all that apply.                **$1,002.25**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Payable owed by Pacific Operators Offshore, LLC, Debtor's disclosed agent. Pacific engaged vendors and paid payables on behalf of Debtor; Debtor would reimburse. Debtor is the GP of Carpinteria Offshore Project Partnership**

Is the claim subject to offset?  ■ No  ☐ Yes

---

**3.48** | Nonpriority creditor's name and mailing address

**Tammy Heeston, Measurement & Control Eng**
**7620 E Paseo Hermosa**
**Prescott Valley, AZ 86314**

Date(s) debt was incurred  _
Last 4 digits of account number  _

As of the petition filing date, the claim is: Check all that apply.                **$2,162.95**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Payable owed by Pacific Operators Offshore, LLC, Debtor's disclosed agent. Pacific engaged vendors and paid payables on behalf of Debtor; Debtor would reimburse. Debtor is the GP of Carpinteria Offshore Project Partnership**

Is the claim subject to offset?  ■ No  ☐ Yes

---

**3.49** | Nonpriority creditor's name and mailing address

**Terra Chem, Inc**
**2107 Brundage Ln**
**Bakersfield, CA 93304**

Date(s) debt was incurred  _
Last 4 digits of account number  _

As of the petition filing date, the claim is: Check all that apply.                **$9,730.74**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Payable owed by Pacific Operators Offshore, LLC, Debtor's disclosed agent. Pacific engaged vendors and paid payables on behalf of Debtor; Debtor would reimburse. Debtor is the GP of Carpinteria Offshore Project Partnership**

Is the claim subject to offset?  ■ No  ☐ Yes

---

**3.50** | Nonpriority creditor's name and mailing address

**Thomas & Beers**
**572 Poli St**
**Ventura, CA 93001**

Date(s) debt was incurred  _
Last 4 digits of account number  _

As of the petition filing date, the claim is: Check all that apply.                **$8,755.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Payable owed by Pacific Operators Offshore, LLC, Debtor's disclosed agent. Pacific engaged vendors and paid payables on behalf of Debtor; Debtor would reimburse. Debtor is the GP of Carpinteria Offshore Project Partnership**

Is the claim subject to offset?  ■ No  ☐ Yes

---

**3.51** | Nonpriority creditor's name and mailing address

**Union Pacific Railroad Company**
**1400 Douglas St.**
**Omaha, NE 68179**

Date(s) debt was incurred  _
Last 4 digits of account number  _

As of the petition filing date, the claim is: Check all that apply.                **$38,133.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Payable owed by Pacific Operators Offshore, LLC, Debtor's disclosed agent. Pacific engaged vendors and paid payables on behalf of Debtor; Debtor would reimburse. Debtor is the GP of Carpinteria Offshore Project Partnership**

Is the claim subject to offset?  ■ No  ☐ Yes

---

Debtor   **Signal Hill Service, Inc.**                                     Case number (if known) _____
_____
Name

| 3.52 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $38,247.18 |

**Ventura Harbor Marine Fuel, Inc**
**1551 Spinnaker Dr**
**Ventura, CA 93001**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim:  **Payable owed by Pacific Operators Offshore, LLC, Debtor's disclosed agent. Pacific engaged vendors and paid payables on behalf of Debtor; Debtor would reimburse. Debtor is the GP of Carpinteria Offshore Project Partnership**

Is the claim subject to offset?  ■ No  ☐ Yes

---

## Part 3:   List Others to Be Notified About Unsecured Claims

4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

   If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|

## Part 4:   Total Amounts of the Priority and Nonpriority Unsecured Claims

5.  Add the amounts of priority and nonpriority unsecured claims.

| | | Total of claim amounts |
|---|---|---|
| 5a. Total claims from Part 1 | 5a. $ | 0.00 |
| 5b. Total claims from Part 2 | 5b.  + $ | 105,459,691.70 |
| 5c. Total of Parts 1 and 2<br>Lines 5a + 5b = 5c. | 5c. $ | 105,459,691.70 |

**Fill in this information to identify the case:**

Debtor name   **Signal Hill Service, Inc.**

United States Bankruptcy Court for the:   DISTRICT OF WYOMING

Case number (if known)   _____

☐ Check if this is an amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases                  12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.  **Does the debtor have any executory contracts or unexpired leases?**
     ■ No. Check this box and file this form with the debtor's other schedules.  There is nothing else to report on this form.
     ☐ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|
| 2.1  State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | |
| 2.2  State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | |
| 2.3  State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | |
| 2.4  State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | |

| Fill in this information to identify the case: |
|---|
| Debtor name   **Signal Hill Service, Inc.** |
| United States Bankruptcy Court for the:   DISTRICT OF WYOMING |
| Case number (if known) _____ |

☐ Check if this is an
amended filing

## Official Form 206H
## Schedule H: Your Codebtors                                        12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

■ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing Address** | **Name** | *Check all schedules that apply:* |
| 2.1 | **Carpinteria Offshore Project Partnership** | **1145 Eugenia Place, Suite 200 Carpinteria, CA 93013 Debtor is General Partner of Carpinteria Offshore Project Partnership** | **Pacific Operators Offshore, LLC** | ☐ D _____ ■ E/F __3.32__ ☐ G _____ |
| 2.2 | **Carpinteria Offshore Project Partnership** | **1145 Eugenia Place, Suite 200 Carpinteria, CA 93013 Debtor is General Partner of Carpinteria Offshore Project Partnership** | **Pacific Operators Offshore, LLC** | ☐ D _____ ■ E/F __3.33__ ☐ G _____ |
| 2.3 | **Carpinteria Offshore Project Partnership** | **1145 Eugenia Place, Suite 200 Carpinteria, CA 93013 Debtor is General Partner of Carpinteria Offshore Project Partnership** | **Cadlerock IV, LLC** | ☐ D _____ ■ E/F __3.9__ ☐ G _____ |
| 2.4 | **Carpinteria Offshore Project Partnership** | **1145 Eugenia Place, Suite 200 Carpinteria, CA 93013 Debtor is General Partner of Carpinteria Offshore Project Partnership** | **DFA Investors Trust** | ☐ D _____ ■ E/F __3.16__ ☐ G _____ |

| Debtor | **Signal Hill Service, Inc.** | Case number *(if known)* | |
|---|---|---|---|

---

⬛ **Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| | *Column 1:* **Codebtor** | | *Column 2:* **Creditor** | |
|---|---|---|---|---|

| 2.5 | **Carpinteria Offshore Project Partnership** | **1145 Eugenia Place, Suite 200 Carpinteria, CA 93013 Debtor is General Partner of Carpinteria Offshore Project Partnership** | **California State Lands Commission (CSLC)** | ☐ D _____ ☑ E/F ___3.10___ ☐ G _____ |
| 2.6 | **Carpinteria Offshore Project Partnership** | **1145 Eugenia Place, Suite 200 Carpinteria, CA 93013 Debtor is General Partner of Carpinteria Offshore Project Partnership** | **Pacific Operators Offshore, LLC** | ☐ D _____ ☑ E/F ___3.32___ ☐ G _____ |
| 2.7 | **Pacific Operators Offshore, LLC** | **1145 Eugenia Pl Ste 200 Carpinteria, CA 93013** | **Abacus IMT, Inc.** | ☐ D _____ ☑ E/F ___3.1___ ☐ G _____ |
| 2.8 | **Pacific Operators Offshore, LLC** | **1145 Eugenia Pl Ste 200 Carpinteria, CA 93013** | **ABS Quality Evaluations, Inc.** | ☐ D _____ ☑ E/F ___3.2___ ☐ G _____ |
| 2.9 | **Pacific Operators Offshore, LLC** | **1145 Eugenia Pl Ste 200 Carpinteria, CA 93013** | **AIRX Testing Services** | ☐ D _____ ☑ E/F ___3.3___ ☐ G _____ |

**Fill in this information to identify the case:**

Debtor name  **Signal Hill Service, Inc.**

United States Bankruptcy Court for the:  DISTRICT OF WYOMING

Case number (if known)  _____

☐ Check if this is an amended filing

## Official Form 207
## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy            **04/22**

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).

**Part 1:   Income**

1.  **Gross revenue from business**

    ☐ None.

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
|---|---|---|
| **From the beginning of the fiscal year to filing date:**<br>From  **1/01/2024** to **Filing Date** | ☐ Operating a business<br>■ Other  **No revenue since 12/31/2019** | **$0.00** |
| **For prior year:**<br>From  **1/01/2023** to **12/31/2023** | ☐ Operating a business<br>■ Other  **No revenue since 12/31/2019** | **$0.00** |
| **For year before that:**<br>From  **1/01/2022** to **12/31/2022** | ☐ Operating a business<br>■ Other  **No revenue since 12/31/2019** | **$0.00** |

2.  **Non-business revenue**
    Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

    ■ None.

| | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
|---|---|---|

**Part 2:   List Certain Transfers Made Before Filing for Bankruptcy**

3.  **Certain payments or transfers to creditors within 90 days before filing this case**
    List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

    ■ None.

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>Check all that apply |
|---|---|---|---|

4.  **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
    List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed

| Debtor | **Signal Hill Service, Inc.** | Case number *(if known)* |
|---|---|---|

or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

■ None.

| Insider's name and address Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|

5. **Repossessions, foreclosures, and returns**
List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

■ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

6. **Setoffs**
List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

■ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

## Part 3:    Legal Actions or Assignments

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case**.**

☐ None.

| | Case title Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.1. | **California State Lands Commission vs Signal Hill Service, Inc and Pacific Operators Offshore, Inc** Signal & Carone Petroleum Corp, Cross-Complainants, v.CSLC, cross-defendant 19CV04295 | **Pipeline Right of Way Lease dispute** | **CA Superior Court, Santa Barbara County 1100 Anacapa St. Santa Barbara, CA 93101** | ☐ Pending ☐ On appeal ■ Concluded |
| 7.2. | **Gaynor Ranch, LLC vs Signal Hill Service, Inc. 56-2020-00540655-CU-UD-VTA** | **Lease dispute** | **CA Superior Court, Ventura County 800 South Victoria Avenue Ventura Ventura, CA 93009** | ■ Pending ☐ On appeal ☐ Concluded |

8. **Assignments and receivership**
List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

■ None

## Part 4:    Certain Gifts and Charitable Contributions

9. **List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

| Debtor | **Signal Hill Service, Inc.** | | Case number *(if known)* | |
| --- | --- | --- | --- | --- |

■ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
| --- | --- | --- | --- |

### Part 5:   Certain Losses

10. **All losses from fire, theft, or other casualty within 1 year before filing this case.**

■ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property).* | Dates of loss | Value of property lost |
| --- | --- | --- | --- |

### Part 6:   Certain Payments or Transfers

11. **Payments related to bankruptcy**

List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

| | Who was paid or who received the transfer?<br>Address | If not money, describe any property transferred | Dates | Total amount or value |
| --- | --- | --- | --- | --- |
| 11.1. | **Winship & Winship**<br>**145 South Durbin Street, #201**<br>**Casper, WY 82601** | **Attorney Fee $5062.00**<br>**Filing Fee $338.00** | **10/2024** | **$5,400.00** |
| | Email or website address | | | |
| | Who made the payment, if not debtor? | | | |

12. **Self-settled trusts of which the debtor is a beneficiary**

List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
| --- | --- | --- | --- |

13. **Transfers not already listed on this statement**

List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

■ None.

| Who received transfer?<br>Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
| --- | --- | --- | --- |

### Part 7:   Previous Locations

14. **Previous addresses**

List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

Debtor   **Signal Hill Service, Inc.**_____   Case number *(if known)*_____

■ Does not apply

| Address | Dates of occupancy From-To |
|---|---|

### Part 8:   Health Care Bankruptcies

**15. Health Care bankruptcies**
Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

■ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

### Part 9:   Personally Identifiable Information

**16. Does the debtor collect and retain personally identifiable information of customers?**

■ No.
☐ Yes. State the nature of the information collected and retained.

**17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

■ No. Go to Part 10.
☐ Yes. Does the debtor serve as plan administrator?

### Part 10:   Certain Financial Accounts, Safe Deposit Boxes, and Storage Units

**18. Closed financial accounts**
Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

■ None

| Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|

**19. Safe deposit boxes**
List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

■ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Does debtor still have it? |
|---|---|---|---|

**20. Off-premises storage**
List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

Debtor    **Signal Hill Service, Inc.**                                        Case number *(if known)* _____

■ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|

---

**Part 11:**  **Property the Debtor Holds or Controls That the Debtor Does Not Own**

21. **Property held for another**
    List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

■ None

---

**Part 12:**  **Details About Environment Information**

For the purpose of Part 12, the following definitions apply:
*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22.  **Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

■ No.
☐ Yes. Provide details below.

| Case title Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

23.  **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

24.  **Has the debtor notified any governmental unit of any release of hazardous material?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

---

**Part 13:**  **Details About the Debtor's Business or Connections to Any Business**

25. **Other businesses in which the debtor has or has had an interest**
    List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

☐ None

| Business name address | Describe the nature of the business | Employer Identification number Do not include Social Security number or ITIN. Dates business existed |
|---|---|---|

Debtor   **Signal Hill Service, Inc.** _____   Case number *(if known)* _____

| Business name address | Describe the nature of the business | Employer Identification number |
|---|---|---|
| | | Do not include Social Security number or ITIN. |
| | | |
| | | **Dates business existed** |
| 25.1.   **Carpinteria Offshore Project Partnership**<br>**1145 Eugenia Place, Suite 200**<br>**Carpinteria, CA 93013** | **Debtor is General Partner** | **EIN:**<br><br>**From-To** |

26. **Books, records, and financial statements**

26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☐ None

| Name and address | Date of service<br>From-To |
|---|---|
| 26a.1.   **Alex Schurawel. CPA**<br>**2030 Main Street**<br>**Suite 1600**<br>**Irvine, CA 92614** | **1991-2024** |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

■ None

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.1.   **David Shaneyfelt, Attorney at Law**<br>**760 Paseo Camarillo**<br>**Camarillo, CA 93010** | |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

■ None

| Name and address |
|---|

27. **Inventories**

Have any inventories of the debtor's property been taken within 2 years before filing this case?

■ No

☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|

28. **List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Richard L. Carone** | **1145 Eugenia Place, Suite 200**<br>**Carpinteria, CA 93013** | **President/CEO** | **0%** |

Debtor   **Signal Hill Service, Inc.**                                    Case number *(if known)*

| Name | Address | Position and nature of any interest | % of interest, if any |
|------|---------|-------------------------------------|------------------------|
| **Russ Howard** | **1145 Eugenia Place, Suite 200 Carpinteria, CA 93013** | **CFO** | **0%** |

| Name | Address | Position and nature of any interest | % of interest, if any |
|------|---------|-------------------------------------|------------------------|
| **Carone Energy Corp.** | **204 W Spear Street #4043 Carson City, NV 89703** | **Owner** | **100%** |

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

- ■ No
- ☐ Yes. Identify below.

30. **Payments, distributions, or withdrawals credited or given to insiders**
Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

- ■ No
- ☐ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|-------------------------------|------------------------------------------------------|-------|--------------------------------|

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

- ☐ No
- ■ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|--------------------------------|----------------------------------------------------------|
| **Carone Energy Corporation** | **EIN:   95-3021258** |

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

- ■ No
- ☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the pension fund |
|--------------------------|----------------------------------------------------|

Debtor    **Signal Hill Service, Inc.**                                    Case number *(if known)*

---

**Part 14:**  Signature and Declaration

> **WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
> 18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **November  1, 2024**

**/s/ Richard L Carone**                                  **Richard L Carone**
Signature of individual signing on behalf of the debtor        Printed name

Position or relationship to debtor    **President/CEO**

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**
☑ No
☐ Yes

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
## District of Wyoming

In re   **Signal Hill Service, Inc.**

Debtor(s)

Case No.

Chapter   **7**

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.  Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that
    compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to
    be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

| | | |
|---|---|---|
| For legal services, I have agreed to accept | $ | **5,000.00** |
| Prior to the filing of this statement I have received | $ | **5,000.00** |
| Balance Due | $ | **0.00** |

2.  The source of the compensation paid to me was:

    ☐ Debtor   ■ Other (specify)   **Richard L. Carone**

3.  The source of compensation to be paid to me is:

    ■ Debtor   ☐ Other (specify):

4.  ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

    ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm.  A
    copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5.  In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

    a.  Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
    b.  Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
    c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
    d.  [Other provisions as needed]

6.  By agreement with the debtor(s), the above-disclosed fee does not include the following service:

    **Representation of Debtors in adversary proceedings, 2004 Examinations, reaffirmation agreements, loan
    modifications and other contested matters (including but not limited to motions to dismiss filed under 11 U.S.C. §
    707(b)).**

| CERTIFICATION |
|---|
| I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding. |

**November  1, 2024**

*Date*

**/s/ Stephen R. Winship**
**Stephen R. Winship 5-2093**
*Signature of Attorney*
**Winship & Winship, PC**
**145 South Durbin Street, Suite 201**
**Casper, WY 82601**
**307-234-8991  Fax: 307-234-1116**
**steve@winshipandwinship.com**
*Name of law firm*

# United States Bankruptcy Court
## District of Wyoming

In re   **Signal Hill Service, Inc.**                                              Case No. _____

                                    Debtor(s)          Chapter    **7** _____

# VERIFICATION OF CREDITOR MATRIX

I, the President/CEO of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and

correct to the best of my knowledge.

Date:   **November  1, 2024** _____          **/s/ Richard L Carone** _____

                                              **Richard L Carone/President/CEO**
                                              Signer/Title

Abacus IMT, Inc.
7001 Downing Ave.
Bakersfield, CA 93308


ABS Quality Evaluations, Inc.
1701 City Plaza Drive
Spring, TX 77389


AIRX Testing Services
2472 Eastman Ave
STE 34
Ventura, CA 93003


Amergent Techs LLC
3361 Cerritos Ave
Los Alamitos, CA 90720


Aquatic Bioassy, Inc.
29 N Olive St
Ventura, CA 93001


Avanti Environmental, Inc.
10842 Noel St
Unit 108
Los Alamitos, CA 90720


C & C Boats, Inc.
18211 Enterprise Ln
Ste E
Huntington Beach, CA 92648


Cableco
13100 Firestone Blvd
Santa Fe Springs, CA 90670


Cadlerock IV, LLC
 100 N Center St.
Newton Falls, OH 44444

California State Lands Commission (CSLC)
100 Howe Ave, Ste 100-South
Sacramento, CA 95825


Carpinteria Offshore Project Partnership
1145 Eguenia Place, Suite 200
Carpinteria, CA 93013


Century Calibrating Company
2439 Cerritos Ave
Signal Hill, CA 90755-3498


Chancellor Oil Tool, Inc.
3521 Gulf St
Bakersfield, CA 93308


Chevron USA Inc.
6001 Bollinger Canyon Road
San Ramon, CA 94583


Clariant
4000 Monroe Rd
Charlotte, NC 28205


Compliance Services, Inc
1308 Deschules Creek Ln
Bakersfield, CA 93311


DFA Investors Trust
31990 S 624 Place, #75
Grove, OK 74344


DXP Enterprises, Inc.
5301 Hollister St
Houston, TX 77040

Enviro-Tech Systems
17327 Norwell Dr.
Covington, LA 70435


Gaynor Ranch, LLC
Grebing Law
351 Paseo Nuevo
Santa Barbara, CA 93101


Green Compass Southern
2091 Goodyear Ave
Ventura, CA 93003


I.D.E.A.S., Inc.
1 Park Way
Upper Saddle River, NJ 07458


Instrument Service Inc.
186 S Ramona Ave
Corona, CA 92879


IPC
4501 Tamiami Trail North
Ste 102S
Naples, FL 34103


Joy Equipment Protection, Inc.
5690 Casitas Pass Rd
Carpinteria, CA 93013


Legal Vision Consulting Group
1801 Century Park East
#350
Los Angeles, CA 90067


LTS Environmental, Inc.
704 Adirondack Ave
Ventura, CA 93003

Luna & Glushon
1801 Century Park East
Ste 2400
Los Angeles, CA 90067


MHA Petroleum Consultants
730 17th St
Denver, CO 80202


Oil & Gas Information Systems
5801 Edwards Ranch Rd
Ste 200
Fort Worth, TX 76109


Oilfield Electric Company
1801 N Ventura Ave
Ventura, CA 93001


Ost Trucks & Cranes Inc.
2301 Union Ave
Bakersfield, CA 93305


Pacific Operators Offshore, LLC
204 W Spear, #3799
Carson City, NV 89703


Pacific Operators Offshore, LLC
1145 Eugenia Pl
Ste 200
Carpinteria, CA 93013


Pacific Seatec LLC
527 N Quarantina St
Santa Barbara, CA 93103


Patriot Environmental Service
2091 Goodyear Ave
Ventura, CA 93003

Pipeline Association For Public Awarenes
8601 W Cross Dr PMB 302
Unit F5
Littleton, CO 80123


Praxair Distribution Inc.
305 E Haley St.
Santa Barbara, CA


Production Tool Solution, Inc.
2210 Soledad Canyon Rd H
Acton, CA 93510


Pt. Hueneme Marine Supply Co
710 W Hueneme Rd
Oxnard, CA 93033


Quinn Pumps, LLC
601 SOUTH RAQUET
LUFKIN, TX 75904


Ready Refresh
PO Box 856680
Louisville, KY 40285-6680


Republic Drilling Company
412 N Main St
Ste 100
Buffalo, WY 82834-1761


Santa Barbara County Parks Dept
123 E Anapamu St
Santa Barbara, CA 93101


Santa Barbara Fuel Dock, Inc.
125 Harbor Way
Ste 12
Santa Barbara, CA 93109

SBRS Services Inc.
920 De La Vina
Santa Barbara, CA 93101


SC Fuels
1800 W. Katella Ave.
Ste. 400
Orange, CA 92867


SOS Crane & Trucking
1135 Enos Ln Bakersfield
Bakersfield, CA 93314


Tammy Heeston, Measurement & Control Eng
7620 E Paseo Hermosa
Prescott Valley, AZ 86314


Terra Chem, Inc
2107 Brundage Ln
Bakersfield, CA 93304


Thomas & Beers
572 Poli St
Ventura, CA 93001


Union Pacific Railroad Company
1400 Douglas St.
Omaha, NE 68179


Ventura Harbor Marine Fuel, Inc
1551 Spinnaker Dr
Ventura, CA 93001

# United States Bankruptcy Court
## District of Wyoming

In re   **Signal Hill Service, Inc.**                                          Case No.

Debtor(s)                                   Chapter        **7**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for   **Signal Hill Service, Inc.**   in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

**November  1, 2024**

Date

**/s/ Stephen R. Winship**

**Stephen R. Winship 5-2093**

Signature of Attorney or Litigant

Counsel for   **Signal Hill Service, Inc.**

**Winship & Winship, PC**
**145 South Durbin Street, Suite 201**
**Casper, WY 82601**
**307-234-8991 Fax:307-234-1116**
**steve@winshipandwinship.com**