John A. Coppede (#5-2485)
COAL CREEK LAW, LLP
211 W 19th Street
P.O. Box 467
Cheyenne, WY   82003-0467
Ph: (307) 634-1525- Fx: (307) 638-7335
jcoppede@coalcreeklaw.com
*Attorneys for Creditor*
*Gaynor Ranch LLC*

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF WYOMING

| | | |
|---|---|---|
| In re: | ) | |
| | ) | |
| SIGNAL HILL SERVICE, INC. | ) | Case No. 24-20439 |
| | ) | Chapter 7 |
| Debtor-in-Possession. | ) | |

## ENTRY OF APPEARANCE AND
## REQUEST FOR ALL PLEADINGS AND NOTICE

Pursuant to Fed.R.Bankr.P. 9010(b), John A. Coppede of Coal Creek Law, LLP, a member in good standing of the bar of this Court, hereby gives notice of his entry of appearance on behalf of the creditor Gaynor Ranch LLC, and further requests that all notices, pleadings, and other documents filed and/or served in this case (including all notices described in Fed.R.Bankr.P. 2002), be sent to:

    John A. Coppede
    COAL CREEK LAW, LLP
    211 W 19th Street
    P.O. Box 467
    Cheyenne, WY 82003
    Ph: (307) 634-1525
    Fx: (307) 638-7335
    jcoppede@coalcreeklaw.com

Respectfully submitted this 28th day of February 2025.

                    GAYNOR RANCH LLC.
*Creditor*

*/s/ John A. Coppede*
John A. Coppede (5-2485)
COAL CREEK LAW, LLP
211 W 19th Street
P.O. Box 467
Cheyenne, WY 82003
Ph:  307-634-1525
Fx:  307-638-7355
jcoppede@coalcreeklaw.com

**CERTIFICATE OF MAILING**

I hereby certify that on the 28th day of February 2025, a true and correct copy of the foregoing **ENTRY OF APPEARANCE AND REQUEST FOR ALL PLEADINGS AND NOTICES** was filed with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all parties registered for electronic filing via the CM/ECF system.

*/s/ John A. Coppede*
COAL CREEK LAW, LLP

2