ROB BONTA
Attorney General of California
JESSICA E. TUCKER-MOHL
Supervising Deputy Attorney General
LEENA M. SHEET (SBN 235414)
ISABELLA A. LANGONE (SBN 318984)
STEVEN W. KERNS (SBN 333983)
Deputy Attorneys General
  300 South Spring Street, Suite 1702
  Los Angeles, CA  90013-1230
  Telephone:  (213) 269-6023
  Fax:  (213) 269-2121
  E-mail:  Leena.Sheet@doj.ca.gov
*Attorneys for Creditor*
*California State Lands Commission*

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF WYOMING

| | |
|---|---|
| **In re:** | CASE NO. 2:24bk20439 |
| **SIGNAL HILL SERVICE, INC.,** | Chapter 7 |
| Debtor. | **AMENDED STIPULATION TO CONTINUE HEARING ON MOTION TO RECONSIDER RULE 2004 ORDER** |
| | Hearing: May 28, 2025<br>Time: 9:30 a.m.<br>Courtroom: 2120 Capitol Avenue<br>8th Floor<br>Cheyenne, WY 82001<br>Judge: Honorable Cathleen D. Parker |

IT IS HEREBY STIPULATED by and between the parties, Creditor California State Lands Commission ("Commission") and Debtor Signal Hill Services Inc. ("Signal Hill"), in the above captioned case, by and through their respective counsel of record, as follows:

WHEREAS, on May 9, 2025, the Hon. Cathleen D. Parker ordered that a non-evidentiary hearing on Signal Hill's Motion to Reconsider Rule 2004 Order (ECF No. 17) and the Commission's Opposition Response (ECF No. 18) be held by a telephone conference on May 28, 2025, at 9:30 a.m.

WHEREAS, on May 19, 2025, counsel for the Commission and Signal Hill conferred via e-mail and agreed to continue the hearing to a time convenient for all parties.

1    WHEREAS, on May 22, 2025 a stipulation was submitted to continue the May 28

2    hearing to July 2, 2025 (ECF No. 24), but counsel for debtor Signal Hill subsequently stated

3    that he was unavailable on July 2 for a hearing.

4    WHEREAS, on May 27, 2025, counsel for the Commission spoke with Mr.

5    Winship's office and confirmed his availability on July 30, 2025 for a telephonic non-

6    evidentiary hearing on Signal Hill's Motion to Reconsider Rule 2004 Order (ECF No. 17)

7    and the Commission's Opposition Response (ECF No. 18) at 9:30 a.m.

8    Now, therefore, IT IS STIPULATED BY AND BETWEEN THE PARTIES,

9    through their respective counsel, that:

10   The May 28, 2025, 9:30 a.m. telephonic non-evidentiary hearing on Signal Hill's

11   Motion to Reconsider Rule 2004 Order (ECF No. 17) and the Commission's Opposition

12   Response (ECF No. 18) is continued to July 30, 2025, at 9:30 a.m.

13

14   Dated:  May 27, 2025                           Respectfully submitted,

15                                                  ROB BONTA
                                                    Attorney General of California
16                                                  JESSICA E. TUCKER-MOHL
                                                    Supervising Deputy Attorney General
17

18

19                                                  LEENA M. SHEET
                                                    Deputy Attorney General
20                                                  *Attorneys for Creditor*
                                                    *California State Lands Commission*
21

22   LA2024305269
     67668667.docx
23

24

25

26

27

28

# CERTIFICATE OF SERVICE

Case Name:   In Re: Signal Hill Service, Inc.        Case No.   **2:24bk20439**

I hereby certify that on May 27, 2025, I electronically filed the following documents with the Clerk of the Court by using the CM/ECF system:

- **AMENDED STIPULATION TO CONTINUE HEARING ON MOTION TO RECONSIDER RULE 2004 ORDER**
- **[PROPOSED] ORDER GRANTING PARTIES' AMENDED STIPULATION TO CONTINUE HEARING ON MOTION TO RECONSIDER RULE 2004 ORDER**

Participants in the case who are registered CM/ECF users will be served by the CM/ECF system.

| | |
|---|---|
| Stephen R. Winship<br>Winship and Winship, PC<br>145 South Durbin Street<br>Suite 201<br>Casper, WY 82601-2566<br>**Email:** steve@winshipandwinship.com<br>**Email:** billie@winshipandwinship.com<br>**Email:** receptionist@winshipandwinship.com<br><br>***Attorney for Debtor***<br>***Signal Hill Service, Inc.*** | John A. Coppede<br>Coal Creek Law, LLP<br>211 W. 19th Street<br>P.O. Box 467<br>Cheyenne, WY 82003-0467<br>**Email:** jcoppede@coalcreeklaw.com<br>**Email:** marmijo@coalcreeklaw.com<br><br>***Attorney for Creditor***<br>***Gaynor Ranch LLC*** |
| Randy L. Royal<br>P.O. Box 551<br>Greybull, WY 82426-0551<br>**Email:** rlroyal@randylroyalpc.com<br>**Email:** charlene@randylroyalpc.com<br>**Email:** msanderton@randylroyalpc.com<br>**Email:** WY14@ecfcbis.com<br><br>***Bankruptcy Trustee*** | Office of The United States Trustee<br>308 West 21st Street<br>Suite 203<br>Cheyenne, WY 82001-3669<br>**Email:** ustpregion19.cy.ecf@usdoj.gov<br><br><br>***The United States Trustee***<br>***for Region 19 – District of Wyoming*** |

I declare under penalty of perjury under the laws of the State of California and the United States of America the foregoing is true and correct and that this declaration was executed on May 27, 2025, at Los Angeles, California.

| | |
|---|---|
| Jazmine Cortez | /s/ Jazmine Cortez |
| Declarant | Signature |

LA2024305269
67669024.docx