IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF WYOMING

| | |
|---|---|
| **In re:** | CASE NO. 2:24bk20439 |
| **SIGNAL HILL SERVICE, INC.,** | Chapter 7 |
| Debtor. | **[PROPOSED] ORDER GRANTING PARTIES' AMENDED STIPULATION TO CONTINUE HEARING ON MOTION TO RECONSIDER RULE 2004 ORDER** |
| | Hearing: May 28, 2025<br>Time: 9:30 a.m.<br>Courtroom: 2120 Capitol Avenue<br>    8th Floor<br>    Cheyenne, WY 82001<br>Judge: Honorable Cathleen D. Parker |

# **AMENDED [PROPOSED] ORDER**

Having considered the amended stipulation set forth by the parties, and finding good cause therefore,

**IT IS HEREBY ORDERED THAT:**

1. The May 28, 2025, 9:30 a.m. telephonic non-evidentiary hearing on Signal Hill's Motion to Reconsider Rule 2004 Order (ECF No. 17) and the Commission's Opposition Response (ECF No. 18) is continued to July 30, 2025, at 9:30 a.m.

**IT IS SO ORDERED.**

Dated: _____

The Honorable Cathleen D. Parker
United States Bankruptcy Judge

LA2024305269
67668774.docx

2