Steven Kerns, *pro hac vice*
Isabella Langone, *pro hac vice*
California Attorney General's Office
1300 I Street | P.O. Box 944255
Sacramento, CA 94244-2550
Telephone: (916) 210-7662
Steven.Kerns@doj.ca.gov
Isabella.Langone@doj.ca.gov

Jeffrey M. Boldt, #7-4730
OVERSTREET HOMAR & KUKER
2922 Central Avenue
Cheyenne, Wyoming 82001
307.274-4444 telephone
307.274-4443 facsimile
jeffrey@kukerlaw.com

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF WYOMING

| | | |
|---|---|---|
| In re | ) | |
| | ) | |
| SIGNAL HILL SERVICE, INC., | ) | Case No. 24-20439 |
| | ) | |
| | ) | Chapter 7 |
| Debtor. | ) | |

## RESPONSE IN OPPOSITION TO DEBTOR'S OBJECTION
## TO PROPOSED PROTECTIVE ORDER

**COMES NOW** Creditor California State Lands Commission ("Commission"), by and through its counsel, and responds in opposition to the objections of Debtor Signal Hill Service, Inc. ("Signal Hill") and its affiliates (ECF No. 38) to the proposed protective order filed by the Commission (ECF Nos. 35 and 36) as follows:

1. The Court explicitly directed the Commission to prepare and file a proposed protective order in its order following the July 30, 2025, telephonic hearing. (ECF No. 33.) Signal Hill's request that the Court adopt Signal Hill's preferred protective order, filed on August 26, 2025 (ECF No. 38), contravenes the Court's direct order.

2. Signal Hill objects to the Commission's proposed protective order on the basis that all tax returns produced by Signal Hill's accountant, Alex Schurawel, should automatically be treated as

confidential. It is improper and contrary to this Court's order for all tax returns and related documents produced by Mr. Schurawel to automatically be considered confidential and subject to the protective order. The Court's oral ruling was directed toward the tax returns of Signal Hill's affiliates, not Signal Hill itself. While it is possible that some or all the documents produced by Mr. Schurawel will reflect confidential information belonging to Signal Hill's affiliates, it should be incumbent on the parties to review and affirmatively designate materials as confidential, so as to avoid overinclusion of documents that are not properly considered confidential.

3. Signal Hill also objects to the Commission's proposed protective order on the basis that Signal Hill should not have to attend Rule 2004 examinations to ensure tax returns are treated with confidentiality. This objection similarly lacks merit. It is not the Commission's burden to identify which documents belonging to Signal Hill's affiliates should be considered confidential during any Rule 2004 examination. Signal Hill, the party requesting this protective order, is best situated to determine which tax returns or other documents should be designated as confidential and subject to the protective order. As too is Signal Hill best situated to assert its rights and cannot shift that burden to the Commission.

4. The proposed protective order filed by Signal Hill (ECF No. 38) is overbroad and improper for the additional reason that it contemplates that the entire transcript of the Rule 2004 examination of Mr. Schurawel will automatically be deemed confidential. The parties should retain the ability to designate certain portions of the transcript as confidential, to avoid overinclusion of testimony that is not confidential. The Commission's proposed protective order (ECF No. 36) contains a procedure for designating testimony as confidential that avoids overinclusion and allows a more narrowly tailored, and proper, approach for determining what testimony should be subject to the

protective order, and allows the parties to designate the entirety of the transcript as confidential if appropriate. (See ECF No. 36, ¶ 5.a.)

5. For these reasons, the Commission's proposed protective order sufficiently addresses Signal Hill's purported concerns.

**WHEREFORE** the Commission respectfully requests that this Court overrule Signal Hill's and its affiliates' objections and enter the Commission's proposed protective order. (ECF No. 36.)

**DATED** this 29th day of August 2025.

                                **THE CALIFORNIA STATE LANDS COMMISSION,
Creditor**

By:   */s/ Isabella Langone*
       Steven Kerns, *pro hac vice*
       Isabella Langone, *pro hac vice*
       California Attorney General's Office
       1300 I Street | P.O. Box 944255
       Sacramento, CA 94244-2550
       Telephone: (916) 210-7662
       Steven.Kerns@doj.ca.gov
       Isabella.Langone@doj.ca.gov

       Jeffrey M. Boldt, #7-4730
       OVERSTREET HOMAR & KUKER
       2922 Central Avenue
       Cheyenne, Wyoming 82001
       307.274.4444 telephone
       307.274.4443 facsimile
       jeffrey@kukerlaw.com

# CERTIFICATE OF SERVICE

Case Name: **In Re: Signal Hill Service, Inc.**     No.  **2:24bk20439**

I hereby certify that on August 29, 2025, I electronically filed the following documents with the Clerk of the Court by using the CM/ECF system:

**RESPONSE IN OPPOSITION TO DEBTOR'S OBJECTION TO PROPOSED PROTECTIVE ORDER**

Participants in the case who are registered CM/ECF users will be served by the CM/ECF system.

Stephen R. Winship
Winship and Winship, PC
145 South Durbin Street
Suite 201
Casper, WY 82601-2566
**Email:** steve@winshipandwinship.com
**Email:** billie@winshipandwinship.com
**Email:** receptionist@winshipandwinship.com
*Attorney for Debtor*
*Signal Hill Service, Inc.*

John A. Coppede
Coal Creek Law, LLP
211 W. 19th Street
P.O. Box 467
Cheyenne, WY 82003-0467
**Email:** jcoppede@coalcreeklaw.com
**Email:** marmijo@coalcreeklaw.com

*Attorney for Creditor*
*Gaynor Ranch LLC*

Randy L. Royal
P.O. Box 551
Greybull, WY 82426-0551
**Email:** rlroyal@randylroyalpc.com
**Email:** charlene@randylroyalpc.com
**Email:** msanderton@randylroyalpc.com
**Email:** WY14@ecfcbis.com

*Bankruptcy Trustee*

Office of The United States Trustee
308 West 21st Street
Suite 203
Cheyenne, WY 82001-3669
**Email:** ustpregion19.cy.ecf@usdoj.gov

*The United States Trustee*
*for Region 19 – District of Wyoming*

I declare under penalty of perjury under the laws of the State of California and the United States of America the foregoing is true and correct and that this declaration was executed on August 29, 2025, at Sacramento, California.

| Antinia Brown | /s/ Antinia Brown |
|---|---|
| Declarant | Signature |

LA2024305269
39277002