|   |   |
|---|---|
|   | FILED<br><br>1:35 pm, 2/21/25<br>Tim J. Ellis<br>Clerk of Court |

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF WYOMING

| | |
|---|---|
| **In Re: SIGNAL HILL SERVICE, INC.,**<br><br>Debtor. | CASE NO.: 2:24bk20439<br><br>Chapter 7 |
| **SIGNAL HILL SERVICE, INC.,**<br><br>Debtor,<br><br>v.<br><br>**CALIFORNIA STATE LANDS COMMISSION,**<br><br>Creditor. | **[PROPOSED] ORDER GRANTING CREDITOR'S MOTION FOR RULE 2004 REQUEST FOR PRODUCTION OF DOCUMENTS AND DEPOSITION OF THIRD-PARTY WITNESS ALEX SCHURAWEL**<br><br>Hearing: N/A<br>Time: N/A<br>Place: 2120 Capitol Avenue<br>　　　　8th Floor<br>　　　　Cheyenne, WY 82001<br>Judge: Honorable Cathleen D. Parker |

**ORDER**

On February 7, 2025, the Creditor, the California State Lands Commission ("Commission") filed its unopposed Motion for the Production of Documents and third-party deposition of Mr. Alex Schurawel pursuant to Bankruptcy Rule 2004 and Local Rule 2004-1 ("Motion"). Having considered the Commission's Motion, and good cause appearing, the Court rules as follows:

/ / /

/ / /

1

**IT IS HEREBY ORDERED THAT:**

1. The Commission's Motion for a subpoena for the production of documents or electronically stored information is **GRANTED**;

2. The Commission's Motion for a subpoena for the third-party deposition of Mr. Alex Schurawel to take place after April 15, 2025, as is mutually agreed between the examinee Mr. Schurawel, and the Commission, is **GRANTED**;

3. The Commission is authorized, pursuant to section 105(a), rules 2004 and 9016 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), and Local Bankruptcy Rule 2004-1, to serve a subpoena substantially in the form attached to the Motion, for production and testimony;

4. The Clerk shall issue, and the Commission shall serve, the Rule 2004 Subpoena, and a copy of this order on Mr. Schurawel and the United States Trustee for the District of Wyoming;

5. The Commission shall file with the Court an affidavit or declaration of service of the Rule 2004 Subpoena;

6. Orders that Mr. Schurawel produce all responsive unprivileged documents within 30 days of service;

7. Orders that third-party deposition of Mr. Schurawel must adhere to the boundaries identified in Bankruptcy Rule 2004, subdivision (b);

8. This order is without prejudice to the Commission's right to file further motions seeking additional documents or testimony pursuant to Bankruptcy Rule 2004(a) or any other applicable Bankruptcy Rules.

**IT IS SO ORDERED.**

*Cathleen D Parker*   2/21/2025
The Honorable Cathleen D. Parker
United States Bankruptcy Judge

2