FILED

1:48 pm, 9/26/25

HJ Esterholdt
Clerk of Court

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF WYOMING

| In re: | Case No. 24-20439 |
|---|---|
| SIGNAL HILL SERVICE, INC., | Chapter 7 |
| Debtor. | |

### ORDER ON MOTION TO CLARIFY ORDER

This matter is before the court on Debtor's Motion to Clarify Order. The court entered the Protective Order on September 26, 2025. As such, Debtor's Motion is denied as moot.

BY THE COURT

_____ 9/26/2025
Honorable Cathleen D. Parker
United States Bankruptcy Judge

Service to:
　　Signal Hill Service, Inc.
　　Stephen R. Winship
　　Steven Kerns