Stephen R. Winship
(Wyoming State Bar No. 5-2093)
WINSHIP & WINSHIP, P.C.
145 South Durbin Street, Suite 201
Casper, WY 82601
(307) 234-8991
steve@winshipandwinship.com

# IN THE UNITED STATES BANKRUPTCY COURT

# FOR THE DISTRICT OF WYOMING

| | | |
|---|---|---|
| In re: | ) | |
| | ) | |
| SIGNAL HILL SERVICE, INC., | ) | Case No. 24-20439 |
| | ) | CHAPTER 7 |
| Debtor. | ) | |
| | ) | |

## SUPPLEMENT TO MOTION FOR STAY PENDING APPEAL

**COME NOW** the above-named Debtor and its Affiliates[1] ("Movants"), by and through its counsel and in supplement to their "Motion for Stay Pending Appeal" [D.E. 60] show that the United States Court of Appeals for the Tenth Circuit has accepted the Movants' appeal and assigned it to mediation beginning on January 13, 2026, as more detailed in the attachment hereto.

**DATED** this 6th day of January, 2026.

                                              SIGNAL HILL SERVICE, INC.

                                              By:_____/s/_____
                                                  Stephen R. Winship (WSB No. 5-2093)
                                                  WINSHIP & WINSHIP, P.C.
                                                  145 S. Durbin Street, Suite 201

---

[1] The "Affiliates" are comprised of Carone Energy Corporation, Carone Petroleum Corporation. Republic Drilling Company, Inc., Pacific Operators Offshore, LLC, Verrazzano Corporation, Carpinteria Offshore Project Ltd, Pacific Operators, Inc., dba Pacific Operators Offshore, Inc., AnAmerican Corporation (fdba AnAmerican Drilling, Inc.)

Casper, WY 82601  
(307) 234-8991  
steve@winshipandwinship.com

## **CERTIFICATE OF SERVICE**

I, Stephen R. Winship hereby certify that a true and correct copy of the foregoing **Supplement to Motion to Stay Pending Appeal** was served *electronically* upon **Steven Kerns (steven.kerns@doj.ca.gov)** and **Jeffrey M. Boldt (jeffrey@kukerlaw.com),** this 6th day of January, 2026.

/s/  
Stephen R. Winship

**CIRCUIT MEDIATION OFFICE**

**UNITED STATES COURT OF APPEALS**

**FOR THE TENTH CIRCUIT**

BYRON WHITE UNITED STATES COURTHOUSE
1823 STOUT STREET
DENVER, COLORADO 80257

| | |
|---|---|
| **DAVID W. AEMMER** <br> CHIEF CIRCUIT MEDIATOR <br><br> **KEVIN J. KINNEAR** <br> CIRCUIT MEDIATOR | TELEPHONE 303-844-6017 <br> FACSIMILE 303-844-6437 |

December 31, 2025

| | |
|---|---|
| Stephen R. Winship, Esq. <br> P.O. Box 548 <br> Casper, WY  82602 | Jeffrey M. Boldt, Esq. <br> Overstreet Homar & Kuker <br> 2922 Central Avenue <br> Cheyenne, WY  82001 |

RE:  No. 25-8081 – Signal Hill Service, Inc., et al. v. California State Lands Commission

**MEDIATION CONFERENCE NOTICE**

Dear Counsel:

Pursuant to Rule 33.1, Rules of the Tenth Circuit, a **TELEPHONE** mediation conference has been scheduled in this case for **Tuesday, January 13, 2026** at **10:00 AM**, **MOUNTAIN TIME**. This office will initiate the telephone conference. Please allow at least two hours for the conference.

The purposes of the conference are to explore any possibilities for settlement and to resolve procedural problems. Counsel are expected to have consulted with their clients prior to the conference and to have as much authority as feasible regarding settlement and case management matters.

Counsel addressed above are tentatively identified to be the attorneys with primary responsibility for this case. Our goal, however, is to secure the participation of the attorneys on whose judgment the clients rely when making decisions about settlement. Counsel are required to complete the attached **Mediation Contact Form within four business days of the date of this notice**.

Please contact this office **BY TELEPHONE IMMEDIATELY** if you need to have the conference rescheduled because of an unavoidable conflict.

Sincerely,

Denise McClure
Conference Administrator