UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF WYOMING
*Minutes of Proceeding*

FILED

8:30 am, 1/8/26
HJ Esterholdt
Clerk of Court

| | |
|---|---|
| Date: January 6, 2026 | HONORABLE Cathleen D. Parker, Presiding |
| | Location: Telephone Conference |

| | | | |
|---|---|---|---|
| In re: Signal Hill Service, Inc. | | Case No: 24-20439 | |
| | Debtor(s) | Chapter 7 | |

Appearances

| | | | | |
|---|---|---|---|---|
| Debtor(s) | Signal Hill Service, Inc. | Counsel | Stephen Winship |
| Creditor(s) | California State Lands Commission | Counsel | Jeffrey M. Boldt, Isabella Panicucci |

Proceedings: Non-evidentiary hearing on Debtor's Motion to Stay Pending Appeal (ECF No. 60) and the Opposition Response filed by California State Lands Commission (ECF No. 61).

Witness sworn and testified:   N/A

Orders:
☐  Relief sought   ☐ Granted   ☐ Denied   ☐ Case Dismissed   ☐ Continued
☒  Matter taken under advisement
☐  Formal order or judgment to enter      To be prepared
☒  These minutes constitute the Court's official order in this matter

The court took the matter under advisement.

BY THE COURT:

_Cathleen D. Parker_  1/7/2026

Honorable Cathleen D. Parker
United States Bankruptcy Judge