Stephen R. Winship
(Wyoming State Bar No. 5-2093)
WINSHIP & WINSHIP, P.C.
145 South Durbin Street, Suite 201
Casper, WY 82601
(307) 234-8991
steve@winshipandwinship.com

# IN THE UNITED STATES BANKRUPTCY COURT

# FOR THE DISTRICT OF WYOMING

| | |
|---|---|
| In re: | ) |
| | ) |
| SIGNAL HILL SERVICE, INC., | ) Case No. 24-20439 |
| | ) CHAPTER 7 |
| Debtor. | ) |
| | ) |

## STATUS REPORT

**COME NOW**, the above-named Debtor and its Affiliates ("Appellants"), by and through its counsel, and hereby respectfully submit this status report regarding mediation being conducted as part of the pending appeal to the Tenth Circuit and states to the Court as follows:

1. The mediation between Appellants and California Public Land Commission commenced January 14, 2026.

2. After two hours of discussion and negotiations, the mediation was continued until February 10, 2025.

3. Counsel for Appellants has a scheduling conflict and will be out of the office on February 10, 2025. Counsel has notified the mediator's office so as to reschedule the recommencement of the mediation to a later date.

**DATED** this 16th day of January, 2026.

SIGNAL HILL SERVICE, INC.

By:____/s/_____

> Stephen R. Winship (WSB No. 5-2093)
> WINSHIP & WINSHIP, P.C.
> 145 S. Durbin Street, Suite 201
> Casper, WY 82601
> (307) 234-8991
> steve@winshipandwinship.com

### CERTIFICATE OF SERVICE

I, Stephen R. Winship hereby certify that a true and correct copy of the foregoing **Status Report** was served *electronically* upon **Steven Kerns (steven.kerns@doj.ca.gov)** and **Jeffrey M. Boldt (jeffrey@kukerlaw.com),** this 16th day of January, 2026.

> /s/
> Stephen R. Winship