John A. Coppede (#5-2485)
COAL CREEK LAW, LLC
211 W 19th Street
P.O. Box 467
Cheyenne, WY 82003-0467
Ph: (307) 634-1525- Fx: (307) 638-7335
jcoppede@coalcreeklaw.com

Bret G. Anderson (*Pro Hac Vice* Forthcoming)
banderson@fcoplaw.com
Morgan T. Lynch (*Pro Hac Vice* Forthcoming)
mlynch@fcoplaw.com
FERGUSON CASE ORR PATERSON LLP
4550 E. Thousand Oaks Blvd., Ste 250
Westlake Village, CA 91362
Phone: (805) 659-6800
Fax: (805) 659-6818

*Attorneys for Creditor
Gaynor Ranch LLC*

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF WYOMING

| | | |
|---|---|---|
| In re: | ) | |
| | ) | |
| SIGNAL HILL SERVICE, INC., | ) | Case No. 24-20439 |
| | ) | Chapter 7 |
| Debtor-in-Possession. | ) | |

## JOINDER OF CREDITOR GAYNOR RANCH LLC IN OPPOSITION TO MOTION FOR CLARIFICATION REGARDING COMPLIANCE WITH SUBPOENA AND OBJECTIONS TO DOCUMENT REQUESTS

Creditor California State Lands Commission ("CSLC") filed an opposition to third party Alexander Schurawel's Motion for Clarification Regarding Compliance with Subpoena and Objections to Document Requests (the "Motion"). Bankr. Dkt. Nos. 77, 78. Creditor Gaynor Ranch LLC hereby joins in CSLC's opposition to the Motion because *inter alia*, the Motion constitutes improper attempts by Mr. Schurawel to (1) recast a long belated motion to quash under Federal Rule of Civil Procedure 45 as a motion for clarification and (2) unduly delay these proceedings and the discovery of relevant information. Gaynor adopts and joins in

1

each of CSLC's arguments and grounds set forth in its opposition to the Motion.

**DATED** this 23rd day of March 2026.

<div style="margin-left: 40%;">

Gaynor Ranch LLC,

Creditor

By:      */s/ John A. Coppede*
John A. Coppede (5-2485)
COAL CREEK LAW, LLC
211 W 19th Street
P.O. Box 467
Cheyenne, WY 82003
Ph: 307-634-1525
Fx: 307-638-7355
jcoppede@coalcreeklaw.com

</div>

<div style="text-align: center;">

**CERTIFICATE OF SERVICE**

</div>

I hereby certify that on the 23rd day of March 2026, a true and correct copy of the foregoing JOINDER OF CREDITOR GAYNOR RANCH LLC IN OPPOSITION TO MOTION FOR CLARIFICATION REGARDING COMPLIANCE WITH SUBPOENA AND OBJECTIONS TO DOCUMENT REQUESTS was filed with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all parties registered for electronic filing via the CM/ECF system.

<div style="margin-left: 40%;">

By:      */s/ John A. Coppede*
John A. Coppede (5-2485)
COAL CREEK LAW, LLC

</div>