William G. Cross (Wyoming Bar No. 8-6562)
Jennifer Salisbury (Wyoming Bar No. 7-5218)
Markus Williams LLC
1775 Sherman Street, Suite 1950
Denver, CO 80203
Telephone: (303) 830-0800
Facsimile: (303) 830-0809
wcross@markuswilliams.com
jsalisbury@markuswilliams.com

*Counsel for Alexander Schurawel, CPA*

## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF WYOMING

| | | |
|---|---|---|
| In re: | ) | |
| | ) | Chapter 7 |
| SIGNAL HILL SERVICE, INC., | ) | |
| | ) | Case No. 24-20439 |
| Debtor. | ) | |
| | ) | |

## AFFIDAVIT OF ALEXANDER SCHURAWEL, CPA

I, Alexander Schurawel, pursuant to 28 U.S.C. § 1746, hereby declare under penalty of perjury that the following is true and correct:

1.     I submit this affidavit in connection with the *Motion for Clarification Regarding Compliance with Subpoena and Objections to Document Requests* [Doc. 77] filed in this bankruptcy case on March 4, 2026.

2.     I am 71 years old and a resident of the State of California.

3.     I am a Certified Public Accountant and tax return preparer maintaining my offices at 2030 Main Street, Suite 1600, Irvine, California 92614.

4.     I am the only employee of my tax practice.

5.     I suffer from a chronic nerve condition called atypical odontalgia, which causes me severe pain and requires me to take several medications for pain management.

6.     This condition has in the past has required hospital stays for treatment, including most recently in December 2025.

7.     The severe pain caused by the atypical odontalgia has a major negative impact on my ability to complete daily tasks and professional work.  Treatment of the condition and medication require long periods of rest on a daily basis.

1

8. Due to my inability to regularly work because of my condition, I have a significant backlog of matters to be completed in my tax return practice including tax returns which must be completed and filed by April 15, 2026.

9. If I am unable to complete and file clients' tax returns by April 15, 2026, I will be subject to professional sanctions, and my clients may be in violation of federal and state tax laws and incur penalties as a result.

10. The resulting backlog of tax matters and my obligations with respect to the subpoena from the California State Lands Commission have caused a significant amount of stress exacerbating my condition which, in turn, results in further inability to complete my daily tasks and regularly work.

11. In January 2026, during a replacement of my tax practice's computer system, including the replacement of all computers, unforeseen issues have prevented me from adequately performing work at my tax practice. The technologies issues have also disrupted my ability to collect, review, and prepare documents in response to the subpoena.

12. As a result of the foregoing, I believe I will not be able to fully and completely respond to the subpoena until after April 15, 2026.

Dated this ___ day of March, 2026

_____
Alexander Schurawel

2