Stephen R. Winship (WSB No. 5-2093)
WINSHIP & WINSHIP, P.C.
145 South Durbin Street, Suite 201
Casper, WY 82601
(307) 234-8991
steve@winshipandwinship.com

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF WYOMING

In re:

SIGNAL HILL SERVICE, INC.,

                  Debtor.

Case No. 24-20439
CHAPTER 7

## NOTICE OF APPEAL

**COME NOW** the above-named Debtor, by and through its attorney, and hereby appeal to the Bankruptcy Appellate Panel for the Tenth Circuit from the order entered in the above referenced matter by the United States Bankruptcy Court for the District of Wyoming as follows: "Order Sustaining Objections to Final Report and Holding Case Open"[1], dated March 19, 2026 [D.E. 79].

The parties to the order appealed from and the names and addresses of their respective attorneys are as follows:

**Debtor:**                    SIGNAL HILL SERVICE, INC.

**Attorney for Appellant:**    Stephen R. Winship, #5-2093
                                WINSHIP & WINSHIP, P.C.
                                145 S. Durbin Street, Suite 201
                                Casper, WY  82601
                                Telephone: (307) 234-8991
                                steve@winshipandwinship.com

---

[1] This is a final order. See *In re Union Home and Indus., Inc.*, 375 B.R. 912, 914 (10th Cir. B.A.P. 2007).

**1 |** P a g e

**Creditor:**                    CALIFORNIA STATE LANDS COMMISSION

**Attorneys for Appellee:**      Steven Kerns, *pro hac vice*
                                 Isabella Langone, *pro hac vice*
                                 Jessica Tucker-Mohl, *pro hac vice*
                                 California Attorney General's Office
                                 1300 I Street | P.O. Box 944255
                                 Sacramento, CA 94244-2550
                                 Telephone: (916) 210-7662
                                 Steven.Kerns@doj.ca.gov
                                 Isabella.Langone@doj.ca.gov

                                 Jeffrey M. Boldt, #7-4730
                                 OVERSTREET HOMAR & KUKER
                                 2922 Central Avenue
                                 Cheyenne, Wyoming 82001
                                 Telephone: (307) 274-4444
                                 jeffrey@kukerlaw.com

**Creditor:**                    GAYNOR RANCH LLC

**Attorneys for Appellee:**      Bret G. Anderson (*Pro Hac Vice* forthcoming)
                                 banderson@fcoplaw.com
                                 Morgan T. Lynch (*Pro Hac Vice* forthcoming)
                                 mlynch@fcoplaw.com
                                 FERGUSON CASE ORR PATERSON LLP
                                 4550 E. Thousand Oaks Blvd., Ste 250
                                 Westlake Village, CA 91362
                                 Phone: (805) 659-6800
                                 Fax: (805) 659-6818

                                 John A. Coppede (#5-2485)
                                 COAL CREEK LAW, LLC
                                 211 W 19th Street
                                 P.O. Box 467
                                 Cheyenne, WY 82003-0467
                                 Ph: (307) 634-1525- Fx: (307) 638-7335
                                 jcoppede@coalcreeklaw.com

**Subject of Appeal:**

"Order Sustaining Objections to Final Report and Holding Case Open", dated March 19, 2026
[D.E. 79].

**DATED** this  2nd  day of April, 2026.

SIGNAL HILL SERVICE, INC.

By:    /s/

Stephen R. Winship (WSB No. 5-2093)
WINSHIP & WINSHIP, P.C.
145 S. Durbin Street, Suite 201
Casper, WY 82601
(307) 234-8991
steve@winshipandwinship.com

<u>**APPENDIX TO NOTICE OF APPEAL**</u>

1.      Order Sustaining Objections to Final Report and Holding Case Open.