Stephen R. Winship (WSB No. 5-2093)
WINSHIP & WINSHIP, P.C.
145 South Durbin Street, Suite 201
Casper, WY 82601
(307) 234-8991
steve@winshipandwinship.com

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF WYOMING

In re:

SIGNAL HILL SERVICE, INC.,

                Debtor.

Case No. 24-20439
CHAPTER 7

## AMENDED NOTICE OF APPEAL

**COME NOW** the above-named Debtor and its affiliates, by and through their attorney, and hereby appeal to the Bankruptcy Appellate Panel for the Tenth Circuit from the order entered in the above referenced matter by the United States Bankruptcy Court for the District of Wyoming as follows: "Order Sustaining Objections to Final Report and Holding Case Open"[1], dated March 19, 2026 [D.E. 79].

The parties to the order appealed from and the names and addresses of their respective attorneys are as follows:

| | |
|---|---|
| **Debtor:** | SIGNAL HILL SERVICE, INC. |
| **Debtor's affiliates:** | CARONE ENERGY CORPORATION, CARONE PETROLEUM CORPORATION, REPUBLIC DRILLING COMPANY, INC., PACIFIC OPERATORS OFFSHORE, LLC, VERRAZZANO CORPORATION, CARPINTERIA OFFSHORE PROJECT LTD, PACIFIC OPERATORS, INC., DBA PACIFIC OPERATORS OFFSHORE, INC., |

---

[1] This is a final order. See In re Union Home and Indus., Inc., 375 B.R. 912, 914 (10th Cir. B.A.P. 2007).

**1 |** P a g e

ANAMERICAN   CORPORATION   (FDBA ANAMERICAN DRILLING, INC.)

**Attorney for Appellants:**   Stephen R. Winship, #5-2093
WINSHIP & WINSHIP, P.C.
145 S. Durbin Street, Suite 201
Casper, WY  82601
Telephone: (307) 234-8991
steve@winshipandwinship.com


**Creditor:**   CALIFORNIA STATE LANDS COMMISSION

**Attorneys for Appellee:**   Steven Kerns, *pro hac vice*
Isabella Langone, *pro hac vice*
Jessica Tucker-Mohl, *pro hac vice*
California Attorney General's Office
1300 I Street | P.O. Box 944255
Sacramento, CA 94244-2550
Telephone: (916) 210-7662
Steven.Kerns@doj.ca.gov
Isabella.Langone@doj.ca.gov

Jeffrey M. Boldt, #7-4730
OVERSTREET HOMAR & KUKER
2922 Central Avenue
Cheyenne, Wyoming 82001
Telephone: (307) 274-4444
jeffrey@kukerlaw.com


**Creditor:**   GAYNOR RANCH LLC

**Attorneys for Appellee:**   Bret G. Anderson (*Pro Hac Vice* forthcoming)
banderson@fcoplaw.com
Morgan T. Lynch (*Pro Hac Vice* forthcoming)
mlynch@fcoplaw.com
FERGUSON CASE ORR PATERSON LLP
4550 E. Thousand Oaks Blvd., Ste 250
Westlake Village, CA 91362
Phone: (805) 659-6800
Fax: (805) 659-6818

John A. Coppede (#5-2485)
COAL CREEK LAW, LLC
211 W 19th Street
P.O. Box 467

Cheyenne, WY 82003-0467
Ph: (307) 634-1525- Fx: (307) 638-7335
jcoppede@coalcreeklaw.com

**Subject of Appeal:**

"Order Sustaining Objections to Final Report and Holding Case Open", dated March 19, 2026 [D.E. 79].

**DATED** this  7ᵗʰ  day of April, 2026.

SIGNAL HILL SERVICE, INC.

By:    /s/
Stephen R. Winship (WSB No. 5-2093)
WINSHIP & WINSHIP, P.C.
145 S. Durbin Street, Suite 201
Casper, WY 82601
(307) 234-8991
steve@winshipandwinship.com

**APPENDIX TO AMENDED NOTICE OF APPEAL**

1.      Order Sustaining Objections to Final Report and Holding Case Open.