Stephen R. Winship (WSB No. 5-2093)
WINSHIP & WINSHIP, P.C.
145 South Durbin Street, Suite 201
Casper, WY 82601
(307) 234-8991
steve@winshipandwinship.com

# IN THE UNITED STATES BANKRUPTCY COURT

# FOR THE DISTRICT OF WYOMING

In re:

SIGNAL HILL SERVICE, INC.,

Debtor.

Case No. 24-20439
CHAPTER 7

## DESIGNATION OF RECORD ON APPEAL

The following is Appellants' designation of issued items to be included in the record on appeal:

### CASE NO. 24-20439

| Docket # | Pleading Title |
| --- | --- |
| 1 | Chapter 7 Voluntary Petition |
| 4 | Statement of Financial Affairs for Non-Individual – Amended |
| 5 | Chapter 7 Trustee's Report of No Distribution |
| 6 | Withdrawal of Trustee's Report of No Distribution |
| 8 | Motion for 2004 Examination |
| 12 | Order Granting Creditor's Motion for Rule 2004 Request for Production of Documents and Deposition of Third-Party Witness Alex Schurawel |
| 17 | Motion to Amend Order/Reconsider Rule 2004 Order |

| | |
|---|---|
| 18 | Opposition Response to [D.E. 17] Motion to Amend Order/Reconsider Rule 2004 Order |
| 19 | Reply to [D.E. 18] Response to Motion to Amend Order |
| 20 | Addendum re: Supplement to Reply to Opposition to Debtor Signal Hill Service, Inc.'s Motion to Reconsider Rule 2004 Order |
| 33 | Minute of Hearing Held re: [D.E. 17] Motion to Amend Order |
| 35 | Motion for Protective Order |
| 36 | Proposed Order – Protective Order Confidential Designation Only |
| 37 | Motion to Clarify Order re: [D.E. 33] Minutes of Hearing Held |
| 38 | Objection to Motion for Protective Order |
| 40 | Response to Motion to Amend Order; Objection filed by Debtor re: Objection to Motion for Protective Order |
| 43 | Amended Protective Order – Confidential Designation Only |
| 44 | Order on Motion to Clarify Order |
| No D.E.# | Chapter 7 Trustee's Report of No Distribution |
| 70 | Objection to Trustee's Report of No Distribution and Request for Court to Keep Matter Open |
| 74 | Response to Objection to Trustee's Report of No Distribution and Request for Court to Keep Matter Open |
| 76 | Objection to Trustee's Report of No Distribution and Request for Court to Keep Matter Open (Gaynor Ranch) |
| 79 | Order Sustaining Objections to Final Report and Holding Case Open |

**DATED** this 16th day of April, 2026.

SIGNAL HILL SERVICE, INC. AND ITS
AFFILIATES

By:_____/s/ Stephen R. Winship_____
    Stephen R. Winship (WSB No. 5-2093)
    WINSHIP & WINSHIP, P.C.
    145 S. Durbin Street, Suite 201
    Casper, WY 82601
    (307) 234-8991
    steve@winshipandwinship.com

## CERTIFICATE OF SERVICE

I, Stephen R. Winship, hereby certify that a true and correct copy of the foregoing **Designation of Record on Appeal** was served *electronically* upon **Jeffrey M. Boldt** (jeffrey@kukerlaw.com**),** this 16th day of April, 2026.

    _____/s/Stephen R. Winship_____
    Stephen R. Winship