Stephen R. Winship (WSB No. 5-2093)
WINSHIP & WINSHIP, P.C.
145 South Durbin Street, Suite 201
Casper, WY 82601
(307) 234-8991
steve@winshipandwinship.com

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF WYOMING

In re:

SIGNAL HILL SERVICE, INC.,

              Debtor.

Case No. 24-20439
CHAPTER 7

## STATEMENT OF ISSUES TO BE PRESENTED ON APPEAL

**COMES NOW** the Appellants, by and through their counsel, and pursuant to Fed. R. Bankr. P. 8006, hereby states the issues to be presented on appeal:

1.      When the Bankruptcy Court relied upon matters that would be rendered moot by the acceptance of the Chapter 7 Trustee's Report of No Distribution in order to sustain the objections to said Report, did the Bankruptcy Court abuse its discretion?

**DATED** this 16th day of April, 2026.

SIGNAL HILL SERVICE, INC. AND ITS
AFFILIATES

By:_____/s/ Stephen R. Winship_____
Stephen R. Winship (WSB No. 5-2093)
WINSHIP & WINSHIP, P.C.
145 S. Durbin Street, Suite 201
Casper, WY 82601
(307) 234-8991
steve@winshipandwinship.com

## **CERTIFICATE OF SERVICE**

  I, Stephen R. Winship, hereby certify that a true and correct copy of the foregoing **Statement of Issues to be Presented on Appeal** was served *electronically* upon **Jeffrey M. Boldt (**jeffrey@kukerlaw.com**),** this 16th day of April, 2026.

         /s/Stephen R. Winship
        Stephen R. Winship