Jeffrey M. Boldt, #7-4730
OVERSTREET HOMAR & KUKER
2922 Central Avenue
Cheyenne, Wyoming 82001
307.274-4444 telephone
307.274-4443 facsimile
jeffrey@kukerlaw.com

Jessica Tucker-Mohl, *pro hac vice*
Steven Kerns, *pro hac vice*
Isabella Panicucci, *pro hac vice*
California Attorney General's Office
300 S. Spring Street, Suite 1702
Los Angeles, CA 90012-1230
Telephone: (213) 269-6226
Steven.Kerns@doj.ca.gov

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF WYOMING**

| | | |
|---|---|---|
| In re | ) | |
| | ) | |
| SIGNAL HILL SERVICE, INC., | ) | Case No. 24-20439 |
| | ) | |
| | ) | Chapter 7 |
| Debtor. | ) | |

**CREDITOR CALIFORNIA STATE LANDS COMMISSION'S OPPOSITION TO MOTION FOR ORDER EXTENDING DEADLINE TO RESPOND TO DOCUMENT SUBPOENA**

**COMES NOW** Creditor, California State Lands Commission ("Commission"), by and through its counsel, and opposes Alex Schurawel's Motion for Order Extending Deadline to Respond to Document Subpoena. Bankr. ECF No. 90. The Commission requests that the Court, *at most*, set the deadline for Mr. Schurawel to respond to the Document Subpoena to May 15, 2026.

1.    Alex Schurawel's motion for an extension was filed on April 24, 2026. This was the last business day before he was required to produce documents pursuant to agreement with the Commission and this Court's February 26, 2025, order. Bankr. ECF No. 14. Mr. Schurawel had

given no prior notice that he would be unable to comply with the April 27 deadline. Declaration of Steven W. Kerns ("Kerns Decl."), ¶ 10, Exh. F. Mr. Schurawel's counsel was unable or unwilling to explain why, despite representing Mr. Schurawel for almost six months, they were unable to review and meet the production deadline despite Mr. Schurawel's long-running health concerns—that his counsel was aware of and should have planned around. *Id*.

2.      True to its word, the Commission had previously, voluntarily, and repeatedly moved the compliance deadline to accommodate Mr. Schurawel. Kerns Decl., ¶¶ 6–8, Exhs. B, C, D; *see also* ECF No. 8 (The Commission "would consider reasonable modifications to the scope of its request upon a sufficient showing of undue burden."). After those extensions, Mr. Schurawel still refused to comply with his obligations and instead filed a motion for clarification on March 4, 2026, where he asked to be excused from responding to this Court's February 26, 2025, order. Bankr. ECF No. 77. This Court denied that request. Bankr. ECF No. 83.

3.      Now, after a failed motion and three previous extensions, Mr. Schurawel asks to reset the clock again. The Commission's previous extensions show that it respects Mr. Schurawel's health concerns. Kerns Decl., ¶¶ 6–8, Exhs. B, C, D; *see also* Bankr. ECF No. 78 ("The subpoena has not been complied with in over a year, in part, because Commission has gone above and beyond to accommodate Mr. Schurawel's and his counsel's schedules, granting multiple extensions of the date for compliance"). But those concerns have little to no impact on *his counsel's* obligation to comply with this Court's February 26, 2025 order. Mr. Schurawel's counsel has often fought this obligation. Kerns Decl., ¶ 9, Exh. E; *see also* Bankr. ECF No. 77.

4.      Since all Mr. Schurawel's personal role here is to send responsive documents to his counsel for their review, the Court should grant a much smaller extension than Mr. Schurawel requests. This smaller timeframe is especially warranted because Mr. Schurawel long ago stated

that he had already compiled the documents. *See* Kerns Decl., ¶ 2; *see also* Bankr. ECF No. 78.

For these reasons, and because debtor Signal Hill Services Inc. ("Signal Hill") and Mr.

Schurawel have steadfastly refused to comply with a fourteen-month-old Rule 2004 subpoena,

the Commission requests that the Court set the production deadline to May 15, 2026.

5.      This deadline will provide Mr. Schurawel with time to give his counsel the

documents that he has admitted to compiling, while requiring his counsel to timely review and

produce the documents. This deadline will also ensure that Signal Hill and Mr. Schurawel are

appropriately denied the opportunity to abuse this extension by continuing to delay their

compliance with their fourteen-month-old, Rule 2004 examination obligations.

**DATED** this 29th day of April 2026.

<div style="margin-left:40%">

**THE CALIFORNIA STATE LANDS
COMMISSION,
Creditor**

By:  *Steven Kerns*

Steven Kerns, *pro hac vice*
California Attorney General's Office
300 S. Spring Street, Suite 1702
Los Angeles, CA 90012-1230
Telephone: (213) 269-6226
Steven.Kerns@doj.ca.gov

Jeffrey M. Boldt, #7-4730
OVERSTREET HOMAR & KUKER
2922 Central Avenue
Cheyenne, Wyoming 82001
307.274.4444 telephone
307.274.4443 facsimile
jeffrey@kukerlaw.com

</div>

3

**DECLARATION OF STEVEN W. KERNS**

I, Steven W. Kerns, declare:

1.      I am an attorney at law licensed to practice before all courts of the State of California and I am a Deputy Attorney General for the State of California, counsel of record for Creditor California State Lands Commission ("Commission") in this action. I have personal knowledge of the following facts. If called upon to testify as a witness, I could and would competently testify to these facts under oath.

2.      During the several 2025 calls that I had with Mr. Schurawel, he told me over the phone that he had collected all the documents he had related to the Debtor and needed only to review and produce them

3.      On December 15, 2025, Mr. Schurawel's counsel, William Cross, introduced himself to this office by email and informed this office that he would be representing Mr. Schurawel. A true and correct copy of this email chain is attached hereto as **Exhibit A**.

6.      On December 17, 2025, this office received an email from Mr. Schurawel's counsel, William Cross, requesting a further extension of time of the return date on the subpoena and Rule 2004 examination. On December 18, 2025, the Commission's counsel agreed to extend the deadline for production until January 9, 2026, and schedule the examination for January 23, 2026. Mr. Schurawel's counsel agreed to January 9, 2026 for a production date and confirmed he was available on January 23, 2026, pending the availability of his client. A true and correct copy of this email chain is attached hereto as **Exhibit B**.

7.      On December 30, 2025, Mr. Schurawel's counsel requested a further extension of time to respond to the subpoena and the examination date. On January 5, 2026, the Commission granted the request for an extension, allowing Mr. Schurawel to produce documents on February

4

13, 2026 and to sit for the examination on February 27, 2026. The Commission's counsel made clear this would be the last extension the Commission would grant absent a court order that the examination and production of documents could not proceed in February. A true and correct copy of this email chain is attached hereto as **Exhibit C**.

8.      On February 13, 2026, upon receiving the Court's ruling, counsel for the Commission promptly contacted Mr. Schurawel's counsel to schedule dates for production of documents and the Rule 2004 examination, proposing February 20, 2026 for document production and February 27, 2026 for the examination. A true and correct copy of this email is attached hereto as **Exhibit D.**

9.      In response to the Commission's February 13, 2026 email, Mr. Schurawel's counsel responded and refused to schedule dates for production and the examination. A true and correct copy of this email chain is attached hereto as **Exhibit E.**

10.     On April 24, Mr. Schurawel's counsel sent an email to this office providing notice that Mr. Schurawel requesting an extension for the document production deadline. Mr. Schurawel's counsel was unable to provide any explanation as to why they were unable to meet the deadline on their client's behalf. A true and correct copy of this email chain is attached hereto as **Exhibit F.**

I declare under penalty of perjury under the laws of the State of California that the facts above are true and correct and that this declaration was executed on April 29, 2026, at Los Angeles, California.

Dated:  April 29, 2026

_Steven Kerns_

_____

STEVEN KERNS
Deputy Attorney General

# EXHIBIT A

 **Outlook**

---

## In re Signal Hill Service, Inc., Bankr. Case No. 24-20439-CDP (Bankr. D. Wyo.)

---

**From** William Cross <WCross@markuswilliams.com>

**Date** Mon 12/15/2025 10:09 AM

**To** Steven Kerns <Steven.Kerns@doj.ca.gov>; Isabella Panicucci <Isabella.Panicucci@doj.ca.gov>; jeffrey@kukerlaw.com <jeffrey@kukerlaw.com>; Leena M Sheet <Leena.Sheet@doj.ca.gov>

---

> **EXTERNAL EMAIL:** This message was sent from outside DOJ. Please do not click links or open attachments that appear suspicious.

Counsel,

Our firm is being retained to represent and assist Alex Schurawel CPA in connection with the subpoena issued by you in the Signal Hill Service, Inc. bankruptcy case.  Future communications regarding the subpoena should be directed to my attention.

Please don't hesitate to reach out if you have any questions or wish to discuss.

Thank you,

Will Cross


William Cross
Markus Williams Young & Hunsicker LLC
1775 Sherman Street, Suite 1950
Denver, CO 80203
303-604-4083
www.markuswilliams.com



**CONFIDENTIAL ATTORNEY-CLIENT OR OTHERWISE PRIVILEGED COMMUNICATION DO NOT FORWARD WITHOUT PERMISSION**

CONFIDENTIAL COMMUNICATION *E-mails from this firm normally contain confidential and privileged material, and are for the sole use of the intended recipient. Use or distribution by an unintended recipient is prohibited, and may be a violation of law. If you believe that you received this e-mail in error, please do not read this e-mail or any attached items. Please delete the e-mail and all attachments, including any copies thereof, and inform the sender that you have deleted the e-mail, all attachments and any copies thereof.*

# EXHIBIT B

| | |
|---|---|
| **From:** | William Cross |
| **To:** | Isabella Panicucci |
| **Cc:** | Steven Kerns; jeffrey@kukerlaw.com |
| **Subject:** | RE: In re Signal Hill Service, Inc., Bankr. Case No. 24-20439-CDP (Bankr. D. Wyo.) |
| **Date:** | Thursday, December 18, 2025 11:10:38 AM |
| **Attachments:** | image002.png |

**EXTERNAL EMAIL:** This message was sent from outside DOJ. Please do not click links or open attachments that appear suspicious.

Thank you, Isabella, I sincerely appreciate the extension.

January 9 should work for a document production date.  I will double check with my client today, but I've already instructed him to gather the documents if he has not already begun to do so.  It's my understanding that it should be relatively simple for him to pull documents.  I am available on January 23, and I will confirm that date with my client.

I am free to discuss the subpoena tomorrow anytime except 3:30-4:00pm MT, and I am free all day on Monday, Dec. 22.

Thanks,

Will

William Cross
Markus Williams Young & Hunsicker LLC
1775 Sherman Street, Suite 1950
Denver, CO 80203
303-604-4083
www.markuswilliams.com



**CONFIDENTIAL ATTORNEY-CLIENT OR OTHERWISE PRIVILEGED COMMUNICATION DO NOT FORWARD WITHOUT PERMISSION**

CONFIDENTIAL COMMUNICATION *E-mails from this firm normally contain confidential and privileged material, and are for the sole use of the intended recipient. Use or distribution by an unintended recipient is prohibited, and may be a violation of law. If you believe that you received this e-mail in error, please do not read this e-mail or any attached items. Please delete the e-mail and all attachments, including any copies thereof, and inform the sender that you have deleted the e-mail, all attachments and any copies thereof.*

**From:** Isabella Panicucci <Isabella.Panicucci@doj.ca.gov>
**Sent:** Thursday, December 18, 2025 11:58 AM
**To:** William Cross <WCross@markuswilliams.com>
**Cc:** Steven Kerns <Steven.Kerns@doj.ca.gov>; jeffrey@kukerlaw.com
**Subject:** RE: In re Signal Hill Service, Inc., Bankr. Case No. 24-20439-CDP (Bankr. D. Wyo.)

Will,

We are willing to extend the deadline for responding to the subpoena until January 9, 2026. We would like to keep the examination on calendar for the week of January 20. How is January 23, 2026? I understand the constraints you've laid out and we do not wish to burden you or your client, but we are eager to wrap up the examination as soon as possible and before Mr. Schurawel is inundated with tax season. I appreciate your understanding that the State Lands Commission and your client have waited a long time to take this routine examination. Our understanding from previous conversations with Mr. Schurawel is that there is not a voluminous amount of responsive documents, and the process of gathering the documents should already be underway, so the dates above should not pose an inconvenience.

I am happy to meet with you to discuss your questions and concerns about the subpoena. Are you available tomorrow, December 19? I'm also available Monday, December 22 before noon.

Thanks,
Isabella

**From:** William Cross <WCross@markuswilliams.com>
**Sent:** Wednesday, December 17, 2025 10:45 AM
**To:** Isabella Panicucci <Isabella.Panicucci@doj.ca.gov>
**Cc:** Steven Kerns <Steven.Kerns@doj.ca.gov>; jeffrey@kukerlaw.com
**Subject:** RE: In re Signal Hill Service, Inc., Bankr. Case No. 24-20439-CDP (Bankr. D. Wyo.)

**EXTERNAL EMAIL:** This message was sent from outside DOJ. Please do not click links or open attachments that appear suspicious.

Isabella,

Mr. Schurawel had indicated me the response date for the subpoena is December 29, but thank you for confirming.  He had not mentioned to me scheduling a deposition during the week of January 20.  Unfortunately, Mr. Schurawel has been in and out of the hospital in the last week due to a chronic infection and I have only had a limited opportunity to speak with him about the document production and deposition.  I am also still getting acclimated with the Signal Hill bankruptcy and the litigation over the Rule

2004 motion, including Mr. Schurawel's obligations with respect to the non-debtor affiliates' tax information and the consolidated returns.  I see from the bankruptcy court docket that Signal Hill has also sought an appeal to the Tenth Circuit in connection with those issues.

Considering Mr. Schurawel's health, proximity to the holidays, and the Tenth Circuit appeal, would you be willing to agree to a further extension of the return date on the subpoena and the deposition?  Additionally, I have some questions and concerns about the subpoena which may need us to set up a conferral under Federal Rule 26(c).  That said,  I appreciate that you have already waited a significant amount of time while the bankruptcy court issues were litigated.

Please feel free to give me a call to discuss.

Best regards,

Will

William Cross
Markus Williams Young & Hunsicker LLC
1775 Sherman Street, Suite 1950
Denver, CO 80203
303-604-4083
www.markuswilliams.com



**CONFIDENTIAL ATTORNEY-CLIENT OR OTHERWISE PRIVILEGED COMMUNICATION DO NOT FORWARD WITHOUT PERMISSION**

CONFIDENTIAL COMMUNICATION *E-mails from this firm normally contain confidential and privileged material, and are for the sole use of the intended recipient. Use or distribution by an unintended recipient is prohibited, and may be a violation of law. If you believe that you received this e-mail in error, please do not read this e-mail or any attached items. Please delete the e-mail and all attachments, including any copies thereof, and inform the sender that you have deleted the e-mail, all attachments and any copies thereof.*

**From:** Isabella Panicucci <Isabella.Panicucci@doj.ca.gov>
**Sent:** Wednesday, December 17, 2025 10:26 AM
**To:** William Cross <WCross@markuswilliams.com>

**Cc:** Steven Kerns <Steven.Kerns@doj.ca.gov>; jeffrey@kukerlaw.com
**Subject:** RE: In re Signal Hill Service, Inc., Bankr. Case No. 24-20439-CDP (Bankr. D. Wyo.)

Mr. Cross,

Thank you for reaching out. We previously discussed with Mr. Schurawel that his office would produce the documents requested in the Rule 2004 subpoena by December 29, 2025, and that the examination would take place remotely by Zoom during the week of January 20, 2026. Can you confirm that you are still in agreement with this schedule, and let us know if there is a particular day during the week of January 20 that you would prefer for the examination to take place?

Thank you,

Isabella Panicucci
Deputy Attorney General
Land Use and Conservation Section
Public Rights Division
California Attorney General's Office
1300 I Street | P.O. Box 944255
Sacramento, CA 94244-2550

---

**From:** William Cross <WCross@markuswilliams.com>
**Sent:** Monday, December 15, 2025 10:09 AM
**To:** Steven Kerns <Steven.Kerns@doj.ca.gov>; Isabella Panicucci <Isabella.Panicucci@doj.ca.gov>; jeffrey@kukerlaw.com; Leena M Sheet <Leena.Sheet@doj.ca.gov>
**Subject:** In re Signal Hill Service, Inc., Bankr. Case No. 24-20439-CDP (Bankr. D. Wyo.)

> **EXTERNAL EMAIL:** This message was sent from outside DOJ. Please do not click links or open attachments that appear suspicious.

Counsel,

Our firm is being retained to represent and assist Alex Schurawel CPA in connection with the subpoena issued by you in the Signal Hill Service, Inc. bankruptcy case.  Future communications regarding the subpoena should be directed to my attention.

Please don't hesitate to reach out if you have any questions or wish to discuss.

Thank you,

Will Cross

William Cross

Markus Williams Young & Hunsicker LLC

1775 Sherman Street, Suite 1950

Denver, CO 80203

303-604-4083

www.markuswilliams.com



**CONFIDENTIAL ATTORNEY-CLIENT OR OTHERWISE PRIVILEGED COMMUNICATION DO NOT FORWARD WITHOUT PERMISSION**

CONFIDENTIAL COMMUNICATION *E-mails from this firm normally contain confidential and privileged material, and are for the sole use of the intended recipient. Use or distribution by an unintended recipient is prohibited, and may be a violation of law. If you believe that you received this e-mail in error, please do not read this e-mail or any attached items. Please delete the e-mail and all attachments, including any copies thereof, and inform the sender that you have deleted the e-mail, all attachments and any copies thereof.*

CONFIDENTIALITY NOTICE: This communication with its contents may contain confidential and/or legally privileged information. It is solely for the use of the intended recipient(s). Unauthorized interception, review, use or disclosure is prohibited and may violate applicable laws including the Electronic Communications Privacy Act. If you are not the intended recipient, please contact the sender and destroy all copies of the communication.

CONFIDENTIALITY NOTICE: This communication with its contents may contain confidential and/or legally privileged information. It is solely for the use of the intended recipient(s). Unauthorized interception, review, use or disclosure is prohibited and may violate applicable laws including the Electronic Communications Privacy Act. If you are not the intended recipient, please contact the sender and destroy all copies of the communication.

# EXHIBIT C

| | |
|---|---|
| **From:** | William Cross |
| **To:** | Isabella Panicucci |
| **Cc:** | Steven Kerns; jeffrey@kukerlaw.com; Jennifer Salisbury |
| **Subject:** | RE: In re Signal Hill Service, Inc., Bankr. Case No. 24-20439-CDP (Bankr. D. Wyo.) |
| **Date:** | Wednesday, January 7, 2026 8:27:50 AM |
| **Attachments:** | image004.png |
| | image001.png |

**EXTERNAL EMAIL:** This message was sent from outside DOJ. Please do not click links or open attachments that appear suspicious.

Isabella,

My apologies for the delay in responding, but I have not been able to speak with my client following your email Monday.  I expect to do so following this morning's bankruptcy court hearing.

Will

William Cross

Markus Williams LLC

1775 Sherman Street, Suite 1950

Denver, CO 80203

303-604-4083

www.markuswilliams.com



**CONFIDENTIAL ATTORNEY-CLIENT OR OTHERWISE PRIVILEGED COMMUNICATION DO NOT FORWARD WITHOUT PERMISSION**

CONFIDENTIAL COMMUNICATION *E-mails from this firm normally contain confidential and privileged material, and are for the sole use of the intended recipient. Use or distribution by an unintended recipient is prohibited, and may be a violation of law. If you believe that you received this e-mail in error, please do not read this e-mail or any attached items. Please delete the e-mail and all attachments, including any copies thereof, and inform the sender that you have deleted the e-mail, all attachments and any copies thereof.*

**From:** Isabella Panicucci <Isabella.Panicucci@doj.ca.gov>

**Sent:** Monday, January 5, 2026 11:41 AM

**To:** William Cross <WCross@markuswilliams.com>

**Cc:** Steven Kerns <Steven.Kerns@doj.ca.gov>; jeffrey@kukerlaw.com; Jennifer Salisbury <jsalisbury@markuswilliams.com>

**Subject:** RE: In re Signal Hill Service, Inc., Bankr. Case No. 24-20439-CDP (Bankr. D. Wyo.)

Will,

The State Lands Commission is willing to grant your request for an additional extension, but this will be the last extension we will be able to agree to absent a court mandate that the production and examination cannot go forward in February. I'm sure you can appreciate that this examination is long overdue, and while we are sympathetic to your client's health issues and your family obligations, Mr. Schurawel has had ample time to gather documents.

If you produce the documents by February 13, we are available for the examination on February 27. Please let me know if those dates work for you.

Thank you,
Isabella

---

**From:** William Cross <WCross@markuswilliams.com>
**Sent:** Friday, January 2, 2026 2:37 PM
**To:** Isabella Panicucci <Isabella.Panicucci@doj.ca.gov>
**Cc:** Steven Kerns <Steven.Kerns@doj.ca.gov>; jeffrey@kukerlaw.com; Jennifer Salisbury <jsalisbury@markuswilliams.com>
**Subject:** RE: In re Signal Hill Service, Inc., Bankr. Case No. 24-20439-CDP (Bankr. D. Wyo.)

> **EXTERNAL EMAIL:** This message was sent from outside DOJ. Please do not click links or open attachments that appear suspicious.

Steven and Isabella,

I am following up on my email below from earlier this week. Since then, the Tenth Circuit has set a mediation conference on Signal Hill's appeal for January 13, 2026. Judge Parker has also set a hearing for next Wednesday, January 7, on Signal Hill's motion for stay pending appeal. In light of these additional developments, extending the subpoena response date seems all the more prudent.

I'm going to be out of office next week helping my father after his hospital stay. I will be signed on, but my colleague Jennifer Salisbury (who I've copied on this email) will be giving me an assist while I'm out of town in case I cannot be reached.

Regards,

Will Cross

William Cross
Markus Williams Young & Hunsicker LLC
1775 Sherman Street, Suite 1950
Denver, CO 80203

303-604-4083
www.markuswilliams.com



## MARKUS WILLIAMS
## YOUNG & HUNSICKER LLC
### *Attorneys at Law*

**CONFIDENTIAL ATTORNEY-CLIENT OR OTHERWISE PRIVILEGED COMMUNICATION DO NOT FORWARD WITHOUT PERMISSION**

CONFIDENTIAL COMMUNICATION *E-mails from this firm normally contain confidential and privileged material, and are for the sole use of the intended recipient. Use or distribution by an unintended recipient is prohibited, and may be a violation of law. If you believe that you received this e-mail in error, please do not read this e-mail or any attached items. Please delete the e-mail and all attachments, including any copies thereof, and inform the sender that you have deleted the e-mail, all attachments and any copies thereof.*

**From:** William Cross
**Sent:** Tuesday, December 30, 2025 1:03 PM
**To:** Isabella Panicucci <Isabella.Panicucci@doj.ca.gov>
**Cc:** Steven Kerns <Steven.Kerns@doj.ca.gov>; jeffrey@kukerlaw.com
**Subject:** RE: In re Signal Hill Service, Inc., Bankr. Case No. 24-20439-CDP (Bankr. D. Wyo.)

Isabella and Steven,

I am writing to seek an additional extension for Alex Schurawel to respond to the subpoena and the deposition date.  As you may recall, earlier this month Alex was admitted to the hospital due to an infection.  Since then, he has had very limited ability to go to his office for client work and go through his files and compile documents related to Signal Hill.  Complying with the requests for production by January 9 does not appear to be possible.  Alex has asked for an additional month to prepare the documents for production.  Alex also assured me that tax season will not interfere with his ability to produce documents or sit for a deposition.  Additionally, I believe delaying the production and deposition is prudent in light of the motion for stay pending appeal filed yesterday by Signal Hill in the bankruptcy case.  I have no idea how or when Judge Parker may rule on the motion or what and when the Tenth Circuit may do with the appeal.

Additional time would be a great relief to me, as well, as I need to be in Illinois all next week to help my father after undergoing surgery yesterday.

Please let me know if an extension to mid-February is acceptable to you.

Thank you,

Will Cross


William Cross

Markus Williams Young & Hunsicker LLC

1775 Sherman Street, Suite 1950

Denver, CO 80203

303-604-4083

www.markuswilliams.com



**CONFIDENTIAL ATTORNEY-CLIENT OR OTHERWISE PRIVILEGED COMMUNICATION DO NOT FORWARD WITHOUT PERMISSION**

CONFIDENTIAL COMMUNICATION *E-mails from this firm normally contain confidential and privileged material, and are for the sole use of the intended recipient. Use or distribution by an unintended recipient is prohibited, and may be a violation of law. If you believe that you received this e-mail in error, please do not read this e-mail or any attached items. Please delete the e-mail and all attachments, including any copies thereof, and inform the sender that you have deleted the e-mail, all attachments and any copies thereof.*

---

**From:** Isabella Panicucci <Isabella.Panicucci@doj.ca.gov>
**Sent:** Monday, December 29, 2025 10:07 AM
**To:** William Cross <WCross@markuswilliams.com>
**Cc:** Steven Kerns <Steven.Kerns@doj.ca.gov>; jeffrey@kukerlaw.com
**Subject:** RE: In re Signal Hill Service, Inc., Bankr. Case No. 24-20439-CDP (Bankr. D. Wyo.)


Good morning Will,

I hope you had a nice holiday break. As requested, here is a Word version of the document requests.

Can you also confirm that you and Mr. Schurawel are available for the 2004 examination on Friday, January 23, 2026 starting at 9:00 a.m. PST/10:00 a.m. MT?

Thank you,

Isabella

---

**From:** William Cross <WCross@markuswilliams.com>

**Sent:** Wednesday, December 24, 2025 8:25 AM

**To:** Isabella Panicucci <Isabella.Panicucci@doj.ca.gov>

**Cc:** Steven Kerns <Steven.Kerns@doj.ca.gov>; jeffrey@kukerlaw.com

**Subject:** Re: In re Signal Hill Service, Inc., Bankr. Case No. 24-20439-CDP (Bankr. D. Wyo.)

> **EXTERNAL EMAIL:** This message was sent from outside DOJ. Please do not click links or open attachments that appear suspicious.

That works for me.  I hope you all have a wonderful holiday break!

Will

Get Outlook for iOS

William Cross

Markus Williams Young & Hunsicker LLC

1775 Sherman Street, Suite 1950

Denver, CO 80203

303-604-4083

www.markuswilliams.com



**CONFIDENTIAL ATTORNEY-CLIENT OR OTHERWISE PRIVILEGED COMMUNICATION DO NOT FORWARD WITHOUT PERMISSION**

CONFIDENTIAL COMMUNICATION *E-mails from this firm normally contain confidential and privileged material, and are for the sole use of the intended recipient. Use or distribution by an unintended recipient is prohibited, and may be a violation of law. If you believe that you received this e-mail in error, please do not read this e-mail or any attached items. Please delete the e-mail and all attachments, including any copies thereof, and inform the sender that you have deleted the e-mail, all attachments and any copies thereof.*

**From:** Isabella Panicucci <Isabella.Panicucci@doj.ca.gov>

**Sent:** Wednesday, December 24, 2025 9:23:48 AM

**To:** William Cross <WCross@markuswilliams.com>

**Cc:** Steven Kerns <Steven.Kerns@doj.ca.gov>; jeffrey@kukerlaw.com <jeffrey@kukerlaw.com>

**Subject:** Re: In re Signal Hill Service, Inc., Bankr. Case No. 24-20439-CDP (Bankr. D. Wyo.)

Will, I am traveling for the holiday but will send you a Word document as soon as possible when I return on December 29. Thank you.

**From:** William Cross <WCross@markuswilliams.com>

**Sent:** Tuesday, December 23, 2025 10:30 AM
**To:** Isabella Panicucci <Isabella.Panicucci@doj.ca.gov>
**Cc:** Steven Kerns <Steven.Kerns@doj.ca.gov>; jeffrey@kukerlaw.com <jeffrey@kukerlaw.com>
**Subject:** RE: In re Signal Hill Service, Inc., Bankr. Case No. 24-20439-CDP (Bankr. D. Wyo.)

**EXTERNAL EMAIL:** This message was sent from outside DOJ. Please do not click links or open attachments that appear suspicious.

Isabella and Steven,

Would you please do me the courtesy of providing a Word copy of your document production requests so we can prepare responses?

Thank you,

Will Cross

William Cross
Markus Williams Young & Hunsicker LLC
1775 Sherman Street, Suite 1950
Denver, CO 80203
303-604-4083
www.markuswilliams.com

**CONFIDENTIAL ATTORNEY-CLIENT OR OTHERWISE PRIVILEGED COMMUNICATION DO NOT FORWARD WITHOUT PERMISSION**

CONFIDENTIAL COMMUNICATION *E-mails from this firm normally contain confidential and privileged material, and are for the sole use of the intended recipient. Use or distribution by an unintended recipient is prohibited, and may be a violation of law. If you believe that you received this e-mail in error, please do not read this e-mail or any attached items. Please delete the e-mail and all attachments, including any copies thereof, and inform the sender that you have deleted the e-mail, all attachments and any copies thereof.*

**From:** Isabella Panicucci <Isabella.Panicucci@doj.ca.gov>
**Sent:** Wednesday, December 17, 2025 10:26 AM
**To:** William Cross <WCross@markuswilliams.com>
**Cc:** Steven Kerns <Steven.Kerns@doj.ca.gov>; jeffrey@kukerlaw.com
**Subject:** RE: In re Signal Hill Service, Inc., Bankr. Case No. 24-20439-CDP (Bankr. D. Wyo.)

Mr. Cross,

Thank you for reaching out. We previously discussed with Mr. Schurawel that his office would produce the documents requested in the Rule 2004 subpoena by December 29, 2025, and that the examination would take place remotely by Zoom during the week of January 20, 2026. Can you confirm that you are still in agreement with this schedule, and let us know if there is a particular day during the week of January 20 that you would prefer for the examination to take place?

Thank you,

Isabella Panicucci
Deputy Attorney General
Land Use and Conservation Section
Public Rights Division
California Attorney General's Office
1300 I Street | P.O. Box 944255
Sacramento, CA 94244-2550

**From:** William Cross <WCross@markuswilliams.com>
**Sent:** Monday, December 15, 2025 10:09 AM
**To:** Steven Kerns <Steven.Kerns@doj.ca.gov>; Isabella Panicucci <Isabella.Panicucci@doj.ca.gov>; jeffrey@kukerlaw.com; Leena M Sheet <Leena.Sheet@doj.ca.gov>
**Subject:** In re Signal Hill Service, Inc., Bankr. Case No. 24-20439-CDP (Bankr. D. Wyo.)

**EXTERNAL EMAIL:** This message was sent from outside DOJ. Please do not click links or open attachments that appear suspicious.

Counsel,
Our firm is being retained to represent and assist Alex Schurawel CPA in connection with the subpoena issued by you in the Signal Hill Service, Inc. bankruptcy case.  Future communications regarding the subpoena should be directed to my attention.

Please don't hesitate to reach out if you have any questions or wish to discuss.

Thank you,

Will Cross


William Cross
Markus Williams Young & Hunsicker LLC

1775 Sherman Street, Suite 1950

Denver, CO 80203

303-604-4083

www.markuswilliams.com

**CONFIDENTIAL ATTORNEY-CLIENT OR OTHERWISE PRIVILEGED COMMUNICATION DO NOT FORWARD WITHOUT PERMISSION**

CONFIDENTIAL COMMUNICATION *E-mails from this firm normally contain confidential and privileged material, and are for the sole use of the intended recipient. Use or distribution by an unintended recipient is prohibited, and may be a violation of law. If you believe that you received this e-mail in error, please do not read this e-mail or any attached items. Please delete the e-mail and all attachments, including any copies thereof, and inform the sender that you have deleted the e-mail, all attachments and any copies thereof.*

CONFIDENTIALITY NOTICE: This communication with its contents may contain confidential and/or legally privileged information. It is solely for the use of the intended recipient(s). Unauthorized interception, review, use or disclosure is prohibited and may violate applicable laws including the Electronic Communications Privacy Act. If you are not the intended recipient, please contact the sender and destroy all copies of the communication.

CONFIDENTIALITY NOTICE: This communication with its contents may contain confidential and/or legally privileged information. It is solely for the use of the intended recipient(s). Unauthorized interception, review, use or disclosure is prohibited and may violate applicable laws including the Electronic Communications Privacy Act. If you are not the intended recipient, please contact the sender and destroy all copies of the communication.

CONFIDENTIALITY NOTICE: This communication with its contents may contain confidential and/or legally privileged information. It is solely for the use of the intended recipient(s). Unauthorized interception, review, use or disclosure is prohibited and may violate applicable laws including the Electronic Communications Privacy Act. If you are not the intended recipient, please contact the sender and destroy all copies of the communication.

CONFIDENTIALITY NOTICE: This communication with its contents may contain

confidential and/or legally privileged information. It is solely for the use of the intended recipient(s). Unauthorized interception, review, use or disclosure is prohibited and may violate applicable laws including the Electronic Communications Privacy Act. If you are not the intended recipient, please contact the sender and destroy all copies of the communication.

# EXHIBIT D

| | |
|---|---|
| **From:** | Isabella Panicucci |
| **To:** | William Cross |
| **Cc:** | Steven Kerns; jeffrey@kukerlaw.com; Jennifer Salisbury |
| **Subject:** | RE: In re Signal Hill Service, Inc., Bankr. Case No. 24-20439-CDP (Bankr. D. Wyo.) |
| **Date:** | Friday, February 13, 2026 12:20:23 PM |
| **Attachments:** | image002.png |
| | image001.png |
| | ECF No. 71 - Order Denying Motion to Stay.pdf |

Good afternoon Will,

I hope you are doing well. You may already be aware, but the bankruptcy court issued an order today denying Signal Hill's motion for stay pending appeal. As such, we would like to proceed with production of documents and the Rule 2004 examination.

We propose production of documents by next Friday, February 20. Are you and Mr. Schurawel available for the examination on Friday, February 27 starting at 9:00 a.m. PST/10:00 a.m. MT?

Thank you,
Isabella

**From:** William Cross <WCross@markuswilliams.com>
**Sent:** Wednesday, January 7, 2026 8:27 AM
**To:** Isabella Panicucci <Isabella.Panicucci@doj.ca.gov>
**Cc:** Steven Kerns <Steven.Kerns@doj.ca.gov>; jeffrey@kukerlaw.com; Jennifer Salisbury <jsalisbury@markuswilliams.com>
**Subject:** RE: In re Signal Hill Service, Inc., Bankr. Case No. 24-20439-CDP (Bankr. D. Wyo.)

**EXTERNAL EMAIL:** This message was sent from outside DOJ. Please do not click links or open attachments that appear suspicious.

Isabella,
My apologies for the delay in responding, but I have not been able to speak with my client following your email Monday.  I expect to do so following this morning's bankruptcy court hearing.

Will

William Cross
Markus Williams LLC
1775 Sherman Street, Suite 1950
Denver, CO 80203
303-604-4083
www.markuswilliams.com

# MARKUS ⟨MW⟩ WILLIAMS
## Attorneys at Law

**CONFIDENTIAL ATTORNEY-CLIENT OR OTHERWISE PRIVILEGED COMMUNICATION DO NOT FORWARD WITHOUT PERMISSION**

CONFIDENTIAL COMMUNICATION *E-mails from this firm normally contain confidential and privileged material, and are for the sole use of the intended recipient. Use or distribution by an unintended recipient is prohibited, and may be a violation of law. If you believe that you received this e-mail in error, please do not read this e-mail or any attached items. Please delete the e-mail and all attachments, including any copies thereof, and inform the sender that you have deleted the e-mail, all attachments and any copies thereof.*

**From:** Isabella Panicucci <Isabella.Panicucci@doj.ca.gov>
**Sent:** Monday, January 5, 2026 11:41 AM
**To:** William Cross <WCross@markuswilliams.com>
**Cc:** Steven Kerns <Steven.Kerns@doj.ca.gov>; jeffrey@kukerlaw.com; Jennifer Salisbury <jsalisbury@markuswilliams.com>
**Subject:** RE: In re Signal Hill Service, Inc., Bankr. Case No. 24-20439-CDP (Bankr. D. Wyo.)

Will,

The State Lands Commission is willing to grant your request for an additional extension, but this will be the last extension we will be able to agree to absent a court mandate that the production and examination cannot go forward in February. I'm sure you can appreciate that this examination is long overdue, and while we are sympathetic to your client's health issues and your family obligations, Mr. Schurawel has had ample time to gather documents.

If you produce the documents by February 13, we are available for the examination on February 27. Please let me know if those dates work for you.

Thank you,
Isabella

**From:** William Cross <WCross@markuswilliams.com>
**Sent:** Friday, January 2, 2026 2:37 PM
**To:** Isabella Panicucci <Isabella.Panicucci@doj.ca.gov>
**Cc:** Steven Kerns <Steven.Kerns@doj.ca.gov>; jeffrey@kukerlaw.com; Jennifer Salisbury <jsalisbury@markuswilliams.com>
**Subject:** RE: In re Signal Hill Service, Inc., Bankr. Case No. 24-20439-CDP (Bankr. D. Wyo.)

**EXTERNAL EMAIL:** This message was sent from outside DOJ. Please do not click links or open attachments that appear suspicious.

Steven and Isabella,

I am following up on my email below from earlier this week.  Since then, the Tenth Circuit has set a mediation conference on Signal Hill's appeal for January 13, 2026.  Judge Parker has also set a hearing for next Wednesday, January 7, on Signal Hill's motion for stay pending appeal.  In light of these additional developments, extending the subpoena response date seems all the more prudent.

I'm going to be out of office next week helping my father after his hospital stay.  I will be signed on, but my colleague Jennifer Salisbury (who I've copied on this email) will be giving me an assist while I'm out of town in case I cannot be reached.

Regards,

Will Cross


William Cross

Markus Williams Young & Hunsicker LLC

1775 Sherman Street, Suite 1950

Denver, CO 80203

303-604-4083

www.markuswilliams.com



**CONFIDENTIAL ATTORNEY-CLIENT OR OTHERWISE PRIVILEGED COMMUNICATION DO NOT FORWARD WITHOUT PERMISSION**

CONFIDENTIAL COMMUNICATION *E-mails from this firm normally contain confidential and privileged material, and are for the sole use of the intended recipient. Use or distribution by an unintended recipient is prohibited, and may be a violation of law. If you believe that you received this e-mail in error, please do not read this e-mail or any attached items. Please delete the e-mail and all attachments, including any copies thereof, and inform the sender that you have deleted the e-mail, all attachments and any copies thereof.*

**From:** William Cross
**Sent:** Tuesday, December 30, 2025 1:03 PM
**To:** Isabella Panicucci <Isabella.Panicucci@doj.ca.gov>
**Cc:** Steven Kerns <Steven.Kerns@doj.ca.gov>; jeffrey@kukerlaw.com
**Subject:** RE: In re Signal Hill Service, Inc., Bankr. Case No. 24-20439-CDP (Bankr. D. Wyo.)

Isabella and Steven,

I am writing to seek an additional extension for Alex Schurawel to respond to the subpoena and the deposition date.  As you may recall, earlier this month Alex was admitted to the hospital due to an infection.  Since then, he has had very limited ability to go to his office for client work and go through his files and compile documents related to Signal Hill.  Complying with the requests for production by January 9 does not appear to be possible.  Alex has asked for an additional month to prepare the documents for production.  Alex also assured me that tax season will not interfere with his ability to produce documents or sit for a deposition.  Additionally, I believe delaying the production and deposition is prudent in light of the motion for stay pending appeal filed yesterday by Signal Hill in the bankruptcy case.  I have no idea how or when Judge Parker may rule on the motion or what and when the Tenth Circuit may do with the appeal.

Additional time would be a great relief to me, as well, as I need to be in Illinois all next week to help my father after undergoing surgery yesterday.

Please let me know if an extension to mid-February is acceptable to you.

Thank you,

Will Cross


William Cross
Markus Williams Young & Hunsicker LLC
1775 Sherman Street, Suite 1950
Denver, CO 80203
303-604-4083
www.markuswilliams.com



**MARKUS WILLIAMS**
**YOUNG & HUNSICKER LLC**
*Attorneys at Law*

**CONFIDENTIAL ATTORNEY-CLIENT OR OTHERWISE PRIVILEGED COMMUNICATION DO NOT FORWARD WITHOUT PERMISSION**

CONFIDENTIAL COMMUNICATION *E-mails from this firm normally contain confidential and privileged material, and are for the sole use of the intended recipient. Use or distribution by an unintended recipient is prohibited, and may be a violation of law. If you believe that you received this e-mail in error, please do not read this e-mail or any attached items.*

*Please delete the e-mail and all attachments, including any copies thereof, and inform the sender that you have deleted the e-mail, all attachments and any copies thereof.*

---

**From:** Isabella Panicucci <Isabella.Panicucci@doj.ca.gov>
**Sent:** Monday, December 29, 2025 10:07 AM
**To:** William Cross <WCross@markuswilliams.com>
**Cc:** Steven Kerns <Steven.Kerns@doj.ca.gov>; jeffrey@kukerlaw.com
**Subject:** RE: In re Signal Hill Service, Inc., Bankr. Case No. 24-20439-CDP (Bankr. D. Wyo.)

Good morning Will,

I hope you had a nice holiday break. As requested, here is a Word version of the document requests.

Can you also confirm that you and Mr. Schurawel are available for the 2004 examination on Friday, January 23, 2026 starting at 9:00 a.m. PST/10:00 a.m. MT?

Thank you,

Isabella

---

**From:** William Cross <WCross@markuswilliams.com>
**Sent:** Wednesday, December 24, 2025 8:25 AM
**To:** Isabella Panicucci <Isabella.Panicucci@doj.ca.gov>
**Cc:** Steven Kerns <Steven.Kerns@doj.ca.gov>; jeffrey@kukerlaw.com
**Subject:** Re: In re Signal Hill Service, Inc., Bankr. Case No. 24-20439-CDP (Bankr. D. Wyo.)

**EXTERNAL EMAIL:** This message was sent from outside DOJ. Please do not click links or open attachments that appear suspicious.

That works for me.  I hope you all have a wonderful holiday break!

Will

Get Outlook for iOS

William Cross
Markus Williams Young & Hunsicker LLC
1775 Sherman Street, Suite 1950
Denver, CO 80203
303-604-4083
www.markuswilliams.com



## YOUNG & HUNSICKER LLC
### Attorneys at Law

**CONFIDENTIAL ATTORNEY-CLIENT OR OTHERWISE PRIVILEGED COMMUNICATION DO NOT FORWARD WITHOUT PERMISSION**

CONFIDENTIAL COMMUNICATION *E-mails from this firm normally contain confidential and privileged material, and are for the sole use of the intended recipient. Use or distribution by an unintended recipient is prohibited, and may be a violation of law. If you believe that you received this e-mail in error, please do not read this e-mail or any attached items. Please delete the e-mail and all attachments, including any copies thereof, and inform the sender that you have deleted the e-mail, all attachments and any copies thereof.*

**From:** Isabella Panicucci <Isabella.Panicucci@doj.ca.gov>
**Sent:** Wednesday, December 24, 2025 9:23:48 AM
**To:** William Cross <WCross@markuswilliams.com>
**Cc:** Steven Kerns <Steven.Kerns@doj.ca.gov>; jeffrey@kukerlaw.com <jeffrey@kukerlaw.com>
**Subject:** Re: In re Signal Hill Service, Inc., Bankr. Case No. 24-20439-CDP (Bankr. D. Wyo.)

Will, I am traveling for the holiday but will send you a Word document as soon as possible when I return on December 29. Thank you.

**From:** William Cross <WCross@markuswilliams.com>
**Sent:** Tuesday, December 23, 2025 10:30 AM
**To:** Isabella Panicucci <Isabella.Panicucci@doj.ca.gov>
**Cc:** Steven Kerns <Steven.Kerns@doj.ca.gov>; jeffrey@kukerlaw.com <jeffrey@kukerlaw.com>
**Subject:** RE: In re Signal Hill Service, Inc., Bankr. Case No. 24-20439-CDP (Bankr. D. Wyo.)

**EXTERNAL EMAIL:** This message was sent from outside DOJ. Please do not click links or open attachments that appear suspicious.

Isabella and Steven,
Would you please do me the courtesy of providing a Word copy of your document production requests so we can prepare responses?

Thank you,

Will Cross

William Cross
Markus Williams Young & Hunsicker LLC
1775 Sherman Street, Suite 1950
Denver, CO 80203

303-604-4083
www.markuswilliams.com

**CONFIDENTIAL ATTORNEY-CLIENT OR OTHERWISE PRIVILEGED COMMUNICATION DO NOT FORWARD WITHOUT PERMISSION**

CONFIDENTIAL COMMUNICATION *E-mails from this firm normally contain confidential and privileged material, and are for the sole use of the intended recipient. Use or distribution by an unintended recipient is prohibited, and may be a violation of law. If you believe that you received this e-mail in error, please do not read this e-mail or any attached items. Please delete the e-mail and all attachments, including any copies thereof, and inform the sender that you have deleted the e-mail, all attachments and any copies thereof.*

**From:** Isabella Panicucci <Isabella.Panicucci@doj.ca.gov>
**Sent:** Wednesday, December 17, 2025 10:26 AM
**To:** William Cross <WCross@markuswilliams.com>
**Cc:** Steven Kerns <Steven.Kerns@doj.ca.gov>; jeffrey@kukerlaw.com
**Subject:** RE: In re Signal Hill Service, Inc., Bankr. Case No. 24-20439-CDP (Bankr. D. Wyo.)

Mr. Cross,

Thank you for reaching out. We previously discussed with Mr. Schurawel that his office would produce the documents requested in the Rule 2004 subpoena by December 29, 2025, and that the examination would take place remotely by Zoom during the week of January 20, 2026. Can you confirm that you are still in agreement with this schedule, and let us know if there is a particular day during the week of January 20 that you would prefer for the examination to take place?

Thank you,

Isabella Panicucci
Deputy Attorney General
Land Use and Conservation Section
Public Rights Division
California Attorney General's Office
1300 I Street | P.O. Box 944255
Sacramento, CA 94244-2550

**From:** William Cross <WCross@markuswilliams.com>
**Sent:** Monday, December 15, 2025 10:09 AM

**To:** Steven Kerns <Steven.Kerns@doj.ca.gov>; Isabella Panicucci <Isabella.Panicucci@doj.ca.gov>; jeffrey@kukerlaw.com; Leena M Sheet <Leena.Sheet@doj.ca.gov>
**Subject:** In re Signal Hill Service, Inc., Bankr. Case No. 24-20439-CDP (Bankr. D. Wyo.)

**EXTERNAL EMAIL:** This message was sent from outside DOJ. Please do not click links or open attachments that appear suspicious.

Counsel,

Our firm is being retained to represent and assist Alex Schurawel CPA in connection with the subpoena issued by you in the Signal Hill Service, Inc. bankruptcy case.  Future communications regarding the subpoena should be directed to my attention.

Please don't hesitate to reach out if you have any questions or wish to discuss.

Thank you,

Will Cross


William Cross
Markus Williams Young & Hunsicker LLC
1775 Sherman Street, Suite 1950
Denver, CO 80203
303-604-4083
www.markuswilliams.com

**CONFIDENTIAL ATTORNEY-CLIENT OR OTHERWISE PRIVILEGED COMMUNICATION DO NOT FORWARD WITHOUT PERMISSION**

CONFIDENTIAL COMMUNICATION *E-mails from this firm normally contain confidential and privileged material, and are for the sole use of the intended recipient. Use or distribution by an unintended recipient is prohibited, and may be a violation of law. If you believe that you received this e-mail in error, please do not read this e-mail or any attached items. Please delete the e-mail and all attachments, including any copies thereof, and inform the sender that you have deleted the e-mail, all attachments and any copies thereof.*


CONFIDENTIALITY NOTICE: This communication with its contents may contain confidential and/or legally privileged information. It is solely for the use of the intended

recipient(s). Unauthorized interception, review, use or disclosure is prohibited and may violate applicable laws including the Electronic Communications Privacy Act. If you are not the intended recipient, please contact the sender and destroy all copies of the communication.

CONFIDENTIALITY NOTICE: This communication with its contents may contain confidential and/or legally privileged information. It is solely for the use of the intended recipient(s). Unauthorized interception, review, use or disclosure is prohibited and may violate applicable laws including the Electronic Communications Privacy Act. If you are not the intended recipient, please contact the sender and destroy all copies of the communication.

CONFIDENTIALITY NOTICE: This communication with its contents may contain confidential and/or legally privileged information. It is solely for the use of the intended recipient(s). Unauthorized interception, review, use or disclosure is prohibited and may violate applicable laws including the Electronic Communications Privacy Act. If you are not the intended recipient, please contact the sender and destroy all copies of the communication.

CONFIDENTIALITY NOTICE: This communication with its contents may contain confidential and/or legally privileged information. It is solely for the use of the intended recipient(s). Unauthorized interception, review, use or disclosure is prohibited and may violate applicable laws including the Electronic Communications Privacy Act. If you are not the intended recipient, please contact the sender and destroy all copies of the communication.

# EXHIBIT E

| | |
|---|---|
| **From:** | William Cross |
| **To:** | Isabella Panicucci |
| **Cc:** | Steven Kerns; jeffrey@kukerlaw.com; Jennifer Salisbury |
| **Subject:** | RE: In re Signal Hill Service, Inc., Bankr. Case No. 24-20439-CDP (Bankr. D. Wyo.) |
| **Date:** | Friday, February 20, 2026 12:11:59 PM |
| **Attachments:** | image001.png |
| | image004.png |

**EXTERNAL EMAIL:** This message was sent from outside DOJ. Please do not click links or open attachments that appear suspicious.

Isabella,

We are not refusing to comply with the subpoena, we are just getting mixed messages from the docket.  We simply want clarification from the Court on an issue raised by your objection to the Trustee's no asset report – whether the 2004 examination should be allowed proceed despite the Trustee saying there are no assets to be administered and the case has been fully administered.  Your objection asks the Court to leave the case open to allow the examination to proceed, so it is open question before the Court.  And, at least based on my own research, a novel issue to the Court.  We will abide by what the Court says.

Rather than wait for the Court to take that under consideration, we are going to be proactive and file a motion asking Judge Parker to clarify that issue for us.  I expect we will have our motion on file by early next week.


Will


William Cross

Markus Williams LLC

1775 Sherman Street, Suite 1950

Denver, CO 80203

303-604-4083

www.markuswilliams.com



**MARKUS WILLIAMS**
*Attorneys at Law*

**CONFIDENTIAL ATTORNEY-CLIENT OR OTHERWISE PRIVILEGED COMMUNICATION DO NOT FORWARD WITHOUT PERMISSION**

CONFIDENTIAL COMMUNICATION *E-mails from this firm normally contain confidential and privileged material, and are for the sole use of the intended recipient. Use or distribution by an unintended recipient is prohibited, and may be a violation of law. If you believe that you received this e-mail in error, please do not read this e-mail or any attached items. Please delete the e-mail and all attachments, including any copies thereof, and inform the sender that you have deleted the e-mail, all attachments and any copies thereof.*

**From:** Isabella Panicucci <Isabella.Panicucci@doj.ca.gov>
**Sent:** Thursday, February 19, 2026 10:08 AM
**To:** William Cross <WCross@markuswilliams.com>
**Cc:** Steven Kerns <Steven.Kerns@doj.ca.gov>; jeffrey@kukerlaw.com; Jennifer Salisbury <jsalisbury@markuswilliams.com>
**Subject:** RE: In re Signal Hill Service, Inc., Bankr. Case No. 24-20439-CDP (Bankr. D. Wyo.)

Will,

As you know, the bankruptcy court issued a subpoena in February of last year directing your client to produce documents and sit for a Rule 2004 examination. The Trustee's report of no distribution has no bearing on the State Lands Commission's independent investigation into the debtor's estate, financial condition, and possible fraudulent activity. If your client refuses to comply with the court-ordered examination, we will have no choice but to bring a motion to compel. Please reconsider your position and let us know what dates work for you for production and examination.

Thank you,
Isabella

**From:** William Cross <WCross@markuswilliams.com>
**Sent:** Wednesday, February 18, 2026 1:51 PM
**To:** Isabella Panicucci <Isabella.Panicucci@doj.ca.gov>
**Cc:** Steven Kerns <Steven.Kerns@doj.ca.gov>; jeffrey@kukerlaw.com; Jennifer Salisbury <jsalisbury@markuswilliams.com>
**Subject:** RE: In re Signal Hill Service, Inc., Bankr. Case No. 24-20439-CDP (Bankr. D. Wyo.)

> **EXTERNAL EMAIL:** This message was sent from outside DOJ. Please do not click links or open attachments that appear suspicious.

Isabella,

After speaking with my client, we do not think it is appropriate to agree to production and examination dates at this time.  The Report of No Distribution filed by the Chapter 7 Trustee states that there are no assets or claims which can be administered for the benefit of creditors.  This would include any assets or claims which the state of California seeks to uncover as part of its discovery efforts, and the Trustee's report makes any such discovery unnecessary.  You filed an objection to the Trustee's report and the bankruptcy court must now resolve that dispute.  If the court sustains your objection and allows the case to remain open for the Rule 2004 examination to proceed, then we can discuss new dates.

Sincerely,

Will


William Cross

Markus Williams LLC

1775 Sherman Street, Suite 1950

Denver, CO 80203

303-604-4083

www.markuswilliams.com



**CONFIDENTIAL ATTORNEY-CLIENT OR OTHERWISE PRIVILEGED COMMUNICATION DO NOT FORWARD WITHOUT PERMISSION**

CONFIDENTIAL COMMUNICATION *E-mails from this firm normally contain confidential and privileged material, and are for the sole use of the intended recipient. Use or distribution by an unintended recipient is prohibited, and may be a violation of law. If you believe that you received this e-mail in error, please do not read this e-mail or any attached items. Please delete the e-mail and all attachments, including any copies thereof, and inform the sender that you have deleted the e-mail, all attachments and any copies thereof.*

**From:** Isabella Panicucci <Isabella.Panicucci@doj.ca.gov>
**Sent:** Friday, February 13, 2026 1:20 PM
**To:** William Cross <WCross@markuswilliams.com>
**Cc:** Steven Kerns <Steven.Kerns@doj.ca.gov>; jeffrey@kukerlaw.com; Jennifer Salisbury <jsalisbury@markuswilliams.com>
**Subject:** RE: In re Signal Hill Service, Inc., Bankr. Case No. 24-20439-CDP (Bankr. D. Wyo.)

Good afternoon Will,

I hope you are doing well. You may already be aware, but the bankruptcy court issued an order today denying Signal Hill's motion for stay pending appeal. As such, we would like to proceed with production of documents and the Rule 2004 examination.

We propose production of documents by next Friday, February 20. Are you and Mr. Schurawel available for the examination on Friday, February 27 starting at 9:00 a.m. PST/10:00 a.m. MT?

Thank you,
Isabella

**From:** William Cross <WCross@markuswilliams.com>
**Sent:** Wednesday, January 7, 2026 8:27 AM
**To:** Isabella Panicucci <Isabella.Panicucci@doj.ca.gov>
**Cc:** Steven Kerns <Steven.Kerns@doj.ca.gov>; jeffrey@kukerlaw.com; Jennifer Salisbury <jsalisbury@markuswilliams.com>
**Subject:** RE: In re Signal Hill Service, Inc., Bankr. Case No. 24-20439-CDP (Bankr. D. Wyo.)

**EXTERNAL EMAIL:** This message was sent from outside DOJ. Please do not click links or open attachments that appear suspicious.

Isabella,

My apologies for the delay in responding, but I have not been able to speak with my client following your email Monday.  I expect to do so following this morning's bankruptcy court hearing.

Will

William Cross
Markus Williams LLC
1775 Sherman Street, Suite 1950
Denver, CO 80203
303-604-4083
www.markuswilliams.com



**CONFIDENTIAL ATTORNEY-CLIENT OR OTHERWISE PRIVILEGED COMMUNICATION DO NOT FORWARD WITHOUT PERMISSION**

CONFIDENTIAL COMMUNICATION *E-mails from this firm normally contain confidential and privileged material, and are for the sole use of the intended recipient. Use or distribution by an unintended recipient is prohibited, and may be a violation of law. If you believe that you received this e-mail in error, please do not read this e-mail or any attached items. Please delete the e-mail and all attachments, including any copies thereof, and inform the sender that you have deleted the e-mail, all attachments and any copies thereof.*

**From:** Isabella Panicucci <Isabella.Panicucci@doj.ca.gov>
**Sent:** Monday, January 5, 2026 11:41 AM
**To:** William Cross <WCross@markuswilliams.com>
**Cc:** Steven Kerns <Steven.Kerns@doj.ca.gov>; jeffrey@kukerlaw.com; Jennifer Salisbury <jsalisbury@markuswilliams.com>
**Subject:** RE: In re Signal Hill Service, Inc., Bankr. Case No. 24-20439-CDP (Bankr. D. Wyo.)

Will,

The State Lands Commission is willing to grant your request for an additional extension, but this will be the last extension we will be able to agree to absent a court mandate that the production and examination cannot go forward in February. I'm sure you can appreciate that this examination is long overdue, and while we are sympathetic to your client's health issues and your family obligations, Mr. Schurawel has had ample time to gather documents.

If you produce the documents by February 13, we are available for the examination on February 27. Please let me know if those dates work for you.

Thank you,
Isabella

---

**From:** William Cross <WCross@markuswilliams.com>
**Sent:** Friday, January 2, 2026 2:37 PM
**To:** Isabella Panicucci <Isabella.Panicucci@doj.ca.gov>
**Cc:** Steven Kerns <Steven.Kerns@doj.ca.gov>; jeffrey@kukerlaw.com; Jennifer Salisbury <jsalisbury@markuswilliams.com>
**Subject:** RE: In re Signal Hill Service, Inc., Bankr. Case No. 24-20439-CDP (Bankr. D. Wyo.)

> **EXTERNAL EMAIL:** This message was sent from outside DOJ. Please do not click links or open attachments that appear suspicious.

Steven and Isabella,
I am following up on my email below from earlier this week.  Since then, the Tenth Circuit has set a mediation conference on Signal Hill's appeal for January 13, 2026.  Judge Parker has also set a hearing for next Wednesday, January 7, on Signal Hill's motion for stay pending appeal.  In light of these additional developments, extending the subpoena response date seems all the more prudent.

I'm going to be out of office next week helping my father after his hospital stay.  I will be signed on, but my colleague Jennifer Salisbury (who I've copied on this email) will be giving me an assist while I'm out of town in case I cannot be reached.

Regards,

Will Cross


William Cross
Markus Williams Young & Hunsicker LLC

1775 Sherman Street, Suite 1950

Denver, CO 80203

303-604-4083

www.markuswilliams.com



**CONFIDENTIAL ATTORNEY-CLIENT OR OTHERWISE PRIVILEGED COMMUNICATION DO NOT FORWARD WITHOUT PERMISSION**

CONFIDENTIAL COMMUNICATION *E-mails from this firm normally contain confidential and privileged material, and are for the sole use of the intended recipient. Use or distribution by an unintended recipient is prohibited, and may be a violation of law. If you believe that you received this e-mail in error, please do not read this e-mail or any attached items. Please delete the e-mail and all attachments, including any copies thereof, and inform the sender that you have deleted the e-mail, all attachments and any copies thereof.*

**From:** William Cross
**Sent:** Tuesday, December 30, 2025 1:03 PM
**To:** Isabella Panicucci <Isabella.Panicucci@doj.ca.gov>
**Cc:** Steven Kerns <Steven.Kerns@doj.ca.gov>; jeffrey@kukerlaw.com
**Subject:** RE: In re Signal Hill Service, Inc., Bankr. Case No. 24-20439-CDP (Bankr. D. Wyo.)

Isabella and Steven,

I am writing to seek an additional extension for Alex Schurawel to respond to the subpoena and the deposition date.  As you may recall, earlier this month Alex was admitted to the hospital due to an infection.  Since then, he has had very limited ability to go to his office for client work and go through his files and compile documents related to Signal Hill.  Complying with the requests for production by January 9 does not appear to be possible.  Alex has asked for an additional month to prepare the documents for production.  Alex also assured me that tax season will not interfere with his ability to produce documents or sit for a deposition.  Additionally, I believe delaying the production and deposition is prudent in light of the motion for stay pending appeal filed yesterday by Signal Hill in the bankruptcy case.  I have no idea how or when Judge Parker may rule on the motion or what and when the Tenth Circuit may do with the appeal.

Additional time would be a great relief to me, as well, as I need to be in Illinois all next week to help my father after undergoing surgery yesterday.

Please let me know if an extension to mid-February is acceptable to you.

Thank you,

Will Cross


William Cross

Markus Williams Young & Hunsicker LLC

1775 Sherman Street, Suite 1950

Denver, CO 80203

303-604-4083

www.markuswilliams.com



**CONFIDENTIAL ATTORNEY-CLIENT OR OTHERWISE PRIVILEGED COMMUNICATION DO NOT FORWARD
WITHOUT PERMISSION**

CONFIDENTIAL COMMUNICATION *E-mails from this firm normally contain confidential and privileged material, and are
for the sole use of the intended recipient. Use or distribution by an unintended recipient is prohibited, and may be a
violation of law. If you believe that you received this e-mail in error, please do not read this e-mail or any attached items.
Please delete the e-mail and all attachments, including any copies thereof, and inform the sender that you have deleted the
e-mail, all attachments and any copies thereof.*

**From:** Isabella Panicucci <Isabella.Panicucci@doj.ca.gov>
**Sent:** Monday, December 29, 2025 10:07 AM
**To:** William Cross <WCross@markuswilliams.com>
**Cc:** Steven Kerns <Steven.Kerns@doj.ca.gov>; jeffrey@kukerlaw.com
**Subject:** RE: In re Signal Hill Service, Inc., Bankr. Case No. 24-20439-CDP (Bankr. D. Wyo.)

Good morning Will,

I hope you had a nice holiday break. As requested, here is a Word version of the document
requests.

Can you also confirm that you and Mr. Schurawel are available for the 2004 examination on
Friday, January 23, 2026 starting at 9:00 a.m. PST/10:00 a.m. MT?

Thank you,

Isabella

**From:** William Cross <WCross@markuswilliams.com>
**Sent:** Wednesday, December 24, 2025 8:25 AM
**To:** Isabella Panicucci <Isabella.Panicucci@doj.ca.gov>
**Cc:** Steven Kerns <Steven.Kerns@doj.ca.gov>; jeffrey@kukerlaw.com
**Subject:** Re: In re Signal Hill Service, Inc., Bankr. Case No. 24-20439-CDP (Bankr. D. Wyo.)

**EXTERNAL EMAIL:** This message was sent from outside DOJ. Please do not click links or open attachments that appear suspicious.

That works for me.  I hope you all have a wonderful holiday break!

Will

Get Outlook for iOS

William Cross
Markus Williams Young & Hunsicker LLC
1775 Sherman Street, Suite 1950
Denver, CO 80203
303-604-4083
www.markuswilliams.com



**CONFIDENTIAL ATTORNEY-CLIENT OR OTHERWISE PRIVILEGED COMMUNICATION DO NOT FORWARD WITHOUT PERMISSION**

CONFIDENTIAL COMMUNICATION *E-mails from this firm normally contain confidential and privileged material, and are for the sole use of the intended recipient. Use or distribution by an unintended recipient is prohibited, and may be a violation of law. If you believe that you received this e-mail in error, please do not read this e-mail or any attached items. Please delete the e-mail and all attachments, including any copies thereof, and inform the sender that you have deleted the e-mail, all attachments and any copies thereof.*

**From:** Isabella Panicucci <Isabella.Panicucci@doj.ca.gov>
**Sent:** Wednesday, December 24, 2025 9:23:48 AM
**To:** William Cross <WCross@markuswilliams.com>
**Cc:** Steven Kerns <Steven.Kerns@doj.ca.gov>; jeffrey@kukerlaw.com <jeffrey@kukerlaw.com>
**Subject:** Re: In re Signal Hill Service, Inc., Bankr. Case No. 24-20439-CDP (Bankr. D. Wyo.)

Will, I am traveling for the holiday but will send you a Word document as soon as possible when I return on December 29. Thank you.

**From:** William Cross <WCross@markuswilliams.com>
**Sent:** Tuesday, December 23, 2025 10:30 AM
**To:** Isabella Panicucci <Isabella.Panicucci@doj.ca.gov>
**Cc:** Steven Kerns <Steven.Kerns@doj.ca.gov>; jeffrey@kukerlaw.com <jeffrey@kukerlaw.com>
**Subject:** RE: In re Signal Hill Service, Inc., Bankr. Case No. 24-20439-CDP (Bankr. D. Wyo.)

> **EXTERNAL EMAIL:** This message was sent from outside DOJ. Please do not click links or open attachments that appear suspicious.

Isabella and Steven,

Would you please do me the courtesy of providing a Word copy of your document production requests so we can prepare responses?

Thank you,

Will Cross

William Cross
Markus Williams Young & Hunsicker LLC
1775 Sherman Street, Suite 1950
Denver, CO 80203
303-604-4083
www.markuswilliams.com

**CONFIDENTIAL ATTORNEY-CLIENT OR OTHERWISE PRIVILEGED COMMUNICATION DO NOT FORWARD WITHOUT PERMISSION**

CONFIDENTIAL COMMUNICATION *E-mails from this firm normally contain confidential and privileged material, and are for the sole use of the intended recipient. Use or distribution by an unintended recipient is prohibited, and may be a violation of law. If you believe that you received this e-mail in error, please do not read this e-mail or any attached items. Please delete the e-mail and all attachments, including any copies thereof, and inform the sender that you have deleted the e-mail, all attachments and any copies thereof.*

**From:** Isabella Panicucci <Isabella.Panicucci@doj.ca.gov>
**Sent:** Wednesday, December 17, 2025 10:26 AM
**To:** William Cross <WCross@markuswilliams.com>
**Cc:** Steven Kerns <Steven.Kerns@doj.ca.gov>; jeffrey@kukerlaw.com
**Subject:** RE: In re Signal Hill Service, Inc., Bankr. Case No. 24-20439-CDP (Bankr. D. Wyo.)

Mr. Cross,

Thank you for reaching out. We previously discussed with Mr. Schurawel that his office would produce the documents requested in the Rule 2004 subpoena by December 29, 2025, and that the examination would take place remotely by Zoom during the week of January 20, 2026. Can you confirm that you are still in agreement with this schedule, and let us know if there is a particular day during the week of January 20 that you would prefer for the examination to take place?

Thank you,

Isabella Panicucci
Deputy Attorney General
Land Use and Conservation Section
Public Rights Division
California Attorney General's Office
1300 I Street | P.O. Box 944255
Sacramento, CA 94244-2550

---

**From:** William Cross <WCross@markuswilliams.com>
**Sent:** Monday, December 15, 2025 10:09 AM
**To:** Steven Kerns <Steven.Kerns@doj.ca.gov>; Isabella Panicucci <Isabella.Panicucci@doj.ca.gov>; jeffrey@kukerlaw.com; Leena M Sheet <Leena.Sheet@doj.ca.gov>
**Subject:** In re Signal Hill Service, Inc., Bankr. Case No. 24-20439-CDP (Bankr. D. Wyo.)

> **EXTERNAL EMAIL:** This message was sent from outside DOJ. Please do not click links or open attachments that appear suspicious.

Counsel,

Our firm is being retained to represent and assist Alex Schurawel CPA in connection with the subpoena issued by you in the Signal Hill Service, Inc. bankruptcy case.  Future communications regarding the subpoena should be directed to my attention.

Please don't hesitate to reach out if you have any questions or wish to discuss.

Thank you,

Will Cross

William Cross

Markus Williams Young & Hunsicker LLC
1775 Sherman Street, Suite 1950
Denver, CO 80203
303-604-4083
www.markuswilliams.com

**CONFIDENTIAL ATTORNEY-CLIENT OR OTHERWISE PRIVILEGED COMMUNICATION DO NOT FORWARD WITHOUT PERMISSION**

CONFIDENTIAL COMMUNICATION *E-mails from this firm normally contain confidential and privileged material, and are for the sole use of the intended recipient. Use or distribution by an unintended recipient is prohibited, and may be a violation of law. If you believe that you received this e-mail in error, please do not read this e-mail or any attached items. Please delete the e-mail and all attachments, including any copies thereof, and inform the sender that you have deleted the e-mail, all attachments and any copies thereof.*

CONFIDENTIALITY NOTICE: This communication with its contents may contain confidential and/or legally privileged information. It is solely for the use of the intended recipient(s). Unauthorized interception, review, use or disclosure is prohibited and may violate applicable laws including the Electronic Communications Privacy Act. If you are not the intended recipient, please contact the sender and destroy all copies of the communication.

CONFIDENTIALITY NOTICE: This communication with its contents may contain confidential and/or legally privileged information. It is solely for the use of the intended recipient(s). Unauthorized interception, review, use or disclosure is prohibited and may violate applicable laws including the Electronic Communications Privacy Act. If you are not the intended recipient, please contact the sender and destroy all copies of the communication.

CONFIDENTIALITY NOTICE: This communication with its contents may contain confidential and/or legally privileged information. It is solely for the use of the intended recipient(s). Unauthorized interception, review, use or disclosure is prohibited and may violate applicable laws including the Electronic Communications Privacy Act. If you are not the intended recipient, please contact the sender and destroy all copies of the communication.

CONFIDENTIALITY NOTICE: This communication with its contents may contain

confidential and/or legally privileged information. It is solely for the use of the intended recipient(s). Unauthorized interception, review, use or disclosure is prohibited and may violate applicable laws including the Electronic Communications Privacy Act. If you are not the intended recipient, please contact the sender and destroy all copies of the communication.

CONFIDENTIALITY NOTICE: This communication with its contents may contain confidential and/or legally privileged information. It is solely for the use of the intended recipient(s). Unauthorized interception, review, use or disclosure is prohibited and may violate applicable laws including the Electronic Communications Privacy Act. If you are not the intended recipient, please contact the sender and destroy all copies of the communication.

CONFIDENTIALITY NOTICE: This communication with its contents may contain confidential and/or legally privileged information. It is solely for the use of the intended recipient(s). Unauthorized interception, review, use or disclosure is prohibited and may violate applicable laws including the Electronic Communications Privacy Act. If you are not the intended recipient, please contact the sender and destroy all copies of the communication.

# EXHIBIT F

| | |
|---|---|
| **From:** | Steven Kerns |
| **To:** | "Jennifer Salisbury"; Isabella Panicucci; jeffrey@kukerlaw.com |
| **Cc:** | William Cross |
| **Subject:** | RE: In re Signal Hill; Schurawel Subpoena |
| **Date:** | Friday, April 24, 2026 1:10:00 PM |
| **Attachments:** | image001.png |

Thank you, Counsel. If he was aware on April 15 that his work had hampered him from complying, we should have been notified then. Given Mr. Schurawel's long history with this case and his having stated previously that he has collected the documents, it is incumbent upon his counsel, your firm, to have reviewed and produced these documents. Mr. Schurawel was ordered to produce these documents over a year ago and your firm has been representing him since December. The State Lands Commission is unsure how Mr. Schurawel's health concerns or business obligations prevented your firm from meeting these document production obligations. We will oppose any motion for an extension that you bring and will seek all necessary recourse to protect the State Lands Commission's right to obtain discovery.

Best,

Steven

**From:** Jennifer Salisbury <jsalisbury@markuswilliams.com>
**Sent:** Friday, April 24, 2026 11:31 AM
**To:** Steven Kerns <Steven.Kerns@doj.ca.gov>; Isabella Panicucci <Isabella.Panicucci@doj.ca.gov>; jeffrey@kukerlaw.com
**Cc:** William Cross <WCross@markuswilliams.com>
**Subject:** RE: In re Signal Hill; Schurawel Subpoena

**EXTERNAL EMAIL:** This message was sent from outside DOJ. Please do not click links or open attachments that appear suspicious.

Mr. Schurawel determined earlier this week that the production would be impossible for him to respond to on April 27 due to his worsening health conditions and due to the demands of his business that did not abate as he had expected on April 15.  We are letting you know within days of our client's realization that the production would be impossible.  It is for this reason that we are requesting an extension.

Jennifer

Jennifer Salisbury
Markus Williams LLC
1775 Sherman Street, Suite 1950
Denver, CO 80203
303-318-0132

www.markuswilliams.com



**CONFIDENTIAL ATTORNEY-CLIENT OR OTHERWISE PRIVILEGED COMMUNICATION DO NOT FORWARD WITHOUT PERMISSION**

CONFIDENTIAL COMMUNICATION *E-mails from this firm normally contain confidential and privileged material, and are for the sole use of the intended recipient. Use or distribution by an unintended recipient is prohibited, and may be a violation of law. If you believe that you received this e-mail in error, please do not read this e-mail or any attached items. Please delete the e-mail and all attachments, including any copies thereof, and inform the sender that you have deleted the e-mail, all attachments and any copies thereof.*

**From:** Steven Kerns <Steven.Kerns@doj.ca.gov>
**Sent:** Friday, April 24, 2026 12:00 PM
**To:** Jennifer Salisbury <jsalisbury@markuswilliams.com>; Isabella Panicucci <Isabella.Panicucci@doj.ca.gov>; jeffrey@kukerlaw.com
**Cc:** William Cross <WCross@markuswilliams.com>
**Subject:** RE: In re Signal Hill; Schurawel Subpoena

Counsel,

Correct, Mr. Schurawel was obligated to produce documents on the 27th. Given that your office is notifying us the last business day before the deadline, we are forced to conclude that your office either failed to inform the California Department of Justice in good faith, and in a timely manner, that you are unable to produce documents by the agreed-upon deadline, or that Mr. Schurawel's health only recently took a turn and that he will have mostly completed the document review. If Mr. Schurawel has mostly completed the document review, we will consider a rolling production schedule that can accommodate Mr. Schurawel's health wherein you produce as many of the documents as possible on Monday, April 27. If instead, your office waited until the last business day before the deadline to notify our office that you would produce nothing on the production date that was agreed to nearly a month ago, then we will be forced to detail that to the Court and explore all available remedies for your failure to promptly notify this office and/or produce documents.

Can you please immediately offer a complete explanation as to why notice is being given the last business day before the production date so we can response accordingly?

Regardless, we wish Mr. Schurawel a complete and speedy recovery.

Lastly, please include my colleague, Mrs. Langone (cc'd), on all future correspondence.

Best,

Steven

**From:** Jennifer Salisbury <jsalisbury@markuswilliams.com>
**Sent:** Friday, April 24, 2026 8:55 AM
**To:** Steven Kerns <Steven.Kerns@doj.ca.gov>; jeffrey@kukerlaw.com
**Cc:** William Cross <WCross@markuswilliams.com>
**Subject:** In re Signal Hill; Schurawel Subpoena

---

**EXTERNAL EMAIL:** This message was sent from outside DOJ. Please do not click links or open attachments that appear suspicious.

---

Good morning,

I work with Will Cross with respect to representing Mr. Schurawel in responding to the subpoena that the State of California has served upon him. It is my understanding that the parties had agreed that Mr. Schurawel would produce documents responsive to the State's subpoena next week on the 27th.  Unfortunately, Mr. Schurawel's health has taken a turn for the worse and as a result he is struggling both personally and professionally.  He has directed us to request an extension of time for him to respond to the subpoena until May 31. I anticipate filing a motion requesting an extension of time with the Court.  I presume that California will oppose the motion, but please let me know if that is not the case.

Thank you,

Jennifer Salisbury


Jennifer Salisbury
Markus Williams LLC
1775 Sherman Street, Suite 1950
Denver, CO 80203
303-318-0132
www.markuswilliams.com



**MARKUS WILLIAMS**
*Attorneys at Law*

**CONFIDENTIAL ATTORNEY-CLIENT OR OTHERWISE PRIVILEGED COMMUNICATION DO NOT FORWARD WITHOUT PERMISSION**

CONFIDENTIAL COMMUNICATION *E-mails from this firm normally contain confidential and privileged material, and are for the sole use of the intended recipient. Use or distribution by an unintended recipient is prohibited, and may be a violation of law. If you believe that you received this e-mail in error, please do not read this e-mail or any attached items. Please delete the e-mail and all attachments, including any copies thereof, and inform the sender that you have deleted the e-mail, all*

*attachments and any copies thereof.*

CONFIDENTIALITY NOTICE: This communication with its contents may contain confidential and/or legally privileged information. It is solely for the use of the intended recipient(s). Unauthorized interception, review, use or disclosure is prohibited and may violate applicable laws including the Electronic Communications Privacy Act. If you are not the intended recipient, please contact the sender and destroy all copies of the communication.

# CERTIFICATE OF SERVICE

Case Name: | **In re:** | No. | **24-20439**
**)**
**SIGNAL HILL SERVICE,**
**INC.,**

I hereby certify that on <u>April 29, 2026,</u> I electronically filed the following documents with the Clerk of the Court by using the CM/ECF system:

**CREDITOR CALIFORNIA STATE LANDS COMMISSION'S OPPOSITION TO MOTION FOR ORDER EXTENDING DEADLINE TO RESPOND TO DOCUMENT SUBPOENA**

I certify that **all** participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

:

Stephen R. Winship
Winship and Winship, PC
145 South Durbin Street
Suite 201
Casper, WY 82601-2566
**Email:** steve@winshipandwinship.com
*Attorney for Appellant Signal Hill Service, Inc.*

John A. Coppede
Coal Creek Law, LLP
211 W. 19th Street
P.O. Box 467
Cheyenne, WY 82003-0467
**Email:** jcoppede@coalcreeklaw.com
*Attorney for Appellee Gaynor Ranch LLC*

Bret Anderson
Morgan Lynch
Ferguson Case Orr Paterson, LLP
4550 E. Thousand Oaks Blvd., Ste 250
Westlake Village, CA 91362
**Email:** banderson@fcoplaw.com
**Email:** mlynch@fcoplaw.com
*Attorneys for Appellee Gaynor Ranch LLC*

I declare under penalty of perjury under the laws of the State of California and the United States of America the foregoing is true and correct and that this declaration was executed on <u>April 29, 2026</u>, at Los Angeles, California.

| J. Martinez | /s/ J. Martinez |
| Declarant | Signature |

LA2024305269
68420408.docx