Jeffrey M. Boldt, #7-4730
OVERSTREET HOMAR & KUKER
2922 Central Avenue
Cheyenne, Wyoming 82001
307.274-4444 telephone
307.274-4443 facsimile
jeffrey@kukerlaw.com

Jessica Tucker-Mohl, *pro hac vice*
Steven Kerns, *pro hac vice*
Isabella Panicucci, *pro hac vice*
California Attorney General's Office
1300 I Street Street, Suite 125
Sacramento, CA 95814
Telephone: (916) 210-7662
Isabella.Panicucci@doj.ca.gov

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF WYOMING**

| | | |
|---|---|---|
| In re | ) | |
| | ) | |
| SIGNAL HILL SERVICE, INC., | ) | Case No. 24-20439 |
| | ) | |
| | ) | Chapter 7 |
| Debtor. | ) | |

**APPELLEE AND CREDITOR CALIFORNIA STATE LANDS COMMISSION'S
DESIGNATION OF ADDITIONAL ITEMS FOR RECORD ON APPEAL**

Pursuant to Federal Rules of Bankruptcy Procedure, rule 8009(a)(2)(A), Appellee

and Creditor California State Lands Commission designates the following additional

items to be included in the record on appeal for BAP Appeal No. 26-3.

///


///


///

**Case No. 24-20439**

| Docket # | Pleading Title |
|---|---|
| 21 | Addendum re: Second Supplement to Reply to Opposition to Debtor Signal Hill Service, Inc.'s Motion to Reconsider Rule 2004 Order (related document(s):19 Reply, 20 Addendum). Filed by Signal Hill Service, Inc. (Winship, Stephen) |
| 47 | Notice of Appeal and Statement of Election to District Court. Fee Amount $298 (related document(s):12 Order on Motion for Examination, 43 Order on Motion for Protective Order, 44 Order on Motion to Clarify). Filed by Signal Hill Service, Inc. (Attachments: #1 Exhibit 1 , #2 Exhibit 2 , #3 Exhibit 3 (Winship, Stephen) |
| 49 | Motion for Leave to Appeal (related document(s):12 Order on Motion for Examination, 43 Order on Motion for Protective Order, 44 Order on Motion to Clarify). Filed on behalf of Signal Hill Service, Inc. by Stephen R. Winship. (Attachments: #1 Exhibit 1 , #2 Exhibit 2 , #3 Exhibit 3 (Winship, Stephen) |
| 50 | Opposition Objection to (related document(s): 49 Motion for Leave to Appeal filed by Debtor Signal Hill Service, Inc.) Filed by California State Lands Commission (Panicucci, Isabella) |
| 53 | Notice from District Court: Order Denying Motion for Leave to Appeal and Dismissing Appeal (related document(s):47 Notice of Appeal and Statement of Election). (dcsl) |
| 54 | Notice from District Court: Judgment (related document(s):47 Notice of Appeal and Statement of Election). (dcsl) |
| 57 | Notice from District Court: Mandate (related document(s):47 Notice of Appeal and Statement of Election). (tsm) |
| 58 | Notice from District Court: Notice of Appeal (related document(s):53 Notice). (seb) |
| 60 | Motion To Stay Pending Appeal. Filed on behalf of Signal Hill Service, Inc. by Stephen R. Winship. (Attachments: #1 Proposed/Unsigned Order (Winship, Stephen) |

| | |
|---|---|
| 63 | Supplemental Motion To Stay Pending Appeal (related documents 60 Motion To Stay Pending Appeal) (related document(s):60 Motion To Stay Pending Appeal). Filed on behalf of Signal Hill Service, Inc. by Stephen R. Winship. (Winship, Stephen) |
| 64 | Opposition Response to (related document(s): 60 Motion To Stay Pending Appeal filed by Debtor Signal Hill Service, Inc., 61 Motion to Expedite Hearing filed by Debtor Signal Hill Service, Inc., 63 Supplemental Motion To Stay Pending Appeal (related documents 60 Motion To Stay Pending Appeal) filed by Debtor Signal Hill Service, Inc.) Filed by California State Lands Commission (Panicucci, Isabella) |
| 68* | A transcript of the proceeding held on 07/30/2025 was filed on 1/20/2026. To review the transcript for redaction purposes, you may purchase a copy from the transcriber New Life Transcription Service, Telephone number 307-214-3912 or view the document at the clerk's office public terminal. (related document(s):17 Motion to Amend Order). Transcript access will be restricted through 4/20/2026. (tsm)<br><br>* If needed, Appellee can provide a copy of the transcript of the July 30, 2025 hearing (filed on January 20, 2026, Dkt. No. 68) for the Court's convenience. |
| 71 | Order on Motion to Stay Pending Appeal (Related Doc # 60) (seb) |
| 77 | Motion to Clarify Motion for Clarification Regarding Compliance With Subpoena and Objections to Document Requests (related document(s):12 Order on Motion for Examination, 14 Subpoena Issued, Chapter 7 Trustee's Report of No Distribution, 70 Objection to, 74 Response, 76 Objection to). Filed on behalf of Alex Schurawel by William Cross. (Cross, William) |
| 78 | Objection to (related document(s): 77 Motion to Clarify Motion for Clarification Regarding Compliance With Subpoena and Objections to Document Requests filed by Other Professional Alex Schurawel) CREDITOR CALIFORNIA STATE LANDS COMMISSIONS OPPOSITION TO MOTION FOR CLARIFICATION REGARDING COMPLIANCE WITH SUBPOENA AND OBJECTIONS TO DOCUMENT REQUESTS Filed by California State Lands Commission (Kerns, Steven) |

81          Joinder in Opposition to Motion for Clarification (related
            document(s):78 Objection) (related document(s):78
            Objection). Filed by Gaynor Ranch LLC (Coppede, John)

83          Order on Motion to Clarify (related document(s):77 Motion to
            Clarify). (dxj)


**DATED** this 30th day of April 2026.

                              **THE CALIFORNIA STATE LANDS
                              COMMISSION,
                              Creditor**


                    By:     _/s/ Isabella A. Panicucci_
                              Isabella Panicucci, *pro hac vice*
                              California Attorney General's Office
                              1300 I Street, Suite 125
                              Sacramento, CA 95630
                              Telephone: (916) 210-7662
                              Isabella.Panicucci@doj.ca.gov

                              Jeffrey M. Boldt, #7-4730
                              OVERSTREET HOMAR & KUKER
                              2922 Central Avenue
                              Cheyenne, Wyoming 82001
                              307.274.4444 telephone
                              307.274.4443 facsimile
                              jeffrey@kukerlaw.com

# CERTIFICATE OF SERVICE

| Case Name: | **SIGNAL HILL SERVICE, INC. V. CALIFORNIA STATE LANDS COMMISSION ET AL.** | Case No. | **WY-26-003** |
|---|---|---|---|

I hereby certify that on <u>April 30, 2026</u>, I electronically filed the following documents with the Clerk of the Court by using the CM/ECF system:

**APPELLEE AND CREDITOR CALIFORNIA STATE LANDS COMMISSION'S DESIGNATION OF ADDITIONAL ITEMS FOR RECORD ON APPEAL**

I certify that **all** participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

Stephen R. Winship
Winship and Winship, PC
145 South Durbin Street
Suite 201
Casper, WY 82601-2566
**Email:** steve@winshipandwinship.com
*Attorney for Appellant Signal Hill Service, Inc.*

John A. Coppede
Coal Creek Law, LLP
211 W. 19th Street
P.O. Box 467
Cheyenne, WY 82003-0467
**Email:** jcoppede@coalcreeklaw.com
*Attorney for Appellee Gaynor Ranch LLC*

Bret Anderson
Morgan Lynch
Ferguson Case Orr Paterson, LLP
4550 E. Thousand Oaks Blvd., Ste 250
Westlake Village, CA 91362
**Email:** banderson@fcoplaw.com
**Email:** mlynch@fcoplaw.com
*Attorneys for Appellee Gaynor Ranch LLC*

I declare under penalty of perjury under the laws of the State of California and the United States of America the foregoing is true and correct and that this declaration was executed on <u>April 30, 2026</u>, at Sacramento, California.

| Antinia Brown | | Signature |
|---|---|---|
| Declarant | | |

LA2024305269
39817477