**UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF WYOMING**

FILED

11:42 am, 5/1/26

HJ Esterholdt
Clerk of Court

| | | | |
|---|---|---|---|
| In re: | ) | | |
| | ) | Chapter 7 | |
| SIGNAL HILL SERVICE, INC., | ) | | |
| | ) | Case No. 24-20439 | |
| Debtor. | ) | | |

**ORDER GRANTING IN PART MOTION FOR EXTENSION
OF TIME TO RESPOND TO SUBPOENA**

THIS MATTER having come before the Court on the *Motion for Extension of Time to Respond to Subpoena* (the "Motion") filed by Alexander Schurawel, CPA, seeking an extension of time to respond to and be examined pursuant to the Subpoena for Rule 2004 Examination (the "Subpoena") issued by the California State Lands Commission (the "Commission"). The Court, having reviewed the Motion and the bases for the relief requested therein, and any responses or objections thereto, does hereby ORDER as follows:

1.     The deadline for Mr. Schurawel to produce documents in response to the Subpoena as set forth in the Court's March 31, 2026 *Order on Motion to Clarify* [Doc. 83] is **May 15, 2026**.

2.     The examination of Mr. Schurawel pursuant to the Subpoena shall occur on or before **May 31, 2026,** at such time as mutually agreed upon by Mr. Schurawel and  the Commission.

BY THE COURT:

Cathleen D. Parker     5/1/2026

Honorable Cathleen D. Parker
United States Bankruptcy Judge

4912-8170-0691, v. 1