## IN THE UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF WYOMING

In re:  )
  )
SIGNAL HILL SERVICE, INC.,  )  Case No. 24-20439
  )  CHAPTER 7
  Debtor.  )
  )

## ORDER GRANTING MOTION FOR STAY PENDING APPEAL

**THIS MATTER** coming before the Court upon the *Motion for Stay Pending Appeal* filed herein by Debtor and its affiliates; no objections being filed thereto and the Court being fully advised in the premises **FINDS** that the Motion should be granted.

**NOW, THEREFORE**, it is hereby **ORDERED** that all matters relating to this Court's "Order Granting Creditor's Motion for Rule 2004 Request for Production of Documents and Deposition of Third-Party Witness Alex Schurawel", dated February 21, 2025 [D.E. 12]; and the "Order Sustaining Objections to Final Report and Holding Case Open", dated March 19, 2026 [D.E. 79] are **STAYED** pending the outcome of the appeal to the Bankruptcy Appellant Panel for Tenth Circuit Court of Appeals (B.A.P. No. WY-26-003).

**BY THE COURT:**

_____
United States Bankruptcy Court Judge