Stephen R. Winship
(Wyoming State Bar No. 5-2093)
WINSHIP & WINSHIP, P.C.
145 S. Durbin Street, Suite 201
Casper, WY  82601
Phone:  (307) 234-8991
Fax:  (307) 234-1116
steve@winshipandwinship.com

## IN THE UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF WYOMING

| | | |
|---|---|---|
| In re: | ) | |
| | ) | |
| SIGNAL HILL SERVICE, INC., | ) | Case No. 24-20439 |
| | ) | CHAPTER 7 |
| Debtor. | ) | |
| | ) | |

## MOTION FOR EXPEDITED HEARING

**COME NOW** the above-named Debtor and its Affiliates[1] ("Movant"), by and through their counsel, and pursuant to L.B.R. 9013-1(B)(3) hereby request that this Court hear Movant's "Motion for Stay Pending Appeal" [D.E. 97] ("Motion") on an expedited basis, and in support hereof show the Court as follows:

1. As detailed in the Motion filed herein on May 7, 2026, this Court entered its Order Granting in Part Motion for Extension of Time to Respond Subpoena" [D.E. 94], which requires Appellants' accountant to produce to California State Lands Commission, *inter alia*, income tax returns that include as well as disclose the Affiliates' confidential financial information, and that the Rule 2004 examination of said accountant occur on or before May 31, 2026.

[1] The "Affiliates" are comprised of Carone Energy Corporation, Carone Petroleum Corporation. Republic Drilling Company, Inc., Pacific Operators Offshore, LLC, Verrazzano Corporation, Carpinteria Offshore Project Ltd, Pacific Operators, Inc., dba Pacific Operators Offshore, Inc., AnAmerican Corporation (fdba AnAmerican Drilling, Inc.)

**1 |** P a g e

2.      Unless this Court hears and grants the Motion prior to the May 15, 2026 disclosure of the subject tax information, the pending appeal will become effectively moot with no practical remedy available to the Affiliates.

**WHEREFORE** Movant requests that this Court hear its Motion prior to May 15, 2026.

**DATED** this 7th day of May, 2026.

SIGNAL HILL SERVICE, INC.

By:_____/s/_____
Stephen R. Winship
(Wyoming State Bar No. 4-2093)
Winship & Winship, P.C.
145 South Durbin Street, Suite 201
Casper, WY  82601
(307) 234-8991

## CERTIFICATE OF SERVICE

I, Stephen R. Winship, hereby certify that a true and correct copy of the foregoing **Motion for Expedited Hearing** was hereby served was served *electronically* upon **Isabella Panicucci**, (Isabella.Panicucci@doj.ca.gov), **Jeffrey M. Boldt (**jeffrey@kukerlaw.com**),** and **Steven Kerns (**steven.kerns@doj.ca.gov**),** this 7th day of May, 2026.

_____/s/_____
Stephen R. Winship