**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF WYOMING**

| | | |
|---|---|---|
| In re: | ) | |
| | ) | |
| SIGNAL HILL SERVICE, INC., | ) | Case No. 24-20439 |
| | ) | CHAPTER 7 |
| Debtor. | ) | |
| | ) | |

### ORDER ON MOTION FOR EXPEDITED HEARING

**IT IS ORDERED** and notice is hereby given that a non-evidentiary hearing will be held on the Debtor's *Motion for Stay Pending Appeal* (D.E. 97) by **Telephone Conference**, on _____ **at** _____ **a.m.** or as soon thereafter as counsel can be heard.

**IT IS FURTHER ORDERED** that parties to a scheduled teleconference hearing are responsible to call the Court to participate in the hearings. **Five minutes before the scheduled hearing time parties shall call 1-571-353-2301, the Access Code is 715961300.** Hearings may be a stacked setting or overlap. In those circumstances, please remain silent until your case is called. The courtroom deputy will take roll call prior to the hearings.

**BY THE COURT:**

_____

Honorable Cathleen D. Parker
United States Bankruptcy Court Judge