**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF WYOMING**

FILED

2:59 pm, 5/8/26

HJ Esterholdt
Clerk of Court

| | | | |
|---|---|---|---|
| In re: | ) | | |
| | ) | | |
| SIGNAL HILL SERVICE, INC., | ) | Case No. 24-20439 | |
| | ) | CHAPTER 7 | |
| Debtor. | ) | | |
| | ) | | |

**ORDER ON DENYING MOTION FOR EXPEDITED HEARING**

This matter is before the court on the Motion for an Expedited Hearing on the Motion for Stay Pending Appeal. On May 8, 2026, the court entered an Order Denying Stay Pending Appeal. Therefore,

**IT IS ORDERED** that the Motion to Expedite Hearing is denied as moot.

**BY THE COURT:**

_Cathleen D Parker_ 5/8/2026
Honorable Cathleen D. Parker
United States Bankruptcy Court Judge