RANDY L. ROYAL
CHAPTER 7 TRUSTEE
P.O. BOX 551
GREYBULL, WY 82426
PHONE: 307-765-4433
FAX: 307-765-9563

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF WYOMING

In Re:                                    )
        SIGNAL HILL SERVICE, INC.         )
                                          )      Case No. 24-20439
                                          )
                Debtor(s)                 )

**WITHDRAWAL OF TRUSTEE'S REPORT OF NO DISTRIBUTION**

COMES NOW the Trustee and withdraws his Report of No Distribution filed February 2, 2026.

DATED:        May 12, 2026

/s/ Randy L. Royal, Chapter 7 Trustee

**CERTIFICATE OF SERVICE**

I, Randy L. Royal, Trustee, do hereby certify that a copy of the foregoing **WITHDRAWAL OF TRUSTEE'S REPORT OF NO DISTIBUTION** was served on the following parties on May 12, 2026 as indicated below.  The electronic notice will be done by the U.S. Bankruptcy Clerk.

Via: Electronic Notice:
**Stephen R. Winship (steve@winshipandwinship.com)**
**U.S. Trustee's Office (USTPRegion19.cy.ecf@usdoj.gov)**
**Jeffrey M Boldt (jeffrey@kukerlaw.com)**
**John A. Coppede (jcoppede@coalcreeklaw.com)**
**William Cross (wcross@markuswilliams.com)**
**Jennifer M. Salisbury (jsalisbury@markuswilliams.com)**
**Steven Kerns (steven.kerns@doj.ca.gov)**
**Isabella Panicucci (Isabella.Panicucci@doj.ca.gov)**

/s/ Randy L. Royal, Chapter 7 Trustee