IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF WYOMING

In Re: )
    SIGNAL HILL SERVICES, INC. )
                               )     Case No. 24-20439
                               )
          Debtor(s) )

### REQUEST TO CLERK FOR NOTIFICATION OF CREDITORS
### TO FILE CLAIMS

TO: THE CLERK OF THE UNITED STATES BANKRUPTCY COURT

Please take notice that the Trustee has funds or believes that he will have funds for

disbursement to creditors of this estate.

PLEASE NOTICE CREDITORS to file claims in this case.

DATED:      May 12, 2026


                              /s/ Randy L. Royal, Trustee in Bankruptcy


RLR/cdc
Bmswquickdocs
NAC