**IN THE UNITED STATES BANKRUPTCY COURT**

**FOR THE DISTRICT OF WYOMING**

| | | |
|---|---|---|
| In re: | ) | |
| | ) | |
| SIGNAL HILL SERVICE, INC., | ) | Case No. 24-20439 |
| | ) | CHAPTER 7 |
| Debtor. | ) | |
| | ) | |

**ORDER GRANTING MOTION TO**
**APPROVE SETTLEMENT AGREEMENT**

**THIS MATTER** is before the Court on the *Motion to Approve Settlement Agreement* (the "Motion"), filed by Randy L. Royal, as Chapter 7 Trustee for the Signal Hill Service, Inc. bankruptcy estate (the "Trustee"). The Court has reviewed the Trustee's Motion and the Settlement Agreement attached thereto, there being no objections filed thereto and is otherwise advised on the premises. It is hereby

**ORDERED** that the Trustee's Motion is **GRANTED** and the Settlement Agreement among the Trustee and Russ Howard and Richard L. Carone, attached to the Motion as Exhibit A, is **APPROVED** according to its terms under Fed. R Bankr. P. 9019. The Trustee is authorized to take appropriate action consistent with the Settlement Agreement approved herewith.

**BY THE COURT:**

_____
United States Bankruptcy Court Judge
