John A. Coppede, #5-2485
COAL CREEK LAW LLC
211 W. 19th St., Suite 300
Cheyenne, WY 82001
(307) 634-1525 telephone
(307) 638-7335 facsimile
jcoppede@coalcreeklaw.com

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF WYOMING

| | | |
|---|---|---|
| In re | ) | |
| | ) | |
| SIGNAL HILL SERVICE, INC., | ) | Case No. 24-20439 |
| | ) | |
| | ) | Chapter 7 |
| Debtor. | ) | |

## MOTION FOR BRET ANDERSON TO APPEAR *PRO HAC VICE*

**COMES NOW** John A. Coppede of Coal Creek Law, LLC, local counsel for the Gaynor Ranch LLC pursuant to U.S.D.C.L.R. 84.2(b) and Wyoming Local Bankruptcy Rule 9010-1(c), and moves the Court to admit Isabella Langone of the California Department of Justice *pro hac vice* to represent the Gaynor Ranch LLC in the above-captioned bankruptcy case. In support of this Motion, I represent and state the following:

1. I am a member in good standing of the Bar of the State of Wyoming and the Bar of the United States District Court for the District of Wyoming.

2. Mr. Anderson is admitted to the following courts: All state courts in the State of California, with an admission date of December 2, 2005.

3. Mr. Anderson's California Bar Number is 239491.

4. Mr. Anderson is in good standing in all courts listed above and is eligible to practice in this Court.

5.  Mr. Anderson is not currently, nor has she even been, suspended or disbarred in any court.

6.  Mr. Anderson has no pending grievance proceedings against him.

7.  Mr. Anderson will assist me in representing the Gaynor Ranch LLC in the above-captioned case.

8.  I vouch for the good moral character and veracity of Mr. Anderson.

9.  I shall be fully prepared to represent the Gaynor Ranch LLC at any time, in any capacity.

10. Pursuant to Wyoming Local Bankruptcy Rule 9010-1(c) and the Local Rules of the United States District Court for the District of Wyoming, specifically U.S.D.C.L.R. 84.2(b), the Affidavit of Bret Anderson is attached hereto.

11. Undersigned counsel will deposit the requisite one hundred dollar ($100.00) fee upon entry of the Order of the Court

12. A proposed order granting Mr. Anderson's appearance *pro hac vice* is filed contemporaneously with this Motion.

**[CONTINUES ON NEXT PAGE]**

13. WHEREFORE, John A. Coppede respectfully requests that this Motion be granted admitting Bret Anderson to practice *pro hac vice* for the purpose of representing the Gaynor Ranch LLC in the above-captioned bankruptcy case.

**DATED** this 15ᵗʰ day of May, 2026.

> **GAYNOR RANCH LLC**
> **Creditor**
>
> By:    */s/ John A. Coppede*_____
> John A. Coppede, #5-2485
> COAL CREEK LAW LLC
> 211 W. 19th St., Suite 300
> Cheyenne, WY 82001
> (307) 634-1525 telephone
> (307) 638-7335 facsimile
> jcoppede@coalcreeklaw.com

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing MOTION FOR BRET ANDERSON TO APPEAR PRO HAC VICE was served upon all parties registered to receive electronic notice in this matter via the Court's CM/ECF system, this 15ᵗʰ day of May 2026.

> */s/ John A. Coppede*_____
> COAL CREEK LAW LLC

3