FILED

10:00 am, 5/18/26

HJ Esterholdt
Clerk of Court

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF WYOMING**

In re                                              )
                                                   )
SIGNAL HILL SERVICE, INC.,                         )          Case No. 24-20439
                                                   )
                                                   )          Chapter 7
          Debtor.                                  )

**ORDER GRANTING
MOTION FOR BRET ANDERSON TO APPEAR *PRO HAC VICE***

THIS MATTER comes before the Court on the Motion for Bret Anderson to Appear *Pro Hac Vice* filed by John A. Coppede, requesting *pro hac vice* admission of Bret Anderson to represent the Gaynor Ranch LLC, creditor in the above-captioned bankruptcy case. The Court, finding good cause has been demonstrated, it is:

ORDERED that the Motion is GRANTED. It is further

ORDERED that Bret Anderson is admitted pro hac vice in the above captioned bankruptcy case to represent the Gaynor Ranch LLC.

BY THE COURT:

_Cathleen D Parker_ 5/18/2026
The Honorable Cathleen D. Parker
United States Bankruptcy Judge