## UNITED STATES BANKRUPTCY APPELLATE PANEL
### OF THE TENTH CIRCUIT

Anne Zoltani                          OFFICE OF THE CLERK                    Byron White U.S. Courthouse
Clerk of Court                                                             1823 Stout St., Denver, CO 80257
                                                                                        (303) 335-2900

May 27, 2026

TO:        All Parties
RE:        Signal Hill Service, Inc. v. California State Lands Commission, et al
BAP No:    WY-26-003
Bk. No.:   24-20439

Please be advised that the mandate for this case has issued today.  The clerk of the originating court shall file accordingly.

Please contact this office if you have any questions.

*Anne Zoltani*

Anne Zoltani
Clerk of Court