# IN THE UNITED STATES BANKRUPTCY COURT
## DISTRICT OF WYOMING
## CHEYENNE DIVISION

| | | |
|---|---|---|
| In re: | ) | Case No. 24-20439 |
| | ) | |
| Signal Hill Service, Inc. | ) | Chapter 7 |
| | ) | |
| | ) | |
| Debtor(s) | ) | |

## NOTICE OF APPEARANCE AND REQUEST FOR NOTICE

NOW COMES Meadow River Investments, L.L.C. and requests to be placed on the mailing matrix of this case.  The address is as follows:

> Meadow River Investments, L.L.C.
> Attention: 0Q170030-0031
> 100 North Center Street
> Newton Falls, OH  44444

This request is to receive all notices and mailings from the Clerk of this Court in this case.

Respectfully submitted,
Meadow River Investments, L.L.C.

Date:  May 28, 2026

By: /s/ Michael Bowman
Michael Bowman, Account Officer
100 North Center Street
Newton Falls, OH  44444
Phone: 330-872-0918, Ext. 3517
michael.bowman@cadleco.com

# IN THE UNITED STATES BANKRUPTCY COURT
## DISTRICT OF WYOMING
## CHEYENNE DIVISION

|  |  |
|---|---|
| In re: | )     Case No. 24-20439 |
|  | ) |
| Signal Hill Service, Inc. | )     Chapter 7 |
|  | ) |
|  | ) |
| Debtor(s) | ) |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and accurate copy of the Notice of Appearance and Request for Notice was deposited in the United States mail, first class, postage prepaid, on May 28, 2026, unless notified electronically via the Notice of Filing, addressed to the following:

Randy L. Royal, Trustee
P. O. Box 551
Greybull, WY  82426

Stephen R. Winship, Esq.
Winship and Winship, PC
145 S Durbin Street, Suite 201
Casper, WY 82601

*/s/ Jennifer Hoffstetter*
Jennifer Hoffstetter, Bankruptcy Secretary