Jennifer Salisbury (Wyoming Bar No. 7-5218)
Markus Williams LLC
1775 Sherman Street, Suite 1950
Denver, CO 80203
Telephone: (303) 830-0800
Facsimile: (303) 830-0809
jsalisbury@markuswilliams.com

*Counsel for Alexander Schurawel, CPA*

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF WYOMING

| | | |
|---|---|---|
| In re: | ) | |
| | ) | |
| SIGNAL HILL SERVICE, INC., | ) | Case No. 24-20439 |
| | ) | CHAPTER 7 |
| Debtor. | ) | |
| | ) | |

## MOTION FOR PROTECTIVE ORDER AND TO EXCUSE FURTHER
## COMPLIANCE WITH RULE 2004 ORDER

**COME NOW** Alexander Schurawel, CPA ("Schurawel"), by and through his undersigned counsel, hereby moves this Court for a protective order and to excuse further compliance with this Court's "Order Granting in Part Motion for Extension of Time to Respond to Subpoena" [D.E 94] ("Order"). In support of this Motion and the relief requested herein, Schurawel states as follows:

1. On May 1, 2026, this Court entered its Order, which requires that Schurawel to produce subpoenaed documents by May 15, 2026 to the California State Lands Commission ("Commission") and to be deposed by the Commission no later than the end of the month.

2. The Commission was a creditor of the Debtor based upon a judgment that was entered in California Superior Court in Santa Barbara County on March 15, 2024 (the "Judgment").

**1 |** P a g e

3.      In compliance with the Order, Schurawel has been able to produce to the Commission the portion of the tax returns for years 2020-2024 that are specific to the Debtor and an affiliated entity to which the Debtor is a general partner.[1]

4.      Schurawel is prepared to turnover all of the Debtor's affiliates tax information and to sit for a 2004 examination on May 29, 2026.

5.      On May 22, 2026, the undersigned was informed that the Judgment against the Debtor would be paid in full and fully satisfied.

6.      Payment in full of the Commission's unsecured claim in this bankruptcy case would moot the need for any further discovery under the Order by the Commission.

7.      On May 27, 2026, the Commission was informed that the Debtor was arranging for the Judgment to be paid in full. The Commission did not accept the payment of the Judgment amount and instead placed conditions on its acceptance.

8.      On May 28, 2026, counsel for the Debtor in the California litigation filed a Motion to Require Judgment Creditor to Accept Payment in Full of Judgment and File Satisfaction of Judgment with the Declaration of James R. Felton filed in support thereof.

9.      A copy of the Motion, Declaration, and attached exhibits is attached hereto as Exhibit A. Included in the Motion is a cover letter to counsel for the Commission, Isabella Panicucci, with a copy of the check in the amount of $382,352.36.

10.     According to the Motion, the funds used to pay the Judgment in full are not property of the Debtor's estate.

---

[1]      The Commission has accused Schurawal of withholding the state tax returns for the Debtor. Schurawal searched but found no state tax returns in his files (for either Wyoming or California). Schurawal has since confirmed with the State of California revenue department that the Debtor did not file tax returns with the State of California from 2020-2023.

11.     Because the Commission is required under California law to accept full payment of the Judgment and because the check has been proffered to the Commission, the Commission is no longer a creditor of the Debtor, it is no longer is a party in interest to this bankruptcy proceeding, and it is no longer entitled to use Fed.R.Bankr.P. 2004 for discovery.

12.     In light of the payment of the Judgment in full, Schurawal requested that the Commission excuse him from appearing for a Rule 2004 Deposition. The Commission refused and stated that they opposed the request that that Schurawal be excused from further compliance with the Order.

13.     Thus, in addition to being excused from further compliance with the Order, Schurawal seeks a protective order protecting him from oppression, undue burden and expense due to the Commission's unreasonable actions in failing to accept full payment of the amount that they are owed under the Judgment and seeking further discovery in a bankruptcy case in which they are no longer a party in interest to the proceedings.

**WHEREFORE** Schurawel requests that the Court excuse further compliance by himself with respect to the Order, or in the alternative, excuse compliance until the California state court rules on the Motion to Require Judgment Creditor to Accept Payment in Full of Judgment and File Satisfaction of Judgment, enter an order protecting Schurawel from the burden of responding to discovery which is no longer needed or necessary, and for such other and further relief as the Court deems proper.

**DATED** this  28th day of May, 2026.

ALEXANDER SCHURAWEL

By: ____/s/ *Jennifer Salisbury*____
    Jennifer Salisbury (Wyoming Bar No. 7-5218)
    Markus Williams LLC
    1775 Sherman Street, Suite 1950
    Denver, CO 80203
    Telephone: (303) 830-0800
    Facsimile: (303) 830-0809
    jsalisbury@markuswilliams.com

    *Counsel for Alexander Schurawel, CPA*

## CERTIFICATE OF SERVICE

I, Jennifer Salisbury, hereby certify that a true and correct copy of the foregoing **Motion to Excuse Further Compliance with Rule 2004 Order** was served *electronically* using the Court CM/ECF program upon **Stephen R. Winship, attorney for Debtor** (steve@winshipandwinship.com), **Randy L. Royal, Chapter 7 Trustee**, **Isabella Panicucci**, (Isabella.Panicucci@doj.ca.gov), **Jeffrey M. Boldt** (jeffrey@kukerlaw.com**), and Steven Kerns** (steven.kerns@doj.ca.gov**) attorneys for Commission,** this 14th day of May, 2026.

        ____/s/ *Jennifer Salisbury*____
        Jennifer Salisbury