**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF WYOMING**

| | | |
|---|---|---|
| In re: | ) | |
| | ) | Chapter 7 |
| SIGNAL HILL SERVICE, INC., | ) | |
| | ) | Case No. 24-20439 |
| Debtor. | ) | |

**ORDER GRANTING MOTION FOR PROTECTIVE ORDER AND TO EXCUSE**
**FURTHER COMPLIANCE WITH RULE 2004 ORDER**

THIS MATTER having come before the Court on the *Motion to Excuse Further Compliance with Rule 2004 Order* (the "Motion") filed by Alexander Schurawel, CPA, seeking a request for the Court for a protective order and to excuse further compliance with respect to the Order or in the alternative, excuse compliance until the California state court rules on the Motion to Require Judgment Creditor to Accept Payment in Full of Judgment and File Satisfaction of Judgment. The Court, having reviewed the Motion and the bases for the relief requested therein, and any responses or objections thereto, does hereby ORDER as follows:

1.      That Mr. Schurawel is excused from further compliance with respect to the Order.

2.      The Commission shall take no further action against Mr. Schurawel pending the outcome of the Motion to Require Judgment Creditor to Accept Payment in Full of Judgment and File Satisfaction of Judgment.

BY THE COURT:

_____
Honorable Cathleen D. Parker
United States Bankruptcy Judge