William G. Cross (Wyoming Bar No. 8-6562)
Jennifer Salisbury (Wyoming Bar No. 7-5218)
Markus Williams LLC
1775 Sherman Street, Suite 1950
Denver, CO 80203
Telephone: (303) 830-0800
Facsimile: (303) 830-0809
wcross@markuswilliams.com
jsalisbury@markuswilliams.com

*Counsel for Alexander Schurawel, CPA*

## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF WYOMING

| | | |
|---|---|---|
| In re: | ) | |
| | ) | Chapter 7 |
| SIGNAL HILL SERVICE, INC., | ) | |
| | ) | Case No. 24-20439 |
| Debtor. | ) | |
| | ) | |

## ALEXANDER SCHURAWEL, CPA'S RESPONSE TO MOTION TO HOLD HIM IN CONTEMPT FOR NON-COMPLIANCE WITH RULE 2004 SUBPOENA AND COURT ORDER

Alexander Schurawel, CPA ("Schurawel"), by and through his undersigned counsel, hereby files his response to the *Motion to Hold Alex Schurawel in Contempt for Noncompliance with Rule 2004 Subpoena and Court Order* [Doc. 110] (the "Motion") filed by the California State Lands Commission (the "Commission") and in support hereof Mr. Schurawel states as follows:

1.      On March 31, 2026, the Court entered its *Order on Motion to Clarify* [Doc. 83] directing Mr. Schurawel to produce documents in response to the Commission's Subpoena for Rule 2004 Examination (the "Subpoena"), as set forth in the Court's Order. The Court later entered its *Order Granting in Part Motion for Extension of Time to Respond to Subpoena* [Doc. 94] directing Mr. Schurawel to produce documents in response to the Subpoena and for his examination to be conducted on or before May 31, 2026.  Mr. Schurawel and the Commission later agreed to an examination date of May 29, 2026.

2.      On Friday, May 15, 2026, the undersigned counsel communicated to the Commission's counsel that complete production of the requested documents would not be possible on that date because electronic files provided by Mr. Schurawel to his counsel were corrupted. On Monday, May 18, 2026 at 8:17 a.m. PDT, Mr. Schurawel produced working copies of those electronic documents to the Commission.

1

3.      In compliance with the Court's May 1, 2026 Order, Mr. Schurawel has been able to produce to the Commission the portion of the tax returns for years 2020-2024 that are specific to the Debtor Signal Hill Service, Inc. (the "Debtor") and an affiliated entity to which the Debtor is a general partner.  Mr. Schurawel acknowledges he did not produce communications with the Debtor regarding the tax returns.  Mr. Schurawel also did not produce any tax returns or documentation regarding the Debtor's affiliates. The undersigned informed the Commission's counsel that most of Mr. Schurawel's files are in paper format and, given Mr. Schurawel's health issues, researching responsive paper documents has been a difficult and time-consuming process, but that Mr. Schurawel continued to review his files to determine whether there are any additional responsive documents.

4.      In the Motion, the Commission points to a lack of state-level tax returns for the Debtor and its affiliates as additional evidence Mr. Schurawel failed to comply with the Subpoena. However, Mr. Schurawel searched for but found no state-level tax returns (for either Wyoming or California) in his files for the Debtor or any of its affiliated entities. Mr. Schurawal has since confirmed with the State of California revenue department that the Debtor did not file tax returns with the State of California from 2020-2023. By 2024, the Debtor was a Wyoming corporation and state tax returns were not required.

5.      On May 22, 2026, the undersigned was informed that the Commission's judgment against the Debtor would be paid in full and fully satisfied.  On May 28, 2026, counsel for the Debtor in the California litigation filed a *Motion to Require Judgment Creditor to Accept Payment in Full of Judgment and File Satisfaction of Judgment* with the *Declaration of James R. Felton* filed in support thereof. [*See* Doc. 113-1.]  Included with that motion is a cover letter to counsel for the Commission, Isabella Panicucci, with a copy of the check in the amount of $382,352.36, representing the full amount of the Commission's judgment against the Debtor.

6.      Because the Commission is required under California law to accept full payment of the Judgment and because the check has been proffered to the Commission, the Commission is no longer a creditor of the Debtor or a party in interest to this bankruptcy proceeding.  As a result, the Commission lacks standing to pursue discovery under Fed. R. Civ. P. 2004 and any discovery the Commission seeks in pursuit of payment of its claim is moot.  Accordingly, on May 28, 2026, Mr. Schurawel filed his *Motion for Protective Order and to Excuse Further Compliance With Rule 2004 Order* [Doc. 113], in which Mr. Schurawel asks the Court to excuse compliance with the Subpoena based on the Commission's claim being paid in full.

7.      As a judgment creditor, the Commission was only entitled to payment of its judgment in full. The Commission has been made whole. Nevertheless, Mr. Schurawel acknowledges the Commission has incurred time and expense filing the Motion to obtain Mr. Schurawel's compliance with the Subpoena. Mr. Schurawel is willing to pay the

2

Commission's reasonable attorneys' fees and costs associated with the Motion in an amount no greater than $2,000.00.

WHEREFORE, Mr. Schurawel respectfully requests the Court enter an order denying the Motion and issuing such further and other relief as the Court finds appropriate under the circumstances.

Dated: June 8, 2026                    Respectfully submitted,

                                        MARKUS WILLIAMS LLC

                                        By: */s/ Jennifer Salisbury*

                                        William G. Cross (Wyo. Bar No. 8-6562)
                                        Jennifer Salisbury (Wyo. Bar No. 7-5218)
                                        1775 Sherman St., Suite 1950
                                        Denver, CO 80203
                                        Telephone: (303) 830-0800
                                        wcross@markuswilliams.com
                                        jsalisbury@markuswilliams.com

                                        *Counsel for Alexander Schurawel CPA*

3

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing **MOTION FOR CLARIFICATION REGARDING COMPLIANCE WITH SUPOENA AND OBJECTIONS TO DOCUMENT REQUESTS** was filed on June 8, 2026, via the Court's CM/ECF system and served as indicated below on the following:

Via CM/ECF:

- Jeffrey M Boldt    jeffrey@kukerlaw.com, vaughna@kukerlaw.com
- John A. Coppede    jcoppede@coalcreeklaw.com, jfiscus@coalcreeklaw.com
- Steven Kerns    steven.kerns@doj.ca.gov, josephine.martinez@doj.ca.gov
- Isabella Panicucci    Isabella.Panicucci@doj.ca.gov
- Randy L. Royal    rlroyal@randylroyalpc.com, charlene@randylroyalpc.com; msanderton@randylroyalpc.com; WY14@ecfcbis.com
- Leena M. Sheet    leena.sheet@doj.ca.gov
- US Trustee    USTPRegion19.cy.ecf@usdoj.gov
- Stephen R. Winship    steve@winshipandwinship.com, billie@winshipandwinship.com; receptionist@winshipandwinship.com

Via. U.S. Mail

Jessica Tucker-Mohl
California DOJ
1300 I Street
P.O. Box 944255
Sacramento, CA 94244-2550

/s/ Jennifer Salisbury
Jennifer Salisbury