FILED

11:46 am, 6/9/26

HJ Esterholdt
Clerk of Court

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF WYOMING

In re:

SIGNAL HILL SERVICE, INC.

Debtor.

Case No. 24-20439
Chapter   7

### ORDER SCHEDULING HEARING ON MOTION TO COMPROMISE

IT IS ORDERED that a non-evidentiary hearing on the Motion to Compromise (ECF No. 104) and the Objections thereto (ECF Nos. 114 and 115) will be held by **Telephone Conference**, **on July 1, 2026, at 9:30 a.m.**

IT IS FURTHER ORDERED parties to a scheduled teleconference hearing are responsible to call the Court to participate in the hearing. **Five minutes before the scheduled hearing time, parties shall call 571-353-2301, the Caller ID is 715961300.** Hearings may be a stacked setting or overlap. In those circumstances, please remain silent until your case is called. The courtroom deputy will take roll call prior to the hearings.

BY THE COURT

_____ 6/9/2026
Honorable Cathleen D. Parker
United States Bankruptcy Court
District of Wyoming

Service to:
    Randy Royal
    John Coppede
    Isabella Panicucci
    US Trustee