FILED

UNITED STATES BANKRUPTCY COURT DISTRICT OF WYOMING

11:49 am, 6/9/26

HJ Esterholdt
Clerk of Court

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF WYOMING

In re:

SIGNAL HILL SERVICE, INC.

Debtor.

Case No. 24-20439
Chapter 7

**ORDER SCHEDULING HEARING ON MOTION FOR CONTEMPT**

IT IS ORDERED that a non-evidentiary hearing on the Motion to Hold Alex Schurawel in Contempt for Noncompliance with Rule 2004 Subpoena and Court Order (ECF No. 110) and the Response thereto (ECF No. 116) will be held by **Telephone Conference**, **on July 1, 2026, at 9:30 a.m.**

IT IS FURTHER ORDERED parties to a scheduled teleconference hearing are responsible to call the Court to participate in the hearing. **Five minutes before the scheduled hearing time, parties shall call 571-353-2301, the Caller ID is 715961300.** Hearings may be a stacked setting or overlap. In those circumstances, please remain silent until your case is called. The courtroom deputy will take roll call prior to the hearings.

BY THE COURT

6/9/2026
Honorable Cathleen D. Parker
United States Bankruptcy Court
District of Wyoming

Service to:
Jennifer Salisbury
Alex Schurawel
Steven Kerns