Jeffrey M. Boldt, #7-4730
OVERSTREET HOMAR & KUKER
2922 Central Avenue
Cheyenne, Wyoming 82001
307.274-4444 telephone
307.274-4443 facsimile
jeffrey@kukerlaw.com

Jessica Tucker-Mohl, *pro hac vice*
Isabella Panicucci, *pro hac vice*
Steven Kerns, *pro hac vice*
California Attorney General's Office
California Attorney General's Office
300 S. Spring Street, Suite 1702
Los Angeles, CA 90012-1230
Telephone: (213) 269-6226
Steven.Kerns@doj.ca.gov

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF WYOMING

| | | |
|---|---|---|
| In re | ) | |
| | ) | |
| SIGNAL HILL SERVICE, INC., | ) | Case No. 24-20439 |
| | ) | |
| | ) | Chapter 7 |
| Debtor. | ) | |

## REPLY IN SUPPORT OF MOTION TO HOLD ALEX SCHURAWEL IN CONTEMPT FOR NON-COMPLIANCE WITH RULE 2004 SUBPOENA AND COURT ORDER

**COMES NOW** Creditor, California State Lands Commission ("Commission"), by and through its counsel, in reply to non-party accountant Alex Schurawel's "Response to Motion to Hold Him in Contempt for Non-Compliance with Rule 2004 Subpoena and Court Order" (ECF No. 116), asserts:

When the Commission filed its motion to hold Mr. Schurawel in contempt, he had violated the Court's February 6, 2025, subpoena, and May 1, 2026, order to produce all relevant documents by May 15, 2026. ECF Nos. 14, 94. Now, Mr. Schurawel has violated the Court's

order *again* by refusing to sit for his May 29, 2026, 2004 examination *and* has admitted that he failed to produce all documents. Declaration of Steven W. Kerns ("Kerns Decl."), ¶ 2 Ex. A.[1]

Indeed, Mr. Schurawel now admits that "he did not produce communications with the Debtor regarding the tax returns" and that given his "health issues, researching responsive paper documents has been a difficult and time-consuming process, but that Mr. Schurawel continued to review his files." ECF No. 116 at 2. The Commission has granted Mr. Schurawel many extensions due to his health. *See* ECF No. 92. And his counsel cited his health when they requested the extension that led this Court to issue the May 1, 2026, order that Mr. Schurawel then violated twice. *S*ee ECF Nos. 90, 94. Mr. Schurawel's health cannot excuse him from failing to meet his obligations and he should be held in contempt for intentionally doing so.

Mr. Schurawel also cannot be excused from violating this Court's orders by citing Signal Hill Services Inc.'s ("Signal Hill") pending California motion to force the Commission to accept payment from an unknown payor. ECF No. 116 at 2. The Commission incorporates and reasserts all its arguments that show why Mr. Schurawel's reliance on Signal Hill's flawed motion is misplaced. ECF No. 119 (opposition to Mr. Schurawel's motion for protective order).

Mr. Schurawel's admissions that he failed to timely produce documents, that responsive documents remain unproduced and his refusal to sit for his May 29, 2026, examination, give this Court ample reason to hold him in contempt for violating this Court's orders. ECF Nos. 14, 94.

<div align="center">**CONCLUSION**</div>

**WHEREFORE,** the Commission respectfully requests that this Court grant its Motion for Contempt.

---

[1] This led the Commission to incur $925 in costs for the court reporter and the videographer that it had scheduled to attend Mr. Schurawel's deposition. Kerns Decl., ¶ 3, Exs. B, C. The Commission requests that the Court consider this when fashioning a remedy.

**DATED** this 12th day of June 2026.

**THE CALIFORNIA STATE LANDS
COMMISSION,
Creditor**

By: *Steven Kerns*

Steven Kerns, *pro hac vice*
Isabella Panicucci, *pro hac vice*
Jessica Tucker-Mohl, *pro hac vice*
California Attorney General's Office
300 S. Spring Street, Suite 1702
Los Angeles, CA 90012-1230
Telephone: (213) 269-6226
Steven.Kerns@doj.ca.gov
 Isabella.Panicucci@doj.ca.gov

Jeffrey M. Boldt, #7-4730
OVERSTREET HOMAR & KUKER
2922 Central Avenue
Cheyenne, Wyoming 82001
307.274.4444 telephone
307.274.4443 facsimile
jeffrey@kukerlaw.com

**<u>Declaration of Steven W. Kerns</u>**

I, Steven W. Kerns, declare:

1.      I am an attorney at law licensed to practice before all courts of the State of California, and am admitted *pro hac vice* in the United States Bankruptcy Court for the District of Wyoming. I am a Deputy Attorney General of the California Attorney General's Office and am counsel of record for Creditor, California State Lands Commission ("Commission"). I have personal knowledge of the following facts. If called upon to testify as a witness, I could and would testify competently to these facts under oath.

2.      On May 28, 2026, Mr. Schurawel's counsel, Ms. Salisbury, emailed this office claiming that the judgment Signal Hill owed the Commission was paid, so "the Commission is no longer a creditor of the Debtor, and it is no longer a party in interest with standing to pursue further discovery under Rule 2004." Ms. Salisbury's email also stated that Mr. Schurawel would be filing a motion to be excused from his Rule 2004 obligations and the Commission explained it would be opposing that motion and had never received any payment. Ms. Salisbury replied that the Commission could not refuse payment and that Mr. Schurawel would not be appearing for his May 28, 2026, Rule 2004 examination. A true and correct copy of this email is attached hereto as **Exhibit A.**

3.      Due to Mr. Schurawel's May 28, 2026, refusal to attend his May 29, 2026, Rule 2004 examination the Commission had to cancel the examination and it incurred $925 costs from the videographer and court reporter that the Commission had scheduled. True and correct copies of these invoices are attached hereto as **Exhibits B and C.**

I declare under penalty of perjury under the laws of the United States and the State of California that the facts above are true and correct and that this declaration was executed on June 11, 2026, at Los Angeles, California.

*Steven Kerns*

_____

Steven W. Kerns

4

# EXHIBIT A

| | |
|---|---|
| **From:** | Jennifer Salisbury |
| **To:** | Steven Kerns |
| **Cc:** | Isabella Panicucci; James Felton |
| **Subject:** | Re: California State Lands Commission v. Signal Hill Service, Inc. et. al |
| **Date:** | Thursday, May 28, 2026 5:18:00 PM |
| **Attachments:** | image001.png |
| | image003.png |
| | image458385.png |

**EXTERNAL EMAIL:** This message was sent from outside DOJ. Please do not click links or open attachments that appear suspicious.

Sure. It's in the actual language of 11 USC 362, which provides that the filing of a bankruptcy petition operates as a stay of all actions "against the debtor." As for refusal to accept full payment, I was relying on the statute cited in the motion filed by Signal Hill that prohibits placing conditions on payment of a judgment.

Jennifer


Jennifer Salisbury

Markus Williams LLC

1775 Sherman Street, Suite 1950

Denver, CO 80203

303-318-0132

www.markuswilliams.com



**CONFIDENTIAL ATTORNEY-CLIENT OR OTHERWISE PRIVILEGED COMMUNICATION DO NOT FORWARD WITHOUT PERMISSION**

CONFIDENTIAL COMMUNICATION *E-mails from this firm normally contain confidential and privileged material, and are for the sole use of the intended recipient. Use or distribution by an unintended recipient is prohibited, and may be a violation of law. If you believe that you received this e-mail in error, please do not read this e-mail or any attached items. Please delete the e-mail and all attachments, including any copies thereof, and inform the sender that you have deleted the e-mail, all attachments and any copies thereof.*

On May 28, 2026, at 5:54 PM, Steven Kerns <Steven.Kerns@doj.ca.gov> wrote:


Thank you, Jennifer. Do you have authorities for your claim that the stay only applies to actions against the debtor and not actions taken on the debtor's behalf? And do you have authorities for your claim that judgment creditors cannot refuse to accept full payment of amounts owed under a judgment?

To be clear, **the Commission has not yet acted on the payment in one way or another**, as that requires the Commissioners to review any payments, which as explained below, has yet to happen. To say otherwise is a misrepresentation.

Lastly, the Commission has informed the court reporter that Mr. Schurawel is unwilling to attend tomorrow. The Commission reserves all rights to seek all remedies for Mr. Schurawel's intentional violation of the Court's order.

Best,

Steven

---

**From:** Jennifer Salisbury <jsalisbury@markuswilliams.com>
**Sent:** Thursday, May 28, 2026 4:09 PM
**To:** Steven Kerns <Steven.Kerns@doj.ca.gov>; Isabella Panicucci <Isabella.Panicucci@doj.ca.gov>
**Cc:** James Felton <jfelton@gblawllp.com>
**Subject:** RE: California State Lands Commission v. Signal Hill Service, Inc. et. al

> **EXTERNAL EMAIL:** This message was sent from outside DOJ. Please do not click links or open attachments that appear suspicious.

The Commission was asked to whom the check should be made out to. Why didn't you provide an answer? The automatic stay only applies to actions taken against the Debtor; it does not apply to actions taken on the Debtor's behalf.  The Motion is well-taken. Judgment creditors cannot refuse to accept full payment of amounts owed under a judgment.

I'll note your opposition on the Motion. My client will not appear at the examination set for tomorrow.

Jennifer

Jennifer Salisbury
Markus Williams LLC
1775 Sherman Street, Suite 1950
Denver, CO 80203
303-318-0132
www.markuswilliams.com

<image001.png>

**CONFIDENTIAL ATTORNEY-CLIENT OR OTHERWISE PRIVILEGED COMMUNICATION DO NOT FORWARD WITHOUT PERMISSION**

CONFIDENTIAL COMMUNICATION *E-mails from this firm normally contain confidential and privileged material, and are for the sole use of the intended recipient. Use or distribution by an unintended recipient is prohibited, and may be a violation of law. If you believe that you received this e-mail in error, please do not read this e-mail or any attached items. Please delete the e-mail and all attachments, including any copies thereof, and inform the sender that you have deleted the e-mail, all attachments and any copies thereof.*

---

**From:** Steven Kerns <Steven.Kerns@doj.ca.gov>
**Sent:** Thursday, May 28, 2026 4:44 PM
**To:** Jennifer Salisbury <jsalisbury@markuswilliams.com>; Isabella Panicucci <Isabella.Panicucci@doj.ca.gov>
**Subject:** RE: California State Lands Commission v. Signal Hill Service, Inc. et. al

Counsel,

The Commission will oppose your motion. There are several fatal flaws. First, while a check from a law firm was sent, it was sent to the California Department of Justice, not the State Lands Commission, so nothing has been given to the creditor here. Second, and relatedly, the Commission has thus never accepted any money from the creditor, nor can it without the Commissioner's approval. Third, the check was non-consensually sent along with a motion to force its acceptance. But that motion was filed in the state court in a matter that is automatically stayed by the bankruptcy, so no action on that motion can be taken.

Putting these fatal issues aside, Mr. Schurawel (a third party), nor his counsel, has the authority to decree what party is a creditor and what party is not. The Commission will appear at the examination tomorrow and will let the Court know of any non-appearance by Mr. Schurawel while your motion is pending before the bankruptcy Court.

Best,

Steven

**From:** Jennifer Salisbury <jsalisbury@markuswilliams.com>
**Sent:** Thursday, May 28, 2026 2:08 PM
**To:** James Felton <jfelton@gblawllp.com>; Steven Kerns <Steven.Kerns@doj.ca.gov>; Isabella Panicucci <Isabella.Panicucci@doj.ca.gov>
**Subject:** RE: California State Lands Commission v. Signal Hill Service, Inc. et. al

**EXTERNAL EMAIL:** This message was sent from outside DOJ. Please do not click links or open attachments that appear suspicious.

Ms. Panicucci,

In light of the proffer of a check in the full amount of the judgment owed by the Debtor to the Commission, the Commission is no longer a creditor of the Debtor, and it is no longer a party in interest with standing to pursue further discovery under Rule 2004.  I plan to file a Motion to Excuse Further Compliance with the Court's Discovery Order with the bankruptcy court this afternoon.  Please let me know if the Commission opposes the Motion.

Jennifer Salisbury

Jennifer Salisbury
Markus Williams LLC
1775 Sherman Street, Suite 1950
Denver, CO 80203
303-318-0132

www.markuswilliams.com

<!--[if !vml]-->
<image003.png>
<!--[endif]-->

**CONFIDENTIAL ATTORNEY-CLIENT OR OTHERWISE PRIVILEGED COMMUNICATION DO NOT FORWARD
WITHOUT PERMISSION**

CONFIDENTIAL COMMUNICATION *E-mails from this firm normally contain confidential and privileged material, and
are for the sole use of the intended recipient. Use or distribution by an unintended recipient is prohibited, and may be
a violation of law. If you believe that you received this e-mail in error, please do not read this e-mail or any attached
items. Please delete the e-mail and all attachments, including any copies thereof, and inform the sender that you
have deleted the e-mail, all attachments and any copies thereof.*

**From:** James Felton <jfelton@gblawllp.com>
**Sent:** Thursday, May 28, 2026 2:46 PM
**To:** Steven Kerns <Steven.Kerns@doj.ca.gov>; Isabella Panicucci
<Isabella.Panicucci@doj.ca.gov>
**Subject:** RE: California State Lands Commission v. Signal Hill Service, Inc. et. al

We just sent you a motion that is being filed with the Court.  Your office should receive the
check in the morning.

**From:** Steven Kerns <Steven.Kerns@doj.ca.gov>
**Sent:** Thursday, May 28, 2026 1:44 PM
**To:** James Felton <jfelton@gblawllp.com>; Isabella Panicucci <Isabella.Panicucci@doj.ca.gov>
**Subject:** RE: California State Lands Commission v. Signal Hill Service, Inc. et. al

Hello Jim,

I wanted to follow-up on my response because there are time-sensitive questions regarding
Signal Hill's offer.

Also, was your email sent in confidence? We received an email from a third-party discussing
the details of the offer in your email.

Best,

Steven

**From:** Steven Kerns
**Sent:** Wednesday, May 27, 2026 4:19 PM
**To:** James Felton <jfelton@gblawllp.com>; Isabella Panicucci <Isabella.Panicucci@doj.ca.gov>
**Subject:** RE: California State Lands Commission v. Signal Hill Service, Inc. et. al

Counsel,

Thank you for your email. I offer six points in response.

First, State Lands Commission staff is prepared to bring the offer to the State Land Commissioners for them to review when they next meet on June 23, 2026. The Commissioners are the ones who must approve or deny the offer.

Second, the Commissioners and Commission staff have a *strong* concern over the state's costs of litigating a prolonged bankruptcy. As you recall, your client stipulated to a judgment only to spend years to resist paying it. That wasted valuable state resources. Thus, while the offer does satisfy the underlying debt that the Commission was entitled to, the offer does nothing to alleviate any concerns over litigation costs of the bankruptcy and may give the Commissioners good reason to reject the offer. Please let me know by **June 16** if your client is willing to offer any additional funds to address the costs of litigating the bankruptcy so that the Commission can consider those additional funds.

Third, can you clarify if this offer dependent upon the Commission postponing Alex Schurawel's Rule 2004 examination until after this offer is brought to the Commissioners on June 23? If so, please let me know immediately. The Commission may be willing to stay Mr. Schurawel's May 29, 2026, examination until after June 23rd if your client is willing to address the litigation costs of the bankruptcy, but the Commission will continue to advocate its Motion to Hold Alex Schurawel in Contempt to ensure the production of any improperly withheld documents.

Fourth, if the Commission accepts any offer, that offer must ultimately undergo the bankruptcy court's review and receive the Court's approval before it can be finalized.

Fifth, as another gesture of good faith the Commission is willing to toll the accrual of interest from this date until the Commissioners review this offer on June 23.

Lastly, can you please confirm if this list of Signal Hill and Carone Energy's affiliates is complete? Carone Energy Corporation, Carone Petroleum Corporation. Republic Drilling Company, Inc., Pacific Operators Offshore, LLC, Verrazzano Corporation, Carpinteria Offshore Project Ltd, Pacific Operators, Inc., dba Pacific Operators Offshore, Inc., AnAmerican Corporation (fdba AnAmerican Drilling, Inc.). If not, can you identify any other affiliates?

Best,

Steven

**From:** James Felton <jfelton@gblawllp.com>
**Sent:** Wednesday, May 27, 2026 1:50 PM
**To:** Isabella Panicucci <Isabella.Panicucci@doj.ca.gov>
**Cc:** Steven Kerns <Steven.Kerns@doj.ca.gov>
**Subject:** RE: California State Lands Commission v. Signal Hill Service, Inc. et. al

**EXTERNAL EMAIL:** This message was sent from outside DOJ. Please do not click links or open attachments that appear suspicious.

Dear Ms. Panicucci,

My client is prepared to make payment in full on the judgment.   I have calculated that number to be $381, 352.36 as of May 29, 2026 with interest accruing at a rate of $87.31 per day

thereafter.   Can you please provide me with wire instructions so that the payment can be made.  If the State does not accept wire instructions, please provide me with the Payee name for a Trust check from my office and an address for payment.   I am holding the requisite funds in my trust account.

The amount above was calculated based upon an email that I sent to you on or about December 9, 2025 and to which you responded on December 10, 2025.   Please provide the requested information as soon as possible so that payment can be made.

Once funds clear, we would respectfully request that the State file a full satisfaction of judgment and record that satisfaction, if necessary, in any county in which the judgment was recorded.   In addition, upon receipt of the funds, it is my understanding that all matters relating to the Rule 2004 order will be considered satisfied. If that is not your understanding, please contact me immediately.

Please confirm the payment details so that the funds can be sent tomorrow.
Jim



James R. Felton, Esq.
Managing Partner
G&B LAW, LLP

<image002.jpg>
818.382.6200
<image002.jpg>
www.gblawllp.com

<image002.jpg>
 818.986.6534
<image002.jpg>
jfelton@gblawllp.com

<image002.jpg>
16000 Ventura Boulevard, Suite 1000

Encino, California 91436-2730

CONFIDENTIALITY NOTICE: The information contained in this e-mail transmission is intended only for use of the individual or entity named above. This e-mail transmission, and any documents, files, previous e-mail transmissions or other information attached to it, may contain confidential information that is legally privileged. If you are not the intended recipient of this e-mail transmission, or the employee or agent responsible for delivering it to the intended recipient, you are hereby notified that any disclosure, dissemination, distribution, copying or other use of this transmission or any of the information contained in or attached to it is strictly prohibited. If you have received this e-mail transmission in error, please immediately notify us by return e-mail transmission or by telephone at (818) 382-6200, and destroy the original e-mail transmission and its attachments without reading or saving it in any manner. Thank you.

**From:** Isabella Panicucci <Isabella.Panicucci@doj.ca.gov>
**Sent:** Wednesday, December 10, 2025 4:47 PM
**To:** James Felton <jfelton@gblawllp.com>
**Cc:** Steven Kerns <Steven.Kerns@doj.ca.gov>
**Subject:** RE: California State Lands Commission v. Signal Hill Service, Inc. et. al

Mr. Felton,

I am Steven Kerns' co-counsel on this matter.  We've reviewed your outline below and agree on the general arithmetic and approximate figures.  Please be advised that at this time, the extent of State Lands' agreement is that the assessment in your email generally looks correct.

Thank you,
Isabella

Isabella Panicucci
Deputy Attorney General
Land Use and Conservation Section
Public Rights Division
California Attorney General's Office
1300 I Street | P.O. Box 944255
Sacramento, CA 94244-2550

**From:** James Felton <jfelton@gblawllp.com>
**Sent:** Tuesday, December 9, 2025 11:44 AM
**To:** Steven Kerns <Steven.Kerns@doj.ca.gov>
**Subject:** California State Lands Commission v. Signal Hill Service, Inc. et. al

**EXTERNAL EMAIL:** This message was sent from outside DOJ. Please do not click links or open attachments that appear suspicious.

Dear Mr. Kerns,

My client is intending to make an offer to resolve the judgment.  However, I thought it made sense to confirm the exact amount of the full value of the judgment currently so that we know that we are working from the same starting point.   Here is the math that I did.  Please confirm that you agree with the numbers or tell me why you don't.

1. The original judgment from March 15, 2024 has two components.   First, the court found the defendant liable for damages on the first cause of action in the amount of $282,094.34.  Second, the court found the defendant liable for damages on the second cause of action in the amount to $17,351.40.  Thus, the total amount of the judgment at that time was $299,445.74.

2. There was an additional cost award of $11,583.84 entered on June 10, 2024.

3. Interest on $299,445.74 from March 15, 2024 through June 10, 2024 is $7,137.47 (interest calculated at 10%).  Adding that amount ($7,137.47) to the cost award ($11,583,85) to the original judgment brings that amount of the judgment to $318,666.06.

4. Interest on $318,666.00 at 10% from June 10, 2024 through December 1, 2025 is $47,057.81.  Adding that amount to the judgment totals $365,723.87 and daily interest accrues at $87.31 per day.

5. As of today – December 9, 2025, the total amount on the judgment is approximately $366,500 (I am giving an approximation for a ballpark amount.)

Can you confirm that you agree either exactly or approximately with the number of $366,500.00.  Once I hear from you, I can get you the settlement number.

Jim



James R. Felton, Esq.

Managing Partner
G&B LAW, LLP



818.382.6200



www.gblawllp.com



818.986.6534
<image002.jpg>
jfelton@gblawllp.com



16000 Ventura Boulevard, Suite 1000

Encino, California 91436-2730

CONFIDENTIALITY NOTICE: The information contained in this e-mail transmission is intended only for use of the individual or entity named above. This e-mail transmission, and any documents, files, previous e-mail transmissions or other information attached to it, may contain confidential information that is legally privileged. If you are not the intended recipient of this e-mail transmission, or the employee or agent responsible for delivering it to the intended recipient, you are hereby notified that any disclosure, dissemination, distribution, copying or other use of this transmission or any of the information contained in or attached to it is strictly prohibited. If you have received this e-mail transmission in error, please immediately notify us by return e-mail transmission or by telephone at (818) 382-6200, and destroy the original e-mail transmission and its attachments without reading or saving it in any manner. Thank you.

CONFIDENTIALITY NOTICE: This communication with its contents may contain confidential and/or legally privileged information. It is solely for the use of the intended recipient(s). Unauthorized interception, review, use or disclosure is prohibited and may violate applicable laws including the Electronic Communications Privacy Act. If you are not the intended recipient, please contact the sender and destroy all copies of the communication.

CONFIDENTIALITY NOTICE: This communication with its contents may contain confidential and/or legally privileged information. It is solely for the use of the intended recipient(s). Unauthorized interception, review, use or disclosure is prohibited and may violate applicable laws including the Electronic Communications Privacy Act. If you are not the intended recipient, please contact the sender and destroy all copies of the communication.

CONFIDENTIALITY NOTICE: This communication with its contents may contain confidential and/or legally privileged information. It is solely for the use of the intended recipient(s). Unauthorized interception, review, use or disclosure is prohibited and may violate applicable laws including the Electronic Communications Privacy Act. If you are

not the intended recipient, please contact the sender and destroy all copies of the communication.

CONFIDENTIALITY NOTICE: This communication with its contents may contain confidential and/or legally privileged information. It is solely for the use of the intended recipient(s). Unauthorized interception, review, use or disclosure is prohibited and may violate applicable laws including the Electronic Communications Privacy Act. If you are not the intended recipient, please contact the sender and destroy all copies of the communication.

# EXHIBIT B

## Veritext, LLC - California Region

Tel. 877-955-3855 Email: calendar-sd@veritext.com
Fed. Tax ID: 20-3132569



| Bill To: | Isabella Panicucci | | |
|---|---|---|---|
| | California Department of Justice Attorney General | **Invoice #:** | **9292763** |
| | 600 West Broadway | **Invoice Date:** | **5/29/2026** |
| | Suite 1800 | **Balance Due:** | **$550.00** |
| | San Diego, CA, 92101 | | |

| **Case: In re Signal Hill Service, Inc. v.  (2420439)** | **Proceeding Type: Depositions** |
|---|---|

Job #: 8229687   |   Job Date: 5/29/2026   |   Delivery: None                                         Third Party:

Location:          San Diego, CA

Billing Atty:      Isabella Panicucci

Scheduling Atty:   Isabella Panicucci | California Department of Justice
                   Attorney General

| **Witness: Alex Schurawel** | **Quantity** | **Price** | **Amount** |
|---|---|---|---|
| Cancellation of Services | 1.00 | $425.00 | $425.00 |
| Veritext Virtual Cancellation | 1.00 | $125.00 | $125.00 |

| Notes: | **Invoice Total:** | **$550.00** |
|---|---|---|
| | **Payment:** | **$0.00** |
| | **Credit:** | **$0.00** |
| | **Interest:** | **$0.00** |
| | **Balance Due:** | **$550.00** |

TERMS:   Payment is due upon receipt of invoice and is not contingent on client or third-party reimbursement. Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. The BILL TO identified above is the contracting party and is responsible for payment of this invoice unless agreed to in writing prior to the rendering of services. If you have questions about your invoice, please notify Veritext immediately. Invoices cannot be redirected or split after 90 days. For more information on charges related to our services, please consult: https://www.veritext.com/service-information-details/

| **Remit to:** | **Pay By ACH (Include invoice numbers):** | **Invoice #:  9292763** |
|---|---|---|
| Veritext | **A/C Name:**Veritext | **Invoice Date:   5/29/2026** |
| P.O. Box 71303 | **Bank Name:**BMO Harris Bank | |
| Chicago IL 60694-1303 | **Account No:**4353454 **ABA:**071000288 | **Balance Due:   $550.00** |
| Fed. Tax ID: 20-3132569 | **Swift:** HATRUS44 | |

Pay by Credit Card: www.veritext.com

# EXHIBIT C

## Veritext, LLC - California Region

Tel. 877-955-3855 Email: calendar-sd@veritext.com
Fed. Tax ID: 20-3132569



Bill To: Isabella Panicucci
California Department of Justice Attorney General
600 West Broadway
Suite 1800
San Diego, CA, 92101

| | |
|---|---|
| **Invoice #:** | **9292764** |
| **Invoice Date:** | **5/29/2026** |
| **Balance Due:** | **$425.00** |

| **Case: In re Signal Hill Service, Inc. v.  (2420439)** | **Proceeding Type: Depositions** |
|---|---|

Job #: 8229687   |   Job Date: 5/29/2026   |   Delivery: None                                          Third Party:

| | |
|---|---|
| Location: | San Diego, CA |
| Billing Atty: | Isabella Panicucci |
| Scheduling Atty: | Isabella Panicucci \| California Department of Justice Attorney General |

| Witness: Alex Schurawel | Quantity | Price | Amount |
|---|---|---|---|
| Video - Cancellation | 1.00 | $425.00 | $425.00 |

| Notes: | | |
|---|---|---|
| | **Invoice Total:** | **$425.00** |
| | **Payment:** | **$0.00** |
| | **Credit:** | **$0.00** |
| | **Interest:** | **$0.00** |
| | **Balance Due:** | **$425.00** |

TERMS:   Payment is due upon receipt of invoice and is not contingent on client or third-party reimbursement. Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. The BILL TO identified above is the contracting party and is responsible for payment of this invoice unless agreed to in writing prior to the rendering of services. If you have questions about your invoice, please notify Veritext immediately. Invoices cannot be redirected or split after 90 days. For more information on charges related to our services, please consult: https://www.veritext.com/service-information-details/

| | | |
|---|---|---|
| **Remit to:**<br>Veritext<br>P.O. Box 71303<br>Chicago IL 60694-1303<br>Fed. Tax ID: 20-3132569 | **Pay By ACH (Include invoice numbers):**<br>**A/C Name:**Veritext<br>**Bank Name:**BMO Harris Bank<br>**Account No:**4353454 **ABA:**071000288<br>**Swift:** HATRUS44 | **Invoice #:  9292764**<br><br>**Invoice Date:   5/29/2026**<br><br>**Balance Due:   $425.00** |

Pay by Credit Card: www.veritext.com

106460

# CERTIFICATE OF SERVICE

Case Name:    **In re SIGNAL HILL**          No.    **24-20439**
**SERVICE, INC. V.**
**CALIFORNIA STATE LANDS**
**COMMISSION ET AL.**

I hereby certify that on <u>June 12, 2026</u>, I electronically filed the following documents with the Clerk of the Court by using the CM/ECF system:

## REPLY IN SUPPORT OF MOTION TO HOLD ALEX SCHURAWEL IN CONTEMPT FOR NON-COMPLIANCE WITH RULE 2004 SUBPOENA AND COURT ORDER

I certify that **all** participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system:

| | |
|---|---|
| Stephen R. Winship<br>Winship and Winship, PC<br>145 South Durbin Street<br>Suite 201<br>Casper, WY 82601-2566<br>**Email:** steve@winshipandwinship.com<br>***Attorney for Appellant Signal Hill Service, Inc.*** | John A. Coppede<br>Coal Creek Law, LLP<br>211 W. 19th Street<br>P.O. Box 467<br>Cheyenne, WY 82003-0467<br>**Email:** jcoppede@coalcreeklaw.com<br>***Attorney for Appellee Gaynor Ranch LLC*** |
| Bret Anderson<br>Morgan Lynch<br>Ferguson Case Orr Paterson, LLP<br>4550 E. Thousand Oaks Blvd., Ste 250<br>Westlake Village, CA 91362<br>**Email:** banderson@fcoplaw.com<br>**Email:** mlynch@fcoplaw.com<br>***Attorneys for Appellee Gaynor Ranch LLC*** | Jennifer Salisbury<br>Markus Williams LLC<br>1775 Sherman Street, Suite 1950<br>Denver, CO 80203<br>**Email:** jsalisbury@markuswilliams.com<br>***Attorney for Alexander Schurawel*** |
| **Randy L. Royal**<br>P.O. Box 551<br>Greybull, WY 82426<br>307-765-4433<br>**Email:** Email: rlroyal@randylroyalpc.com<br>***Trustee*** | |

I declare under penalty of perjury under the laws of the State of California and the United States of America the foregoing is true and correct and that this declaration was executed on <u>June 12, 2026</u>, at Los Angeles, California.

_____          _____
J. Martinez                              *J. Martinez*
Declarant                                Signature

LA2024305269/ 68510511.docx