Stephen R. Winship
(Wyoming State Bar No. 5-2093)
WINSHIP & WINSHIP, P.C.
145 South Durbin Street, Suite 201
Casper, WY 82601
(307) 234-8991
steve@winshipandwinship.com

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF WYOMING

| | | |
|---|---|---|
| In re: | ) | |
| | ) | |
| SIGNAL HILL SERVICE, INC., | ) | Case No. 24-20439 |
| | ) | CHAPTER 7 |
| Debtor. | ) | |
| | ) | |

## MOTION TO STRIKE

**COME NOW** the above-named Debtor and its Affiliates[1] ("Movants"), by and through their counsel, and hereby move the Court to strike the "Creditor California State Lands Commission's Objection to Motion to Approve Settlement Agreement" ("Objection") [D.E. 114] filed herein by the California State Lands Commission ("Commission") on the basis that the Commission does not have standing to assert its Objection, and in support hereof shows the Court as follows:

### BACKGROUND

1.      On August 13, 2019, the Commission filed suit against Debtor and "Pacific Operators, Inc., dba Pacific Operators Offshore, Inc.; Does 1-100, Inclusive" in the Superior

---

[1] The "Affiliates" are comprised of Carone Energy Corporation, Carone Petroleum Corporation. Republic Drilling Company, Inc., Pacific Operators Offshore, LLC, Verrazzano Corporation, Carpinteria Offshore Project Ltd, Pacific Operators, Inc., dba Pacific Operators Offshore, Inc., AnAmerican Corporation (fdba AnAmerican Drilling, Inc.)

Court of the State of California, County of Santa Barbara (Case No. 19CV04295).  On March 15, 2024, the Debtor (and not its Defendant-affiliates) stipulated to the entry of judgment for the sum of $299,445.74 ("Judgment").   As shown by the attached motion, there was an additional cost award of $11,583.84 entered on June 10, 2024. Interest at 10% per annum on $299,445.74 from March 15, 2024 through June 10, 2024 is $7,137.47 which brought the amount of the Judgment to $318,666.06. Interest accruing on $318,666.00 at 10% from June 10, 2024 through December 1, 2025 equals $47,057.81 bringing the Judgment total through December 1, 2025 to $365,723.87 with daily interest accruing at $87.31 per day.

2.       On November 1, 2024, Debtor filed for protection in this Court under Chapter 7 of the Bankruptcy Code.

3.       On or about December 9, 2025, the above Judgment calculations were sent by email to the Commission's counsel. The Commission was asked to confirm that the numbers were accurate.   In response, the Commission's counsel stated that, "We've reviewed your outline below and agree on the general arithmetic and approximate figures. Please be advised that at this time, the extent of State Lands' agreement is that the assessment in your email generally looks correct." (See Felton Declaration as part of the motion attached hereto).

4.       On or about May 29, 2026, a check drawn on Movants' California attorney's trust account was tendered in the amount of $381,352.36 to the attorneys for the Commission, which was the full amount of the Judgment including an additional 179 days of interest between December 1, 2025 and May 29, 2026 and the attached motion was filed.

5.       On June 5, 2026, the Commission filed its Objection.

**<u>ARGUMENT</u>**

Because of the payment and satisfaction of the Judgment, the Commission is no longer a creditor of this bankruptcy estate.  Therefore, the Objection is moot since the Commission did not have the requisite standing to object.  As of May 29, 2026, the Commission had no remaining pecuniary interest and therefore did not meet the "person aggrieved" standard.  See *In re Felix*, 825 Fed. Appx. 365 (6th Cir. 2020); *In re Krause*, 637 F. 3d 1167-68 (10th Cir. 2011); *In re Nangle*, 288 B.R. 213, 215-16 (8th Cir. BAP 2003);  *In re Los Cruces County Club, Inc.,* 585 B.R. 239, 246 (Bankr. D. N.M. 2018); *In re Protech Coating Serv. Inc*., 479 B.R. 611, 613 (Bankr. M.D. Fla. 2012); *In re Refco, Inc.,* 505 F.3d 109, 117 (2007); *In re Paige*, 438 B.R. 355, at \*10 (10th Cir. B.A.P. 2010); *In re Woodberry*, 629 B.R. 239, 247 (E.D. Mich. 2021).

**WHEREFORE** Movants request that the Court strike the Objection.

**DATED** this 19th day of June, 2026.

SINGAL HILL SERVICE, INC.

By:_____/s/_____
Stephen R. Winship
(Wyoming State Bar No. 5-2093)
WINSHIP & WINSHIP, P.C.
145 S. Durbin Street, Suite 201
Casper, WY 82601
(307) 234-8991
steve@winshipandwinship.com

## CERTIFICATE OF SERVICE

I, Stephen R. Winship hereby certify that a true and correct copy of the foregoing **Motion to Strike** was served *electronically* using the Court CM/ECF program upon **Isabella Panicucci**, (Isabella.Panicucci@doj.ca.gov), **Jeffrey M. Boldt** (jeffrey@kukerlaw.com)**,** and **Steven Kerns** (Steven.Kerns@doj.ca.gov) **attorneys for Commission, Randy Royal, Chapter 7 Trustee,** and **the Office of the United States Trustee**, this 19th day of June, 2026.

_____/s/_____

Stephen R. Winship