Jeffrey M. Boldt, #7-4730
OVERSTREET HOMAR & KUKER
2922 Central Avenue
Cheyenne, Wyoming 82001
307.274-4444 telephone
307.274-4443 facsimile
jeffrey@kukerlaw.com

Jessica Tucker-Mohl, *pro hac vice*
Isabella Panicucci, *pro hac vice*
Steven Kerns, *pro hac vice*
California Attorney General's Office
1300 I Street, Suite 125
Sacramento, CA 95814
Telephone: (916) 210-7662
Isabella.Panicucci@doj.ca.gov

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF WYOMING

| | | |
|---|---|---|
| In re | ) | |
| | ) | |
| SIGNAL HILL SERVICE, INC., | ) | Case No. 24-20439 |
| | ) | |
| | ) | Chapter 7 |
| Debtor. | ) | |

## JOINT STIPULATION TO CONTINUE HEARING ON MOTION TO APPROVE SETTLEMENT AGREEMENT AND TO SCHEDULE STATUS CONFERENCE

**COMES NOW** Creditor, California State Lands Commission ("Commission"), Creditor, Gaynor Ranch LLC ("Gaynor Ranch"), and Randy Royal, Chapter 7 trustee ("Trustee" and together with the Commission and Gaynor Ranch, the "Parties"), and jointly stipulate as follows:

### RECITALS

1. On May 12, 2026, the Trustee filed a motion (the "Settlement Motion") seeking approval of a settlement agreement (the "Settlement Agreement") between the Trustee, Richard Carone and Russ Howard. *See* Dkt. No. 104.

2. Under the terms of the Settlement Agreement, Richard Carone and Russ Howard will pay $50,000 to the estate, in exchange for a release of potential claims the estate may have

against the Debtor Signal Hill Service, Inc. ("Signal Hill"), its affiliate corporations ("Affiliates"), and other parties.

3.  On June 5, 2026, the Commission and Gaynor Ranch (the "Creditors") filed objections to the Settlement Agreement (Dkt. Nos. 114, 115).

4.  The hearing on the Trustee's motion to approve settlement agreement (Dkt. No. 104) is scheduled for July 1, 2026 at 9:30 a.m.

5.  The Commission and Gaynor Ranch intend to seek discovery in connection with the Settlement Motion to assess the Settlement Agreement.

6.  The Parties agree that it is in the best interest of Signal Hill's estate to allow the Creditors to seek discovery in connection with the Settlement Motion and are amenable to adjourning the Settlement Motion to allow the Creditors to seek and obtain such discovery.

## STIPULATION

The Parties hereby STIPULATE and AGREE as follows:

1.  The foregoing recitals are incorporated herein by reference.

2.  A non-evidentiary telephonic hearing on the Settlement Motion is hereby adjourned from July 1, 2026 at 9:30 a.m. to a date not earlier than **September 2, 2026 at 9:30 a.m.**, or a time thereafter that is convenient to the Court.

3.  A telephonic status conference is scheduled for a date not earlier than **September 2, 2026 at 9:30 a.m.**, or a time thereafter that is convenient to the Court.

4.  This stipulated extension is without prejudice to the parties seeking further extensions of the hearing on the Settlement Motion.

5.  This Court shall retain jurisdiction to hear and determine all matters arising from or related to the interpretation, implementation, or modification of this Stipulation.

**DATED** this 19th day of June 2026.

**THE CALIFORNIA STATE LANDS
COMMISSION,**
**Creditor**

By:      _/s/ Isabella A. Panicucci_

         Isabella Panicucci, _pro hac vice_
         Steven Kerns, _pro hac vice_
         Jessica Tucker-Mohl, _pro hac vice_
         California Attorney General's Office
         1300 I Street, Suite 125
         Sacramento, CA 95814
         Telephone: (916) 210-7662
         Isabella.Panicucci@doj.ca.gov
         Steven.Kerns@doj.ca.gov

         Jeffrey M. Boldt, #7-4730
         OVERSTREET HOMAR & KUKER
         2922 Central Avenue
         Cheyenne, Wyoming 82001
         307.274.4444 telephone
         307.274.4443 facsimile
         jeffrey@kukerlaw.com
         _Attorneys for Creditor_
         _California State Lands Commission_

_[Signatures continued on next page.]_

**DATED** this 19th day of June 2026.

>**GAYNOR RANCH LLC,**
>**Creditor**
>
>By:  _/s/ Bret G. Anderson_
>Bret G. Anderson (Admitted Pro Hac Vice)
>FERGUSON CASE ORR PATERSON LLP
>4550 E. Thousand Oaks Blvd., Ste 250
>Westlake Village, CA 91362
>Phone: (805) 659-6800
>Fax: (805) 659-6818
>banderson@fcoplaw.com
>*Attorneys for Creditor*
>*Gaynor Ranch LLC*

**DATED** this 19th day of June 2026.

>**RANDY L. ROYAL,**
>**Chapter 7 Trustee**
>
>By:  _/s/ Randy L. Royal_
>Randy L. Royal, in his capacity as Chapter 7
>Trustee of the Debtor's Estate

# CERTIFICATE OF SERVICE

Case Name:  **In RE SIGNAL HILL SERVICE, INC.**   Case No.   **24-20439**

I hereby certify that on June 19, 2026, I electronically filed the following documents with the Clerk of the Court by using the CM/ECF system:

**JOINT STIPULATION TO CONTINUE HEARING ON MOTION TO APPROVE SETTLEMENT AGREEMENT AND TO SCHEDULE STATUS CONFERENCE.**

I certify that **all** participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

Stephen R. Winship
Winship and Winship, PC
steve@winshipandwinship.com
*On behalf of Debtor Signal Hill Service, Inc.*

John A. Coppede
Coal Creek Law, LLP
jcoppede@coalcreeklaw.com
*Attorney for Appellee Gaynor Ranch LLC*

US Trustee
USTPRegion19.cy.ecf@usdoj.gov

Jennifer M. Salisbury
William Cross
jsalisbury@markuswilliams.com,
docket@markuswilliams.com
*On Behalf of other Professional Alex Schurawel*

Randy L. Royal
*On Behalf of Trustee Randy L. Royal*

I declare under penalty of perjury under the laws of the State of California and the United States of America the foregoing is true and correct and that this declaration was executed on June 19, 2026, at Sacramento, California.

| Antinia Brown | Signature |
|---|---|
| Declarant | |

LA2024305269
39922984