**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF WYOMING**

| | | |
|---|---|---|
| In re | ) | |
| | ) | |
| SIGNAL HILL SERVICE, INC., | ) | Case No. 24-20439 |
| | ) | |
| | ) | Chapter 7 |
| Debtor. | ) | |

**ORDER CONTINUING HEARING ON MOTION TO**
**APPROVE SETTLEMENT AGREEMENT**

IT IS HEREBY ORDERED:

The Stipulation between Creditor, California State Lands Commission ("Commission"),

Creditor, Gaynor Ranch LLC ("Gaynor Ranch"), and Randy Royal, Chapter 7 trustee is hereby

APPROVED.

The telephonic hearing on the Chapter 7 trustee's motion to approve settlement agreement

(Dkt. No. 104), presently scheduled for July 1, 2026 at 9:30 a.m., is continued to _____

_____ without prejudice to further adjournment requests.

A status conference is also scheduled for _____.

BY THE COURT:

_____
Honorable Cathleen D. Parker
United States Bankruptcy Judge

# CERTIFICATE OF SERVICE

Case Name:   **In RE SIGNAL HILL SERVICE, INC.**      Case No.   **24-20439**

I hereby certify that on June 19, 2026, I electronically filed the following documents with the Clerk of the Court by using the CM/ECF system:

**ORDER CONTINUING HEARING ON MOTION TO APPROVE SETTLEMENT AGREEMENT**

I certify that **all** participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

Stephen R. Winship
Winship and Winship, PC
steve@winshipandwinship.com
*On behalf of Debtor Signal Hill Service, Inc.*

John A. Coppede
Coal Creek Law, LLP
jcoppede@coalcreeklaw.com
*Attorney for Appellee Gaynor Ranch LLC*

US Trustee
USTPRegion19.cy.ecf@usdoj.gov

Jennifer M. Salisbury
William Cross
jsalisbury@markuswilliams.com,
docket@markuswilliams.com
*On Behalf of other Professional Alex Schurawel*

Randy L. Royal

*On Behalf of Trustee Randy L. Royal*

I declare under penalty of perjury under the laws of the State of California and the United States of America the foregoing is true and correct and that this declaration was executed on June 19, 2026, at Sacramento, California.

Antinia Brown
Declarant

Signature

LA2024305269
39922984