**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF WYOMING**

FILED

1:35 pm, 6/22/26

HJ Esterholdt
Clerk of Court

| | | |
|---|---|---|
| In re | ) | |
| | ) | |
| SIGNAL HILL SERVICE, INC., | ) | Case No. 24-20439 |
| | ) | |
| | ) | Chapter 7 |
| Debtor. | ) | |

**ORDER CONTINUING HEARING ON MOTION TO
APPROVE SETTLEMENT AGREEMENT**

IT IS HEREBY ORDERED:

The Stipulation between Creditor, California State Lands Commission ("Commission"),

Creditor, Gaynor Ranch LLC ("Gaynor Ranch"), and Randy Royal, Chapter 7 trustee is hereby

APPROVED.

The telephonic hearing on the Chapter 7 trustee's motion to approve settlement agreement

(Dkt. No. 104), presently scheduled for July 1, 2026 at 9:30 a.m., is continued to ___**9:30 a.m.**___

___**September 9, 2026**___ without prejudice to further adjournment requests.

BY THE COURT:

6/22/206

Honorable Cathleen D. Parker
United States Bankruptcy Judge