FILED

4:03 pm, 6/22/26

HJ Esterholdt
Clerk of Court

### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE DISTRICT OF WYOMING

| | | |
|---|---|---|
| In re: | ) | |
| | ) | |
| SIGNAL HILL SERVICE, INC., | ) | Case No. 24-20439 |
| | ) | CHAPTER 7 |
| Debtor. | ) | |
| | ) | |

### ORDER DENYING MOTION TO STRIKE

**THIS MATTER** coming before the Court upon the *Motion to Strike* filed herein;

the Court being fully advised in the premises **FINDS** that the Motion should be denied.

**NOW, THEREFORE**, it is hereby **ORDERED** that the Motion is denied without

prejudice.

**BY THE COURT:**

_Cathleen D Parker_ 6/22/2026
Honorable Cathleen D. Parker
United States Bankruptcy Court Judge