William G. Cross (Wyoming Bar No. 8-6562)
Jennifer Salisbury (Wyoming Bar No. 7-5218)
Markus Williams LLC
1775 Sherman Street, Suite 1950
Denver, CO 80203
Telephone: (303) 830-0800
Facsimile: (303) 830-0809
wcross@markuswilliams.com
jsalisbury@markuswilliams.com

*Counsel for Alexander Schurawel, CPA*

**UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF WYOMING**

| | | |
|---|---|---|
| In re: | ) | |
| | ) | Chapter 7 |
| SIGNAL HILL SERVICE, INC., | ) | |
| | ) | Case No. 24-20439 |
| Debtor. | ) | |
| | ) | |

**ALEXANDER SCHURAWEL, CPA'S SUR-REPLY TO THE RESPONSE TO
MOTION TO HOLD HIM IN CONTEMPT FOR NON-COMPLIANCE WITH
RULE 2004 SUBPOENA AND COURT ORDER**

Alexander Schurawel, CPA ("Schurawel"), by and through his undersigned counsel, hereby files his Sur-Reply to the Reply to the *Motion to Hold Alex Schurawel in Contempt for Noncompliance with Rule 2004 Subpoena and Court Order* [Doc. 110] (the "Motion") filed by the California State Lands Commission (the "Commission") and in support hereof Mr. Schurawel states as follows:

1.      As set forth in the Schurawel's response to the Motion, on May 22, 2026, the undersigned was informed that the Commission's judgment against the Debtor would be paid in full and fully satisfied.  On May 28, 2026, counsel for the Debtor in the California litigation filed a *Motion to Require Judgment Creditor to Accept Payment in Full of Judgment and File Satisfaction of Judgment* with the *Declaration of James R. Felton* filed in support thereof. [*See* Doc. 113-1.]  Included with that motion is a cover letter to counsel for the Commission, Isabella Panicucci, with a copy of the check in the amount of $382,352.36, representing the full amount of the Commission's judgment against the Debtor.

2.      In its Reply, the Commission asserts that it cannot accept the check because it does not know its provenance.

1

3.      Attached hereto as Exhibit A is the Declaration of Kristen Jones Carone, the wife of Richard Carone, the former president of the Debtor.  In the Declaration, Ms. Carone states under penalty of perjury that she is the source of the funds to fully satisfy the Judgment of the Commission against the Debtor. The funds derive from the sale of her separate real property. Ms. Carone is thus the sole source of the funds and the funds have never been the property of the Debtor or any of its affiliates.

4.      As a judgment creditor, the Commission is only entitled to payment of its judgment in full. The Commission has been made whole. No bankruptcy purpose exists for the Commission's ongoing efforts to hold a very, very sick elderly gentleman who is a third-party to this case in contempt.

WHEREFORE, Mr. Schurawel respectfully requests the Court enter an order denying the Motion and issuing such further and other relief as the Court finds appropriate under the circumstances.

Dated: June 30, 2026

Respectfully submitted,

MARKUS WILLIAMS LLC

By: */s/ Jennifer Salisbury*

William G. Cross (Wyo. Bar No. 8-6562)
Jennifer Salisbury (Wyo. Bar No. 7-5218)
1775 Sherman St., Suite 1950
Denver, CO 80203
Telephone: (303) 830-0800
wcross@markuswilliams.com
jsalisbury@markuswilliams.com

*Counsel for Alexander Schurawel CPA*

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that a copy of the foregoing **ALEXANDER SCHURAWEL, CPA'S SUR-REPLY TO THE RESPONSE TO MOTION TO HOLD HIM IN CONTEMPT FOR NON-COMPLIANCE WITH RULE 2004 SUBPOENA AND COURT ORDER** was filed on June 30, 2026, via the Court's CM/ECF system and served as indicated below on the following:

<u>Via CM/ECF</u>:

- Jeffrey M Boldt     jeffrey@kukerlaw.com, vaughna@kukerlaw.com
- John A. Coppede     jcoppede@coalcreeklaw.com, jfiscus@coalcreeklaw.com
- Steven Kerns     steven.kerns@doj.ca.gov, josephine.martinez@doj.ca.gov
- Isabella Panicucci     Isabella.Panicucci@doj.ca.gov
- Randy L. Royal     rlroyal@randylroyalpc.com, charlene@randylroyalpc.com; msanderton@randylroyalpc.com; WY14@ecfcbis.com
- Leena M. Sheet     leena.sheet@doj.ca.gov
- US Trustee     USTPRegion19.cy.ecf@usdoj.gov
- Stephen R. Winship     steve@winshipandwinship.com, billie@winshipandwinship.com; receptionist@winshipandwinship.com

<u>Via. U.S. Mail</u>

Jessica Tucker-Mohl
California DOJ
1300 I Street
P.O. Box 944255
Sacramento, CA 94244-2550

*/s/ Jennifer Salisbury*
Jennifer Salisbury

3