**IN THE UNITED STATES BANKRUPTCY COURT**

**FOR THE DISTRICT OF WYOMING**

| | |
|---|---|
| In re | Case No.: 24-20439 |
| SIGNAL HILL SERVICE, INC., | (Chapter 7) |
| Debtor. | **DECLARATION OF KRISTEN JONES CARONE** |

I, Kristen Jones Carone, declare under penalty of perjury as follows:

1. I am 73 years old, competent to make this declaration, reside in Pinal County AZ, have personal knowledge of the facts set forth herein, and am the wife of Richard Carone, president of debtor Signal Hill Service, Inc.

2. I paid $385,216.56 to fully satisfy the claim of the California State Lands Commission (CSLC).

3. The payment is a gift: 7 years ago, CSLC refused Signal's payment of all funds due three times, canceled Signal's lease, thereby destroyed Signal, then sued Signal for the payments CSLC had refused to accept. I paid Signal's debt as a gift in order to stop the CSLC from continuing to harass my 81-year-old husband whose health has declined for several years as a result. I do not expect repayment and will not assert any claim against the debtor or bankruptcy estate.

1

DECLARATION OF KRISTEN JONES CARONE

2685763.1 - 32744.0001

Exhibit A

4. The funds are from the net sales proceeds of my sole and separate real property. Attached as Exhibit "A" is my title to the property, a transmutation agreement, and a statement of proceeds deposited in my bank account and then moved to my investment account from which payment was made to the CSLC through an attorney. My bank and investment account statements are also attached as Exhibit "A".

5. The attached documents show that the funds are exclusively my property, not the debtor, its affiliates or officers, or any others. The funds have never been under the control of the debtor, its affiliates or officers, or any others, and were provided solely from my own resources.

6. The funds were sent to the California DOJ for the benefit of the CSLC, which the DOJ represents, and have not passed through the accounts of the debtor, its affiliates or officers.

7. I provide this declaration to disclose the source of the funds and assist the Court in evaluating the payment.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on June 29, 2026, at Pinal County, AZ.

_Kristin J. Carone_
_____
KRISTEN JONES CARONE
Declarant

2
DECLARATION OF KRISTEN JONES CARONE

Exhibit A

# EXHIBIT A

Exhibit A

**Fidelity National Title**

**Escrow Officer:** Nallely Lomeli ✉

**Escrow #:** FSBA-4204220321 -NL

1002 La Senda Drive, Santa Barbara, CA ⊙

VESTING-201854536

Exhibit A

**2018-0054536**

| | |
|---|---|
| Recorded | REC FEE      30.00 |
| Official Records | |
| County of | |
| Santa Barbara | |
| Joseph E. Holland | |
| County Clerk Recorder | |
| | |
| | TJ |
| 11:05AM 27-Dec-2018 | Page 1 of 3 |

RECORDING REQUESTED BY:

Parasec
2804 Gateway Oaks Dr. #100
Sacramento, CA 95833

AND WHEN RECORDED
MAIL TO:

Kristin Jones
1002 La Senda Dr
Santa Barbara CA 93105

..... THIS SPACE FOR RECORDERS USE .....

## Interspousal Transfer Grant Deed
(Please fill in document title(s) on this line)

1 [ ] Exempt from fee per GC27388.1 due to being recorded in connection with concurrent transfer that is subject to the imposition of documentary transfer tax, or,

2 [ ] Exempt from fee per GC27388.1 due to being recorded in connection with a transfer that was subject to documentary transfer tax which was paid on document recorded previously on _____ (date) as document number _____ of Official Records, or,

3 [ ] Exempt from fee per GC27388.1 due to the maximum fees being paid on documents in this transaction, or,

4 [ ] Exempt from fee per GC27388.1 due to the maximum fees having been paid on documents in the transaction(s) recorded previously on _____ (date) as document number(s) _____ of Official Records, or

5 [X] Exempt from fee per GC27388.1; document transfers real property that is a residential dwelling to an owner-occupier, or,

6 [ ] Exempt from fee per GC27388.1 due to being recorded in connection with concurrent transfer that is a residential dwelling to an owner-occupier, or,

7 [ ] Exempt from fee per GC27388.1 due to it being recorded in connection with a transfer of real property that is a residential dwelling to an owner-occupier. The recorded document transferring the dwelling to the owner-occupier was recorded on _____ (date) as document number(s) _____, or,

8 [ ] Exempt from the fee per GC 27388.1 (a) (1), Not related to real property, or,

9 [ ] Exempt from fee under GC27388.1 for the following reasons
_____

THIS PAGE ADDED TO PROVIDE SENATE BILL 2 EXEMPTION INFORMATION
(Additional recording fee applies)

Exhibit A

Recording Requested By:

And When Recorded Mail To:

Kristin Jones
1002 La Senda Drive
Santa Barbara, CA 93105

Dated: November 20, 2018
Assessor's Parcel No.049-140-024

THIS SPACE FOR RECORDER'S USE ONLY

## INTERSPOUSAL TRANSFER GRANT DEED

The undersigned Grantor(s) declare(s) that the **Documentary Transfer Tax is: $-0-**

IT IS THE EXPRESS INTENT OF THE GRANTOR, BEING THE SPOUSE OF THE GRANTEE, TO CONVEY ALL RIGHT, TITLE AND INTEREST OF THE GRANTOR, COMMUNITY OR OTHERWISE, IN AND TO THE HEREIN DESCRIBED PROPERTY TO THE GRANTEE AS HIS/HER SOLE AND SEPARATE PROPERTY.

**FOR A VALUABLE CONSIDERATION**, receipt of which is hereby acknowledged,

RICHARD L. CARONE, HUSBAND OF GRANTEE HEREIN

hereby REMISE, RELEASE AND FOREVER GRANTS to:

KRISTIN JONES, A MARRIED WOMAN AS HER SOLE AND SEPARATE PROPERTY

all that real property situated in the County of Santa Barbara, State of California, described as:

SEE EXHIBIT "A" ATTACHED HERETO AND MADE A PART HEREOF.

_____
RICHARD L. CARONE

---

A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document, to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

---

STATE OF CALIFORNIA                                    COUNTY OF SANTA BARBARA
On November 27, 2018 before me Marcia E. Yoshida, a notary public, personally appeared RICHARD L. CARONE who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.
I certify under penalty of perjury under the laws of the State of California that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

_____

MARCIA E. YOSHIDA
Notary Public - California
Santa Barbara County
Commission # 2163107
My Comm. Expires Sep 16, 2020

**MAIL TAX STATEMENTS AS DIRECTED ABOVE**

Exhibit A

# Exhibit "A"

DESCRIPTION:

All that certain land situated in the State of California in the unincorporated area of the County of Santa Barbara, described as follows:

PARCEL ONE:

Parcel 1 of Parcel Map 14,259 in the County of Santa Barbara, State of California, as shown on map filed in Book 49, Pages 1-3 of Parcel Maps in the office of the Santa Barbara County Recorder.

EXCEPTING THEREFROM 51% of all oil, gas and other hydrocarbon substances as reserved in the deed from John Mc Williams, Jr. and others, to Alex Irvine, and others dated January 9, 1946 and recorded January 26, 1946 in Book 675, Page 141 of Official Records.

EXCEPTING THEREFROM AND RESERVING UNTO THE GRANTOR HEREIN an easement for ingress, egress, road purposes and public utilities over, under across and through the westerly 12' of said Parcel One and that portion of said Parcel One shown on said Parcel Map No. 14,259 as "12' wide public utility esm't. to benefit Parcel 2 per this map.".

The above easement shall be appurtenant to and run with Parcel 2 of Parcel Map 14,259 in the County of Santa Barbara, State of California, as shown on map filed in Book 49, Pages 1-3 of Parcel Maps in the office of the Santa Barbara County Recorder.

PARCEL TWO:

A right of way for road purposes and public utilities over La Entrada and La Senda as shown on said map of Las Positas Tract.

PARCEL THREE:

An easement for ingress, egress and road purposes over and on a strip of land 12 feet in width over a portion of Parcel B of Parcel Map No. 12,242, as created by that certain Grant of Easement and Road Agreement dated February 15, 1988 , as Instrument No. 88-009867, of Official Records.

Exhibit A

## Transmutation Agreement
November 1, 2018

The Parties to this Agreement, Richard L Carone (husband) and Kristin J Carone (wife), desire to enter into an immediately enforceable and binding contract between them to change the legal form and character in the characterization and ownership of assets described herein.

Husband desires to change the characterization of his home, 1002 La Senda, Santa Barbara, California, 93105, from community property equally owned by The Parties, to wife's separate property, for fair and adequate value received as described below.

Wife desires to change the characterization of her ownership and economic rights, directly or through community property, in any business in which husband is involved, to husband's separate property, for fair and adequate value received as described above.

The Parties expressly waive the reimbursement provisions of California Family Code section 2640, which would otherwise be available if the parties separate and dissolution or legal separation proceedings between them are initiated.

The Parties acknowledge that each stands in a fiduciary relationship with the other, that they freely and voluntarily enter into this agreement, and that each is under no form of duress or "undue influence" (as that term is used by California courts in determining enforceability of any instrument purporting to be a written transmutation pursuant to California Family Code sections 850, 851 and 852, and case law thereunder) from or caused by husband or wife or any third party in transmuting and waiving as provided herein. The Parties agree that the transfers described above are fair and legally sufficient consideration to enter into this Agreement.

The Parties execute this agreement with full knowledge of all relevant facts relating to the characterization and ownership of the assets transmuted hereby and a complete understanding of the legal significance and legal consequences of so doing. The Parties acknowledge that each has taken ample and adequate opportunity to consult with and receive separate and independent legal advice from separate and independent attorneys of their own choosing.

The Parties wish to assure each other that if either predeceases the other, the survivor shall receive a 100% interest in all assets referred to herein above.

The Parties accept all rights and benefits derived from this Agreement and the application of its terms and provisions under the laws of the State of California, and so rely thereon.

The Parties intend that all statements of fact and of agreement herein are to be deemed conclusively true as between the parties and their successors in interest, pursuant to California Evidence Code section 622 which provides: *"The facts recited in a written instrument are conclusively presumed to be true as between the parties thereto, or their successors in interest; but this rule does not apply to the recital of a consideration."*

Agreed and executed on November 1, 2018

Richard L Carone

Kristin Jones Carone

Exhibit A

**Fidelity National Title Company**

1284 Coast Village Rd., Suite B
Santa Barbara, CA 93108
Phone: (805)565-7800 / Fax: (805)565-7808

Kristin Jones
6499 S. Kings Road #6-99
Gold Canyon, AZ 85118

**Date:** January 8, 2024
**Escrow No.:** FSBA-4204230202-NL
**Property:** 1002 La Senda Drive
Santa Barbara, CA 93105

The above referenced escrow has closed as of January 8, 2024. The following item(s) are enclosed for your records:

- Wire in the amount of $3,062,265.36 was sent in accordance with your instructions
- Copy of Closing Statement
- Copy of 593 Withholding Statement

Recorded documents to which you are entitled will be mailed to you under separate cover.

Should you have any questions, please feel free to contact our office. We trust that this transaction has been handled to your satisfaction and look forward to the opportunity of seeing you again in the near future.

Sincerely,

Nallely Lomeli
Escrow Officer
Nlomeli@fnf.com

nl

Enclosure(s)

Exhibit A

USAA Federal Savings Bank
10750 McDermott Freeway
San Antonio, TX 78288-0544

(* Kristin Page 10 account footnotes below)

# USAA CLASSIC CHECKING

for Account Number: XXXXXX7685
Statement Period: 12/14/2023 to 01/12/2024

KRISTIN J CARONE
3232 S MOHICAN
GOLD CANYON AZ  85118-4639

## Activity Summary

| | |
|---|---|
| Beginning Balance | $1,456.52 |
| 4 Deposits/Credits | $3,067,925.38 |
| 59 Withdrawals/Debits | $215,644.88 |
| Service Charges and ATM Service Fee | $0.00 |
| Ending Balance | $2,853,737.02 |

| Fees | Total For This Period | Total Year-to-Date |
|---|---|---|
| Total Overdraft (OD) Fees | $0.00 | $0.00 |
| Total Non-Sufficient Funds (NSF) Fees | $0.00 | $0.00 |

Note: Fee reversals/refunds won't be reflected in this table. They'll be listed in the transaction section.

## Transactions

| Date | Description | Debits | Credits | Balance |
|---|---|---|---|---|
| 12/14 | Beginning Balance | | | $1,456.52 |
| 12/15 | ACH WITHDRAWAL 121523<br>TJX REWARDS PAYMENT<br>***********1706 | $95.00 | | $1,361.52 |
| 12/15 | ACH PAYMENT<br>TRNSFR TO LOAN 2100100000000001138824238 | $974.62 | | $386.90 |

continued on next page>>>

133293-0922



**USAA CLASSIC CHECKING**
for Account Number: XXXXXX7685
Statement Period: 12/14/2023 to 01/12/2024

## Transactions (continued)

| Date | Description | Debits | Credits | Balance |
|---|---|---|---|---|
| 12/18 | ACH DEP 122023<br>SSA TREAS 310 XXSOC SEC<br>*********** SSA | | $2,786.00 | $3,172.90 |
| 12/18 | DEBIT CARD PURCHASE 121723 5735121723<br>APPLE.COM/BILL 800-275-2273 CA | $23.45 | | $3,149.45 |
| 12/18 | USAA FUNDS TRANSFER DB<br>TO Kristin Carone<br>CHECKING #7196, CONF# 5295261411 | $60.00 | | $3,089.45 |
| 12/18 | POS DEBIT 121823 5541121823<br>CHEVRON/CSI-093443/1850 SANTA BARBARACA | $134.20 | | $2,955.25 |
| 12/18 | DEBIT CARD PURCHASE 121423 4899121423<br>MEDIACOM BRO* 855-633-4226 NY | $148.99 | | $2,806.26 |
| 12/18 | ACH WITHDRAWAL 121823<br>WELLCARE ACH DEBITS<br>***********7899 | $8.30 | | $2,797.96 |
| 12/19 | ACH WITHDRAWAL 121923<br>SEARS PAYMENT AUTO PYMT<br>***********0171 | $60.00 | | $2,737.96 |
| 12/19 | ACH WITHDRAWAL 121923<br>VERIZON WIRELESS PAYMENTS<br>***********0001 | $263.60 | | $2,474.36 |
| 12/19 | ACH WITHDRAWAL 121923<br>HOME DEPOT AUTO PYMT<br>***********0582 | $300.36 | | $2,174.00 |
| 12/20 | USAA FUNDS TRANSFER DB<br>TO Kristin Carone<br>CHECKING #7196, CONF# 5303079693 | $40.00 | | $2,134.00 |
| 12/20 | ACH WITHDRAWAL 122023<br>USAA.COM PAY INT LIFE<br>***********6173 | $143.48 | | $1,990.52 |
| 12/21 | ACH WITHDRAWAL 122123<br>JCPENNEY PAYMENT<br>***********6545 | $30.00 | | $1,960.52 |
| 12/21 | ACH WITHDRAWAL 122123<br>MACYS AUTO PYMT<br>***********0994 | $85.68 | | $1,874.84 |
| 12/22 | DEBIT CARD PURCHASE 122123 5814122123<br>CARLS JR 1100145 WESTLAKE VLG CA | $17.45 | | $1,857.39 |
| 12/22 | RECURRING DEB CARD PURCH 122123 5818122123<br>APPLE.COM/BILL 866-712-7753 CA | $35.18 | | $1,822.21 |

*continued on next page>>>*

133293-0922



FDIC
INSURED

Exhibit A

USAA CLASSIC CHECKING
for Account Number: XXXXXX7685
Statement Period: 12/14/2023 to 01/12/2024

## Transactions (continued)

| Date | Description | Debits | Credits | Balance |
|---|---|---|---|---|
| 12/22 | USAA FUNDS TRANSFER DB<br>TO Kristin Carone<br>CHECKING #7196, CONF# 5308448893 | $60.00 | | $1,762.21 |
| 12/26 | USAA FUNDS TRANSFER DB<br>TO Kristin Carone<br>CHECKING #7196, CONF# 5313203229 | $10.00 | | $1,752.21 |
| 12/26 | DEBIT CARD PURCHASE 122323 5818122323<br>Prime Video Channels AMZN.COM/BILLWA | $12.79 | | $1,739.42 |
| 12/26 | USAA FUNDS TRANSFER DB<br>TO Kristin Carone<br>CHECKING #7196, CONF# 5311889721 | $20.00 | | $1,719.42 |
| 12/26 | POS DEBIT 122423 5912122423<br>CVS/PHARMACY #09 09737--1GOLETA CA | $20.77 | | $1,698.65 |
| 12/26 | USAA FUNDS TRANSFER DB<br>TO Kristin Carone<br>CHECKING #7196, CONF# 5314753361 | $60.00 | | $1,638.65 |
| 12/26 | ACH WITHDRAWAL 122623<br>CITI AUTOPAY PAYMENT<br>***********0850 | $212.71 | | $1,425.94 |
| 12/27 | DEBIT CARD PURCHASE 122623 5818122623<br>APPLE.COM/BILL 866-712-7753 CA | $16.25 | | $1,409.69 |
| 12/27 | RECURRING DEB CARD PURCH 122723 5995122723<br>PRETTYLITTER WWW.PRETTYLITCA | $47.16 | | $1,362.53 |
| 12/27 | ACH WITHDRAWAL 122723<br>NORDSTROM PAYMENT<br>***********5926 | $40.00 | | $1,322.53 |
| 12/28 | CHECK # 356 | $50.00 | | $1,272.53 |
| 12/28 | CHECK # 355 | $100.00 | | $1,172.53 |
| 01/02 | USAA FUNDS TRANSFER DB<br>TO Kristin Carone<br>CHECKING #7196, CONF# 5323980229 | $20.00 | | $1,152.53 |
| 01/02 | USAA FUNDS TRANSFER DB<br>TO Kristin Carone<br>CHECKING #7196, CONF# 5327090671 | $20.00 | | $1,132.53 |
| 01/02 | USAA FUNDS TRANSFER DB<br>TO Kristin Carone<br>CHECKING #7196, CONF# 5325081705 | $80.00 | | $1,052.53 |
| 01/03 | ACH WITHDRAWAL 010324<br>DISCOVER E-PAYMENT<br>***********4424 | $269.00 | | $783.53 |

*continued on next page>>>*

133293-0922



FDIC
INSURED

Exhibit A

USAA CLASSIC CHECKING
for Account Number:XXXXXX7685
Statement Period: 12/14/2023 to 01/12/2024

## Transactions (continued)

| Date | Description | Debits | Credits | Balance |
|------|-------------|--------|---------|---------|
| 01/05 | DEBIT CARD PURCHASE 010424 5818010424<br>Prime Video Channels AMZN.COM/BILLWA | $5.32 | | $778.21 |
| 01/08 | WIRE IN            (* Home sale proceeds)<br>001240108259270 | | $3,062,265.36 | $3,063,043.57 |
| 01/08 | OD ADVANCE TRANSFER OUT<br>OVERDRAFT PROTECTION TO 0153307196 | $82.60 | | $3,062,960.97 |
| 01/08 | RECURRING DEB CARD PURCH 010824 5812010824<br>GRUBHUBGHPLUS GRUBHUB.COM NY | $10.86 | | $3,062,950.11 |
| 01/08 | RECURRING DEB CARD PURCH 010624 5815010624<br>HELP.MAX.COM MAX.COM NY | $17.06 | | $3,062,933.05 |
| 01/09 | POS DEBIT 010824 5812010824<br>UBER *EATS1515 3rd StreSAN FRANCISCOCA | $58.94 | | $3,062,874.11 |
| 01/09 | POS DEBIT 010924 5411010924<br>BASHAS' #082 GOLD CANYON AZ | $344.56 | | $3,062,529.55 |
| 01/10 | DEBIT CARD PURCHASE 010924 5814010924<br>JACK IN THE BOX 1503 GOLD CANYON AZ | $31.52 | | $3,062,498.03 |
| 01/10 | DEBIT CARD PURCHASE 010924 7349010924<br>VENMO *KAREN'S KLEANING 402-935-7733 NY | $1,000.00 | | $3,061,498.03 |
| 01/10 | WIRE OUT            (* Gift to my son)<br>001240110266824 | $100,000.00 | | $2,961,498.03 |
| 01/10 | WIRE OUT            (* Gift to my son)<br>001240110266840 | $100,000.00 | | $2,861,498.03 |
| 01/10 | ACH WITHDRAWAL 011024<br>SRP ECHXPWR-S2<br>***********7007 | $428.10 | | $2,861,069.93 |
| 01/10 | WIRE FEE<br>0012401102668 | $20.00 | | $2,861,049.93 |
| 01/10 | WIRE FEE<br>0012401102668 | $20.00 | | $2,861,029.93 |
| 01/11 | DEBIT CARD PURCHASE 010924 4900010924<br>ARIZONAWATERCOSF 602-2406860 AZ | $0.75 | | $2,861,029.18 |
| 01/11 | DEBIT CARD PURCHASE 010924 4900010924<br>ARIZONAWATERCO 602-2406860 AZ | $25.69 | | $2,861,003.49 |
| 01/11 | POS DEBIT 011024 5812011024<br>UBER *EATS1515 3rd StreSAN FRANCISCOCA | $29.65 | | $2,860,973.84 |
| 01/11 | DEBIT CARD PURCHASE 011024 5942011024<br>AMZN Mktp US*RT1PD8Z52 AMZN.COM/BILLWA | $49.05 | | $2,860,924.79 |
| 01/11 | POS DEBIT 011124 5541011124<br>CANYON FOO1000 E OLD WESTAPACHE JUNCTIAZ | $98.77 | | $2,860,826.02 |

*continued on next page>>>*

133293-0922



USAA CLASSIC CHECKING
for Account Number: XXXXXX7685
Statement Period: 12/14/2023 to 01/12/2024

## Transactions (continued)

| Date | Description | Debits | Credits | Balance |
|------|-------------|--------|---------|---------|
| 01/11 | ACH WITHDRAWAL 011124<br>SO CAL GAS PAID SCGC<br>***********2600 | $106.51 | | $2,860,719.51 |
| 01/11 | ACH WITHDRAWAL 011124<br>PNP BILLPAYMENT 010924EK<br>***********5939 | $8,294.49 | | $2,852,425.02 |
| 01/12 | ACH DEP 011724<br>SSA TREAS 310 XXSOC SEC<br>*********** SSA | | $2,870.00 | $2,855,295.02 |
| 01/12 | OD ADVANCE TRANSFER OUT<br>OVERDRAFT PROTECTION TO 0153307196 | $5.39 | | $2,855,289.63 |
| 01/12 | DEBIT CARD PURCHASE 011124 5942011124<br>AMZN Mktp US*RT1881RP0 AMZN.COM/BILLWA | $6.39 | | $2,855,283.24 |
| 01/12 | DEBIT CARD PURCHASE 010924 4899010924<br>MEDIACOM BRO* 855-633-4226 NY | $153.64 | | $2,855,129.60 |
| 01/12 | DEBIT CARD PURCHASE 011124 1711011124<br>IN *TRI TECH PLUMBING 805-4558465 CA | $455.00 | | $2,854,674.60 |
| 01/12 | POS DEBIT 011224 4829011224<br>VENMO* VISA DIRECT NY | $490.00 | | $2,854,184.60 |
| 01/12 | ACH WITHDRAWAL 011224<br>BANK OF AMERICA Payment<br>***********gfzs | $100.00 | | $2,854,084.60 |
| 01/12 | USAA INSURANCE PAYMENT | $351.60 | | $2,853,733.00 |
| 01/12 | IOD INTEREST PAID | | $4.02 | $2,853,737.02 |
| 01/12 | Ending Balance | | | $2,853,737.02 |

## Interest Paid Information

Your interest paid was calculated using your daily ledger balance for 30 days for an annual percentage yield earned of 0.01%.

*continued on next page>>>*

133293-0922



Exhibit A

## IMPORTANT INFORMATION

The ending balance includes items that have posted to your account. You may have been charged fees if your account didn't have enough available funds to pay for an item. Please see the available balance section in the USAA Federal Savings Bank Depository Agreement and Disclosures for details.

You can review and obtain copies of your recent checks at no cost through the USAA Mobile App, usaa.com or by calling us.

Please examine this statement promptly and carefully. If you fail to notify us of an error or unauthorized transaction within 60 calendar days, this statement will be considered correct, and you may be liable for subsequent unauthorized transactions. All items credited are subject to verification.

In case of errors or questions about your electronic transfers telephone us at 210-531-USAA (8722), or 800-531-8722, or write us at USAA Federal Savings Bank, 10750 McDermott Freeway, San Antonio, TX 78288-0544 or email us through the "Contact Us" link on usaa.com, as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

- Tell us your name and account number.
- Describe the error or the transfer you are unsure about and explain as clearly as you can why you believe it isan error or why you need more information.
- Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this, we will credit your account for the amount you think is in error so that you will have the use of the money during the time it takes us to complete our investigation.

## TERMS AND CONDITIONS

All transactions are subject to the Depository Agreement and Disclosures.

Online: usaa.com          Phone: 210-531-USAA (8722)  800-531-8722  (TTY:711/TRS)          Mobile: #8722

133293-0922



FDIC INSURED

Exhibit A

**(\* Kris Carone explanatory notes in parenthesis below)**

June 23, 2026

Account #: \*\*\*\*\*\*303
Reference #: C-83356844
Questions: 800-435-4000

Kristin Jones Carone and Kevin Andrew Carone, Tenants
3232 S MOHICAN
GOLD CANYON, AZ 85118
US

# Here is the deposit information you requested.

Dear Kevin Carone,

This letter is in response to the request for deposit information for account \*\*\*-\*303, which is registered as a Joint Tenant brokerage account in the names of Kristin Jones Carone and Kevin Andrew Carone.

From the time that the account was established on January 24, 2024 up until the date listed at the top of this letter, the following deposits originating from outside of Schwab have posted to the account:

- Date: **January 29, 2024** – Transaction Type: **Wire Received** – Amount: **$2,750,000.00**   **(\* Home sale proceeds)**

- Date: **January 22, 2025** – Transaction Type: **Wire Received** – Amount: **$4,956.78**   **(\* 46,041.78 from my son Kevin Carone's account; return on my $50,000 investment)**

- Date: **January 27, 2025** – Transaction Type: **Wire Received** – Amount: **$41,085.00**

**Thank you for choosing Schwab.** We appreciate your business and look forward to serving you in the future. If you have any questions or if we can help in any other way, please call our Client Service Specialists at 800-435-4000, Monday through Friday, from 9:00 a.m. to 7:00 p.m. ET.

This letter is for informational purposes only and is not an official record of your account(s). Please refer to your statements and trade confirmations, as they are the official record of your transactions.

Sincerely,

*Rebecca Weiss*

Rebecca Weiss
Manager, CS&S Trader Concierge
rebecca.weiss@schwab.com
800-435-4000
150 S Wacker Dr
Chicago, IL 60606-4111

©2026 Charles Schwab & Co., Inc. All rights reserved. Member SIPC. (0324-4U9K) SGC31322-42 06/26

Exhibit A

**charles SCHWAB**

**(\* Kristin Carone explanatory notes below)**

June 25, 2026

Account #: \*\*\*\*\*\*303
Reference #: C-83516588
Questions: 800-435-4000

Kristin Jones Carone and Kevin Andrew Carone, Tenants
3232 S MOHICAN
GOLD CANYON, AZ 85118
US

## Here is the wire transfer information you requested.

Dear Kevin Carone,

This letter is in response to the request for information on specific wire transfers that were sent from and posted to account \*\*\*\*-\*303, which is registered as a Joint Tenant brokerage account in the names of Kristin Jones Carone and Kevin Andrew Carone. The details are below:

– Requested outbound wire transfer details:

• Date: **December 19, 2024** – Beneficiary Name(s): **KEVIN CARONE** – Beneficiary Institution: **JPMORGAN CHASE BANK, N.A.** – ABA/SWIFT: **021000021** – Amount: **$50,000.00**   **(\* for my son Kevin Carone to invest for me.)**

– Requested inbound wire transfer details:

• Date: **January 22, 2025** – Sender Name(s): **GAIN CAPITAL GROUP LLC** – Sending Institution: **JPMORGAN CHASE BANK, N.A.** – BIC/SWIFT: **CHASUS33XXX** – Amount: **$4,956.78** **(\* Return of investment from Kevin's account)**

• Date: **January 27, 2025** – Sender Name(s): **GAIN CAPITAL GROUP LLC** – Sending Institution: **JPMORGAN CHASE BANK, N.A.** – BIC/SWIFT: **CHASUS33XXX** – Amount: **$41,085.00**   **(\* Return of investment from Kevin's account)**

**Thank you for choosing Schwab.** We appreciate your business and look forward to serving you in the future. If you have any questions or if we can help in any other way, please call our Client Service Specialists at 800-435-4000, Monday through Friday, from 9:00 a.m. to 7:00 p.m. ET.

This letter is for informational purposes only and is not an official record of your account(s). Please refer to your statements and trade confirmations, as they are the official record of your transactions.

©2026 Charles Schwab & Co., Inc. All rights reserved. Member SIPC. (0324-4U9K) SGC31322-42 06/26

Exhibit A

Sincerely,

*Rebecca Weiss*

Rebecca Weiss
Manager, CS&S Trader Concierge
rebecca.weiss@schwab.com
800-435-4000
150 S Wacker Dr
Chicago, IL 60606-4111

©2026 Charles Schwab & Co., Inc. All rights reserved. Member SIPC. (0324-4U9K) SGC31322-42 06/26

Exhibit A

**Wire Transaction Details**

| Wire Description | Details |
|---|---|
| Date of Transfer | 06/16/2026 |
| Amount | $385,216.56 |
| Receiving Bank Account Number | ...856 |
| Receiving Bank Name | City National Bank |
| Receiving Bank Address | LOS ANGELES CA |
| Receiving Bank Country | US |
| **Total** | **$385,216.56** |

Exhibit A