UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF WYOMING
*Minutes of Proceeding*

FILED

1:17 pm, 7/2/26

HJ Esterholdt
Clerk of Court

| | |
|---|---|
| Date: July 1, 2026 | HONORABLE Cathleen D. Parker, Presiding |
| | Location: Telephone Conference |

| | | | |
|---|---|---|---|
| In re: Signal Hill Service, Inc. | | Case No: 24-20439 | |
| | Debtor(s) | Chapter 7 | |

Appearances

| | | | |
|---|---|---|---|
| Debtor(s) | Signal Hill Service, Inc. | Counsel | Stephen Winship |
| Creditor | California State Lands Commission | Counsel | Steven Kerns/Isabella Panicucci/Jeffrey Boldt |
| Creditor | Alex Schurawel | Counsel | Jennifer Salisbury |
| Creditor | Gaynor Ranch, LLC | Counsel | Bret Anderson |

Proceedings: Non-evidentiary Hearing on Motion to Hold Alex Schurawel in Contempt for Noncompliance with Rule 2004 Subpoena and Court Order (ECF No. 110) and the Response thereto (ECF No. 116).

Witness sworn and testified:    NA

Orders:

☒     Relief sought  ☐  Granted  ☐  Denied  ☐  Case Dismissed  ☒  Continued
☐     Matter taken under advisement
☐     Formal order or judgment to enter          To be prepared  _____
☒     These minutes constitute the Court's official order in this matter

For the reasons stated on the record, the court continued the matter over to 9:30 a.m. on July 15, 2026.

BY THE COURT:

_Cathleen D Parker_  7/2/2026
_____
Honorable Cathleen D. Parker
United States Bankruptcy Judge