Randy L. Royal
Chapter 7 Trustee
P.O. Box 551
Greybull, WY 82426
Phone: 307-765-4433
Fax: 307-765-9563
rlroyal@randylroyalpc.com

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF WYOMING

| | | |
|---|---|---|
| In re: | ) | |
| | ) | |
| SIGNAL HILL SERVICE, INC., | ) | Case No. 24-20439 |
| | ) | CHAPTER 7 |
| Debtor. | ) | |
| | ) | |

## WITHDRAWAL OF MOTION TO APPROVE SETTLEMENT AGREEMENT

**COMES NOW** Randy L. Royal, Chapter 7 Trustee, and hereby withdraws his "Motion to Approve Settlement Agreement" filed herein on May 12, 2026 [D.E. 104]. The offer of funds to the estate has been withdrawn.

**DATED** this 14th day of July, 2026.

By: /s/_____
Randy L. Royal, Chapter 7 Trustee

## CERTIFICATE OF SERVICE

I, Randy L. Royal, hereby certify that a true and correct copy of the foregoing **Withdrawal of Motion to Approve Settlement Agreement** was served *electronically* upon **Isabella Panicucci**, (Isabella.Panicucci@doj.ca.gov), **Jeffrey M. Boldt** (jeffrey@kukerlaw.com)**,** and **Steven Kerns** (Steven.Kerns@doj.ca.gov) **attorneys for Commission, Stephen R. Winship** (steve@winshipandwinship.com) **attorney for Debtor, John Coppede (jcoppede@coalcreeklaw.com) attorney for Gaynor Ranch** and **the Office of the United States Trustee,** this 14th day of July, 2026.

_____
/s/
Randy L. Royal