FILED

1:13 pm, 7/14/26

HJ Esterholdt
Clerk of Court

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF WYOMING

In Re:                                                    )
      SIGNAL HILL SERVICE, INC.          )
                                 )      Case No. 24-20439
                                 )
              Debtor(s)              )

**ORDER VACATING ORDER**

THIS MATTER having come before the Court on the motion of the Trustee for an order vacating the non-evidentiary hearing scheduled for September 9, 2026 at 9:30 a.m. and upon review of the record, and specifically the Withdrawal of Motion to Approve Settlement Agreement filed on July 14, 2026 (ECF 134),

IT IS HEREBY ORDERED that the hearing on said matter scheduled for September 9, 2026 is vacated.

BY THE COURT:

_Cathleen D Parker_ 7/14/2026
HONORABLE CATHLEEN D. PARKER
UNITED STATES BANKRUPTCY JUDGE