# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF WYOMING

| | | |
|---|---|---|
| In re: | ) | |
| | ) | |
| SIGNAL HILL SERVICE, INC., | ) | Case No. 24-20439 |
| | ) | CHAPTER 7 |
| Debtor. | ) | |
| | ) | |

## <u>ORDER ON MOTION FOR PROTECTIVE ORDER</u>

**THIS MATTER** coming before the Court upon the *Motion for Protective Order* filed

herein; no objections being filed thereto and the Court being fully advised in the premises

**FINDS** that the Motion should be granted.

**NOW, THEREFORE**, it is hereby **ORDERED** that the California State Lands

Commission is forbidden to enforce its Subpoenas and Request for Documents issued on

June 30, 2026 [D.E. 128].

**BY THE COURT:**

_____

Honorable Cathleen D. Parker
United States Bankruptcy Court Judge