UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF WYOMING
*Minutes of Proceeding*

FILED

3:14 pm, 7/16/26

HJ Esterholdt

Clerk of Court

| | |
|---|---|
| Date: July 15, 2026 | HONORABLE Cathleen D. Parker, Presiding |
| | Location: Telephone Conference |

| | | | |
|---|---|---|---|
| In re: Signal Hill Service, Inc. | | Case No: 24-20439 | |
| | Debtor(s) | Chapter 7 | |

Appearances

| | | | |
|---|---|---|---|
| Debtor(s) | Signal Hill Service, Inc. | Counsel | Brad Hunsicker |
| Creditor | California State Lands Commission | Counsel | Steven Kerns |
| Creditor | Alex Schurawel | Counsel | Jennifer Salisbury |

Proceedings: Non-evidentiary Hearing on Motion to Hold Alex Schurawel in Contempt for Noncompliance with Rule 2004 Subpoena and Court Order (ECF No. 110) and the Response thereto (ECF No. 116).

Witness sworn and testified:    NA

Orders:
☐   Relief sought   ☐ Granted   ☐ Denied   ☐ Case Dismissed   ☐ Continued
☐   Matter taken under advisement
☐   Formal order or judgment to enter        To be prepared   _____
☐   These minutes constitute the Court's official order in this matter

For the reasons stated on the record, the court continued the matter over to August 12, 2026, at 9:30 a.m.

BY THE COURT:

_Cathleen D Parker_   7/16/2026

Honorable Cathleen D. Parker
United States Bankruptcy Judge