UNITED STATES COURT OF APPEALS FOR THE TENTH CIRCUIT
Byron White United States Courthouse
1823 Stout Street
Denver, Colorado 80257
(303) 844-3157
Clerk@ca10.uscourts.gov

Christopher M. Wolpert
Clerk of Court

Jane K. Castro
Chief Deputy Clerk

July 20, 2026

Margaret Botkins
United States District Court for the District of Wyoming
Office of the Clerk
2120 Capitol Avenue, Room 2141
Cheyenne, WY 82001-0000

RE:     **25-8081, Signal Hill Service, et al v. California State Lands Commission**
        Dist/Ag docket: 2:25-CV-00236-KHR

Dear Clerk:

Pursuant to Federal Rule of Appellate Procedure 41, the Tenth Circuit's mandate issued today, and the court's final order takes effect. With the issuance of this letter, jurisdiction is transferred back to the lower court.

Please contact this office if you have questions.

Sincerely,

Christopher M. Wolpert
Clerk of Court

cc:     Jeffrey Marc Boldt
        Isabella Panicucci
        Stephen R. Winship

CMW/jm

<table>
<tr><td>

**UNITED STATES COURT OF APPEALS**

**FOR THE TENTH CIRCUIT**

_____

</td><td>

**FILED**
**United States Court of Appeals**
**Tenth Circuit**

</td></tr>
</table>

|  |  |
|---|---|
| In re: SIGNAL HILL SERVICE, INC., <br><br> Debtor. <br><br> ------------------------------ <br><br> SIGNAL HILL SERVICE, INC.; CARONE ENERGY CORPORATION; CARONE PETROLEUM CORPORATION; REPUBLIC DRILLING COMPANY, INC.; PACIFIC OPERATIONS OFFSHORE, LLC; VERRAZZANO CORPORATION; CARPINTERIA OFFSHORE PROJECT LTD; PACIFIC OPERATORS INC.; ANAMERICAN CORPORATION, <br><br> Appellants, <br><br> v. <br><br> CALIFORNIA STATE LANDS COMMISSION, <br><br> Appellee. | **July 20, 2026** <br><br> **Christopher M. Wolpert** <br> **Clerk of Court** <br><br><br> No. 25-8081 <br> (D.C. No. 2:25-CV-00236-KHR) <br> (D. Wyo.) |

_____

**ORDER**

_____

In accordance with 10th Cir. R. 33.1, Rules of the Tenth Circuit, and upon

consideration of the motion to voluntary dismissal of the above-captioned appeal, this

appeal is dismissed.  *See* Fed. R. App. P. 42(b)(2).

Each party will bear their own costs on appeal.  A copy of this order will stand as the mandate of the court.

Entered for the Court

CHRISTOPHER M. WOLPERT, Clerk