**FILED**

4:21 pm, 7/21/26

HJ Esterholdt
Clerk of Court

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF WYOMING

In re:

SIGNAL HILL SERVICE, INC.,

Debtor.

Case No. 24-20439
Chapter 7

## ORDER ON MOTION TO FURTHER FINDINGS

This matter is before the court on Debtor's Motion for Further Findings (ECF No. 130). On July 14, 2026, the Trustee withdrew the underlying Motion to Compromise. As such, Debtor's Motion is denied as moot.

BY THE COURT

_Cathleen D Parker_ 7/21/2026
Honorable Cathleen D. Parker
United States Bankruptcy Judge

Service to:
  Signal Hill Service, Inc.
  Stephen R. Winship