IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF WYOMING

| | | |
|---|---|---|
| In re | ) | |
| | ) | |
| SIGNAL HILL SERVICE, INC., | ) | Case No. 24-20439 |
| | ) | |
| | ) | Chapter 7 |
| Debtor(s). | ) | |

## MOTION TO EXTEND DEADLINE TO FILE CLAIMS

TO: THE CLERK OF THE UNITED STATES BANKRUPTCY COURT

Please take notice that given recent developments in this bankruptcy, the Trustee requests that the deadline for creditors to file claims in this case be extended two months **to October 16, 2026**.

**DATED: August 5, 2026**

**/s/ Randy L. Royal, Trustee in Bankruptcy**