## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF WYOMING

| | | |
|---|---|---|
| In re: | ) | |
| | ) | |
| SIGNAL HILL SERVICE, INC., | ) | Case No. 24-20439 |
| | ) | CHAPTER 7 |
| Debtor. | ) | |
| | ) | |

## ORDER ON MOTION TO EXTEND DEADLINE TO FILE CLAIMS

**THIS MATTER** coming before the Court upon the *Motion to Extend Deadline to File Claims* filed herein; the Court being fully advised in the premises **FINDS** that the Motion should be granted.

**NOW, THEREFORE**, it is hereby **ORDERED** that the creditors' time to file a proof of claims is extended from August 17 to October 16, 2026.

**BY THE COURT:**

_____

Honorable Cathleen D. Parker
United States Bankruptcy Court Judge