John A. Coppede (#5-2485)
COAL CREEK LAW, LLP
211 W 19th Street
P.O. Box 467
Cheyenne, WY 82003-0467
Ph: (307) 634-1525- Fx: (307) 638-7335
jcoppede@coalcreeklaw.com

## IN THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF WYOMING

| | | |
|---|---|---|
| In re: | ) | |
| | ) | |
| SIGNAL HILL SERVICE, INC., | ) | Case No. 24-20439 |
| | ) | Chapter 7 |
| Debtor. | ) | |

## MOTION FOR MORGAN T. LYNCH TO APPEAR *PRO HAC VICE*

**COMES NOW** John A. Coppede of Coal Creek Law, LLP, local counsel for Gaynor Ranch LLC ("Gaynor Ranch") pursuant to U.S.D.C.L.R. 84.2(b) and Wyoming Local Bankruptcy Rule 9010-1(c), and moves the Court to admit Morgan T. Lynch of the law firm Ferguson Case Orr Paterson LLP *pro hac vice* to represent Gaynor Ranch in the above-captioned bankruptcy case. In support of this Motion, I represent and state the following:

1. I am a member in good standing of the Bar of the State of Wyoming and the Bar of the United States District Court for the District of Wyoming.

2. Mr. Lynch has been admitted to the following state courts: All courts in the State of California with an admission date of December 5, 2018.

3. Mr. Lynch is also admitted, and in good standing, with the Federal District Courts for the Northern, Eastern, Southern, and Central Districts of California.

1

Mr. Lynch was admitted to the Central District of California on August 27, 2021, the Northern District of California on August 30, 2021, the Eastern District of California on December 9, 2022, and the Southern District of California on January 15, 2026.

4.      Mr. Lynch is also admitted, and in good standing, with the Federal District Court for the Western District of Texas. He was admitted to the Western District of Texas on April 22, 2022.

5.      Mr. Lynch's California Bar Number is 323696.

6.      Mr. Lynch is in good standing in all courts listed above and is eligible to practice in this Court.

7.      Mr. Lynch is not currently, nor has he even been suspended or disbarred in any court.

8.      Mr. Lynch has no pending grievance proceedings against him.

9.      Mr. Lynch will assist me in representing Gaynor Ranch in the above-captioned case.

10.     I vouch for the good moral character and veracity of Mr. Lynch.

11.     I shall be fully prepared to represent Gaynor Ranch at any time, in any capacity.

12.     Pursuant to Wyoming Local Bankruptcy Rule 9010-1(c) and the Local Rules of the United States District Court for the District of Wyoming, specifically U.S.D.C.L.R. 84.2(b), the Affidavit of Morgan Lynch is attached hereto.

13.     A proposed order granting Mr. Lynch's appearance *pro hac vice* is filed contemporaneously with this Motion.

2

14.    WHEREFORE, John A. Coppede respectfully requests that this Motion

be granted admitting Morgan T. Lynch to practice *pro hac vice* for the purpose of

representing Gaynor Ranch in the above-captioned bankruptcy case.

**DATED** this 12th day of August 2026.

**GAYNOR RANCH LLC**
**Creditor**

By:    */s/ John A. Coppede*
John A. Coppede (5-2485)
COAL CREEK LAW, LLP
211 W 19th Street
P.O. Box 467
Cheyenne, WY 82003
Ph: 307-634-1525
Fx: 307-638-7355
jcoppede@coalcreeklaw.com

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing
MOTION FOR MORGAN T. LYNCH TO APPEAR PRO HAC VICE was served upon all
parties registered to receive electronic notice in this matter via the Court's CM/ECF system,
this 12th day of August 2026.

*/s/ John A. Coppede*
COAL CREEK LAW