### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE DISTRICT OF WYOMING

**FILED**

4:06 pm, 8/13/26

HJ Esterholdt
Clerk of Court

In re:                                  )
                                        )
SIGNAL HILL SERVICE, INC.,              )        Case No. 24-20439
                                        )        CHAPTER 7
           Debtor.                      )
                                        )

### ORDER ON MOTION TO EXTEND DEADLINE TO FILE CLAIMS

**THIS MATTER** coming before the Court upon the *Motion to Extend Deadline to File Claims* filed herein; the Court being fully advised in the premises **FINDS** that the Motion should be granted.

**NOW, THEREFORE**, it is hereby **ORDERED** that the creditors' time to file a proof of claims is extended from August 17 to October 16, 2026.

**BY THE COURT:**

*Cathleen D Parker* 8/13/2026

Honorable Cathleen D. Parker
United States Bankruptcy Court Judge