UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF WYOMING

*Minutes of Proceeding*

FILED
UNITED STATES BANKRUPTCY COURT DISTRICT OF WYOMING
9:42 am, 10/1/26
HJ Esterholdt
Clerk of Court

Date: September 30, 2026

HONORABLE Cathleen D. Parker, Presiding

Location: Telephone Conference

In re: Signal Hill Service, Inc.

Debtor(s)

Case No: 24-20439

Chapter 7

Appearances

| | | | |
|---|---|---|---|
| Debtor(s) | Signal Hill Service, Inc. | Counsel | Stephen Winship |
| Creditor | California State Lands Commission | Counsel | Steven Kerns/Jeffrey Boldt |
| Creditor(s) | Alex Schurawel | Counsel | Jennifer Salisbury |
| Creditor | Gaynor Ranch, LLC | Counsel | Morgan Lynch |

Proceedings: Non-evidentiary Hearing on Motion to Hold Alex Schurawel in Contempt for Noncompliance with Rule 2004 Subpoena and Court Order (ECF No. 110) and the Response thereto (ECF No. 116).

Witness sworn and testified: N/A

Orders:

☐ Relief sought ☐ Granted ☐ Denied ☐ Case Dismissed ☐ Continued

☐ Matter taken under advisement

☐ Formal order or judgment to enter To be prepared ____________________

☒ These minutes constitute the Court's official order in this matter

California State Lands Commission withdrew the Motion on the record and will file a notice of withdrawal on the docket.

BY THE COURT:

Cathleen D. Parker 9/30/2026

Honorable Cathleen D. Parker
United States Bankruptcy Judge