Jeffrey M. Boldt, #7-4730
OVERSTREET HOMAR & KUKER
2922 Central Avenue
Cheyenne, Wyoming 82001
307.274-4444 telephone
307.274-4443 facsimile
jeffrey@kukerlaw.com

Jessica Tucker-Mohl, *pro hac vice*
Isabella Panicucci, *pro hac vice*
Steven Kerns, *pro hac vice*
California Attorney General's Office
California Attorney General's Office
300 S. Spring Street, Suite 1702
Los Angeles, CA 90012-1230
Telephone: (213) 269-6226
Steven.Kerns@doj.ca.gov

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF WYOMING**

| | | |
|---|---|---|
| In re | ) | |
| | ) | |
| SIGNAL HILL SERVICE, INC., | ) | Case No. 24-20439 |
| | ) | |
| | ) | Chapter 7 |
| Debtor. | ) | |

---

# NOTICE OF WITHDRAWAL OF CREDITOR CALIFORNIA STATE LANDS COMMISSION'S MOTION TO HOLD ALEX SCHURAWEL IN CONTEMPT FOR NON-COMPLIANCE WITH RULE 2004 SUBPOENA AND COURT ORDER

---

**COMES NOW** Creditor, California State Lands Commission, by and through its counsel, hereby withdraws it motion to hold non-party accountant Alex Schurawel in contempt for failing to produce all responsive documents on May 15, 2026 pursuant to this Court's Rule 2004 examination subpoena, Bankr. ECF No. 14, and this Court's May 1, 2026 order, Bankr. ECF No. 94.

**DATED** this 1st day of October 2026.

**THE CALIFORNIA STATE LANDS COMMISSION,**
**Creditor**

By: /s/ Steven Kerns

Steven Kerns, *pro hac vice*
Isabella Panicucci, *pro hac vice*
Jessica Tucker-Mohl, *pro hac vice*
California Attorney General's Office
300 S. Spring Street, Suite 1702
Los Angeles, CA 90012-1230
Telephone: (213) 269-6226
Steven.Kerns@doj.ca.gov
Isabella.Panicucci@doj.ca.gov

Jeffrey M. Boldt, #7-4730
OVERSTREET HOMAR & KUKER
2922 Central Avenue
Cheyenne, Wyoming 82001
307.274.4444 telephone
307.274.4443 facsimile
jeffrey@kukerlaw.com

# CERTIFICATE OF SERVICE

Case Name: **In re SIGNAL HILL SERVICE, INC. V. CALIFORNIA STATE LANDS COMMISSION ET AL.** Case No. **24-20439**

I hereby certify that on October 1, 2026, I electronically filed the following documents with the Clerk of the Court by using the CM/ECF system:

**NOTICE OF WITHDRAWAL OF CREDITOR CALIFORNIA STATE LANDS COMMISSION'S MOTION TO HOLD ALEX SCHURAWEL IN CONTEMPT FOR NON-COMPLIANCE WITH RULE 2004 SUBPOENA AND COURT ORDER**

I certify that **all** participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

| | |
|---|---|
| Stephen R. Winship<br>Winship and Winship, PC<br>145 South Durbin Street<br>Suite 201<br>Casper, WY 82601-2566<br>**Email:** steve@winshipandwinship.com<br>***Attorney for Appellant Signal Hill Service, Inc.*** | John A. Coppede<br>Coal Creek Law, LLP<br>211 W. 19th Street<br>P.O. Box 467<br>Cheyenne, WY 82003-0467<br>**Email:** jcoppede@coalcreeklaw.com<br>***Attorney for Appellee Gaynor Ranch LLC*** |
| Bret Anderson<br>Morgan Lynch<br>Ferguson Case Orr Paterson, LLP<br>4550 E. Thousand Oaks Blvd., Ste 250<br>Westlake Village, CA 91362<br>**Email:** banderson@fcoplaw.com<br>**Email:** mlynch@fcoplaw.com<br>***Attorneys for Appellee Gaynor Ranch LLC*** | Jennifer Salisbury<br>Markus Williams LLC<br>1775 Sherman Street, Suite 1950<br>Denver, CO 80203<br>**Email:** jsalisbury@markuswilliams.com<br>***Attorney for Alexander Schurawel*** |
| **Randy L. Royal**<br>P.O. Box 551<br>Greybull, WY 82426<br>307-765-4433<br>**Email:** Email: rlroyal@randylroyalpc.com<br>***Trustee*** | |

I declare under penalty of perjury under the laws of the State of California and the United States of America the foregoing is true and correct and that this declaration was executed on October 1, 2026, at Los Angeles, California.

| | |
|---|---|
| Patricia Nava | *Patricia Nava* |
| Declarant | Signature |

LA2024305269 /68769615.docx