FILED
1:36 pm, 10/7/26
HJ Esterholdt
Clerk of Court

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF WYOMING

| | |
|---|---|
| In re:<br><br>SIGNAL HILL SERVICE, INC.<br><br>Debtor. | Case No. 24-20439<br>Chapter 7 |

**ORDER REQUIRING STATUS REPORT**

THIS MATTER is before the court on the Motion for Protective Order and to Excuse Further Compliance with Rule 2004 Order (ECF No. 113), the Objection thereto (ECF No. 119). Upon review of the file, the court finds it necessary, and it is so ORDERED that counsel for California State Lands Commission and Alex Schurawel will file with the court, within fourteen (14) days of entry of this Order, a joint report indicating the status of the Motion and Objection thereto.

BY THE COURT

10/7/2026
Honorable Cathleen D. Parker
United States Bankruptcy Court
District of Wyoming

Service to:
Jennifer Salisbury
Steven Kerns