William Cross (Wyoming Bar No. 8-6562)
Markus Williams LLC
1775 Sherman Street, Suite 1950
Denver, CO 80203
Telephone: (303) 830-0800
Facsimile: (303) 830-0809
wcross@markuswilliams.com

*Counsel for Alexander Schurawel, CPA*

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF WYOMING**

| | | |
|---|---|---|
| In re: | ) | |
| | ) | |
| SIGNAL HILL SERVICE, INC., | ) | Case No. 24-20439 |
| | ) | CHAPTER 7 |
| Debtor. | ) | |
| | ) | |

## JOINT STATUS REPORT

Alexander Schurawel, CPA ("Schurawel") and the California State Lands Commission (the "Commission"), by and through their respective undersigned counsel, hereby file this joint status report pursuant to the Court's *Order Requiring Status Report* [Doc. 161] entered October 7, 2026.

1. On October 5, 2026, Randy L. Royal, chapter 7 trustee herein ("Trustee"), filed his *Motion to Approve Settlement Agreement* [Doc. 159] (the "Settlement Motion"), seeking approval of the settlement agreement filed therewith (the "Settlement Agreement"). The terms of the Settlement Agreement would resolve the issues and disputes raised in the *Motion for Protective Order and to Excuse Further Compliance with Rule 2004 Order* [Doc. 113] filed by Schurawel, and the *Creditor State Land Commission's Opposition to Alexander Schurawel's Motion for Protective Order and to Excuse Further Compliance with Rule 2004 Order* [Doc. 119] filed by the Commission.

2. The deadline for objections to the Settlement Motion is October 29, 2026. Upon an order granting the Settlement Motion and approving the Settlement Agreement becoming final and nonappealable, Schurawel will withdraw the *Motion for Protective Order and to Excuse Further Compliance with Rule 2004 Order* [Doc. 113] without prejudice.

**WHEREFORE**, Schurawel and the Commission respectfully request the Court accept this Joint Status Report in compliance with the Court's October 7, 2026 *Order Requiring Status Report*.

Dated: October 20, 2026

Respectfully submitted,

ALEXANDER SCHURAWEL, CPA

By: */s/ William Cross*
William Cross (Wyo. Bar No. 8-6562)
Markus Williams, LLC
1775 Sherman Street, Suite 1950
Denver, Colorado 80203-4505
Telephone (303) 830-0800
Email: wcross@markuswilliams.com

THE CALIFORNIA STATE LANDS
COMMISSION

By: */s/ Steven Kerns*
Steven Kerns, *pro hac vice*
California Attorney General's Office
1300 I Street, PO Box 944255
Sacramento, CA 94244-2550
Telephone (916) 210-7662
Steven.kerns@doj.ca.gov

*And*

By: */s/ Jeffrey M. Boldt*
Jeffrey M. Boldt (Wyo. Bar No. 7-4730)
OVERSTREET HOMAR & KUKER
2922 Central Avenue
Cheyenne, Wyoming 82001
Telephone (307) 274-4444
jeffrey@kukerlaw.com

## CERTIFICATE OF SERVICE

I, William Cross, hereby certify that on October 20, 2026, a true and correct copy of the foregoing **Joint Status Report** was served *electronically* using the Court CM/ECF program upon **Stephen R. Winship, attorney for Debtor** (steve@winshipandwinship.com), **Randy L. Royal, Chapter 7 Trustee**, **Isabella Panicucci**, (Isabella.Panicucci@doj.ca.gov), **Jeffrey M. Boldt (**jeffrey@kukerlaw.com**),** and **Steven Kerns (**steven.kerns@doj.ca.gov**) attorneys for Commission**.

/s/ *William Cross*
William Cross